UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in compliance with D.N.J. LBR 9004-1(b)

**MORRIS S. BAUER**
**MELISSA A. PEÑA**
**CATHERINE L. COREY**
**NORRIS McLAUGHLIN, P.A.**
400 Crossing Boulevard, 8th Floor
P.O. Box 5933
Bridgewater, New Jersey 08807
(908) 722-0700
msbauer@norris-law.com
mapena@norris-law.com
clcorey@norris-law.com
Proposed Counsel for the Debtors/Debtors-in-Possession

Order Filed on March 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

IMMUNE PHARMACEUTICALS INC., *et al.*,

Debtors.[1]

Chapter 11

Case No. 19-13273

Hon. Vincent F. Papalia

**ORDER PURSUANT TO 11 U.S.C. § 521 AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(c) AND 9006(b) TO EXTEND TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, STATEMENTS OF FINANCIAL AFFAIRS, AND SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: March 6, 2019**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Immune Pharmaceuticals, Inc. (1431); Immune Pharmaceuticals, Ltd.; Cytovia, Inc. (7805); Immune Oncology Pharmaceuticals, Inc.; Maxim Pharmaceuticals, Inc. (9983); and Immune Pharmaceuticals USA Corp. (9630).

Page 2
Debtor: Immune Pharmaceuticals Inc.
Case No.: 19-13273
Caption: Order Pursuant to 11 U.S.C. § 521 and Federal Rules of Bankruptcy Procedure 1007(c) and 9006(b) to Extend Time to File Schedules of Assets and Liabilities, Statements of Financial Affairs, and Schedules of Executory Contracts and Unexpired Leases

---

This matter having been opened to the Court by Norris McLaughlin, P.A., proposed counsel for the above captioned debtors and debtors-in-possession (the "Debtors"), upon the Motion of the Debtors for the entry of an Order pursuant 11 U.S.C. § 521 and Federal Rules of Bankruptcy Procedure 1007(c) and 9006(b) to Extend the Time to File Schedules of Assets and Liabilities, Statements of Financial Affairs, and Schedules of Executory Contracts and Unexpired Leases (the "Motion"); and the Court having jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the relief requested in the Motion being in the best interests of the Debtors, their estates and creditors; and the Court finding that good and sufficient notice of the Motion having been provided; and the Court having considered the moving papers and the opposition thereto, if any, and the arguments of counsel, if any; and the Court having determined that good cause exists for the entry of this Order

IT IS ORDERED as follows:

1. The Motion is granted as set forth herein.

2. Debtors are hereby granted an extension of time through and including March 18, 2019, to file their schedules of assets and liabilities, statement of financial affairs, and schedules of executory contracts and unexpired leases, pursuant to Federal

Page 3
Debtor:     Immune Pharmaceuticals Inc.
Case No.:   19-13273
Caption:    Order Pursuant to 11 U.S.C. § 521 and Federal Rules of Bankruptcy Procedure 1007(c) and 9006(b) to Extend Time to File Schedules of Assets and Liabilities, Statements of Financial Affairs, and Schedules of Executory Contracts and Unexpired Leases

---

Rule of Bankruptcy Procedure 1007(c), without prejudice to the Debtors' right to seek a further extension of this time period by the filing of a motion on appropriate notice; provided however, that Debtors shall use their best efforts to file the Schedules and Statements as expeditiously as possible.

    3.    This Order is effective immediately upon entry.

    4.    This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from this Order.