Fill in this information to identify the case:

Debtor name   **Immune Pharmaceuticals Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   19-13273

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑   *Schedule H: Codebtors* (Official Form 206H)

☑   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    3/18/19                  X _____
                                           Signature of individual signing on behalf of debtor

                                           **Gary H. Rabin**
                                           Printed name

                                           **President and Interim CEO**
                                           Position or relationship to debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-1(b)**

**NORRIS McLAUGHLIN, P.A.**
Morris S. Bauer
Melissa A. Pena
Catherine L. Corey
400 Crossing Boulevard, 8th Floor
P.O. Box 5933
Bridgewater, New Jersey 08807
(908) 722-0700
msbauer@norris-law.com
mapena@norris-law.com
clcorey@norris-law.com
Counsel for the Debtors/Debtors-in-Possession

| | |
|---|---|
| In re: | Chapter 11 |
| IMMUNE PHARMACEUTICALS INC, *et al.*, | Case No. 19-13273 (VFP) |
| Debtors.[1] | Hon. Vincent F. Papalia |

## SCHEDULE OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS FOR DEBTORS

### General Disclaimer

Immune Pharmaceuticals, Inc. (the "Immune Debtor"), along with its subsidiaries Immune Pharmaceuticals, Ltd., Cytovia, Inc., Maxim Pharmaceuticals, Inc., Immune Pharmaceuticals USA Corp., Inc., and Immune Oncology Pharmaceuticals, Inc., the debtors and debtors in possession in the above-captioned jointly administered cases (collectively with the Immune Debtor, the "Debtors") have prepared their Schedules of Assets and Liabilities and their Statement of Financial Affairs (the "Schedules and Statements") based on the information reflected in the Debtors' current books and records. However, inasmuch as the Debtors' current books and records have not been audited as of the date of these Schedules and Statements, the Debtors cannot warrant the absolute accuracy of these documents. The Debtors have made a diligent effort to complete these documents accurately and completely. To the extent additional information becomes available, the Debtors will amend and supplement the Schedules and Statements.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Immune Pharmaceuticals, Inc. (1431); Immune Pharmaceuticals, Ltd.; Cytovia, Inc. (7805); Immune Oncology Pharmaceuticals, Inc.; Maxim Pharmaceuticals, Inc. (9983); and Immune Pharmaceuticals USA Corp. (9630).

### Schedule A/B Disclaimer

Unless otherwise noted, all of the amounts listed on Schedule A/B represent the value of the Debtors' assets as reflected in the Debtors' books and records. The Debtors have performed no independent review of the value of these assets. The actual value of the assets listed may differ from the amount reflected in the Debtors' books and records. It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtors' property interests.

### Schedule D Disclaimer

The Debtors have listed creditors as "Creditors Holding Secured Claims" for informational purposes only, and do not acknowledge or admit, by so classifying, the existence, validity, or amount of the claim or of any security interest these creditors may claim to have against any or all of the Debtors' assets. The Debtors expressly retain all rights to challenge the existence, validity, perfection, collectability or amount of any alleged secured claim, and retain all other rights and powers to challenge said alleged secured claim, on any basis, including, but not limited to, the right to equitable or contractual subordination of such claim.

The Debtors' failure to designate a claim on Schedule D as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such claim is not "disputed," "contingent," or "unliquidated." The Debtors reserve the right to dispute, or to assert offsets or defenses to, any claim reflected on Schedule D as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Moreover, the Debtors reserve the right to challenge the amount, nature, and classification of any claim listed on Schedule D.

### Schedule E/F Disclaimer

As of the Petition Date, certain employees were owed wages, salaries, and commissions earned in the 180 days prior to the Petition Date ("Priority Wages") for the Immune Debtor. Such Priority Wages amounts are listed on the Immune Debtor's Schedule E/F. The Debtors reserve the right to amend their Schedules to reflect any additional Priority Wages that might have been missed, and reserve the right to dispute, challenge, or to assert offsets or defenses to, any Priority Wage claims as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

The unsecured claims listed in Schedule E/F arose or were incurred on various dates. A determination of each date upon which each unsecured claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive. Therefore, the Debtors have not specified the dates on which the unsecured claims listed on Schedule E/F arose or were incurred. The Debtors' failure to designate an unsecured claim on Schedule E/F as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such claim is not "disputed," "contingent," or "unliquidated." The Debtors reserve the right to dispute, or to assert offsets or defenses to, any unsecured claim reflected on Schedule E/F as to amount, liability, or classification, or to otherwise subsequently designate any unsecured claim as "disputed," "contingent," or "unliquidated." Moreover, the Debtors reserve the right to challenge the amount, nature, and classification of any unsecured claim listed on Schedule E/F.

10101026-1

## Schedule G Disclaimer

The information set forth herein was derived from the Debtors' books and records. The Debtors reserve the right to amend any of the items set forth herein if and when more updated information becomes available.

Schedule G List of Executory Contracts and Unexpired Leases is furnished for informational purposes only to apprise parties in interest of possible contractual relationships of the Debtors as of the commencement of this case and is derived from documents in the possession of the Debtors. Schedule G is not an admission or recognition that any contractual relationship exists or existed or that, if such a relationship existed, said relationship presently exists. The Debtors do not waive any right to rescission or reformation or defense respecting any contract or lease.

Similarly, Schedule G is not an admission or recognition that any contractual relationship constitutes an "Executory Contract." Some contracts or leases listed in Schedule G may have been validly terminated or expired by their own terms prior to the commencement of this case, but have been listed notwithstanding any such possible termination or expiration in order to provide representation of the Debtors' affairs and in the event that one or more parties in interest may take the position that an executory contract or unexpired lease existed as of the commencement of this bankruptcy case.

Similarly, Schedule G is not an admission or recognition that any contractual relationship constitutes a lease or an "Executory Contract" nor is the characterization of a contract as a "Lease" an admission that the contract is a true Lease and not a Security or Finance Agreement. In fact, Agreements entitled "Lease" may constitute Security or Finance Agreements.

10101026-1

**Fill in this information to identify the case:**

Debtor name    **Immune Pharmaceuticals Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **19-13273**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................ $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................................... $ 136,974.66

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................... $ 136,974.66

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................... $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................ $ 297,872.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................... +$ 12,375,975.62

4. **Total liabilities** .................................................................................
   Lines 2 + 3a + 3b                                                                 $ 12,673,847.62

**Fill in this information to identify the case:**

Debtor name    **Immune Pharmaceuticals Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **19-13273**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **TD Bank** | **Checking** | 5010 | $1,114.23 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                      $1,114.23
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**      Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | **1 Bridge Plaza Lease Deposit** | $49,440.00 |
|---|---|---|

| 7.2. | **Deposit - Ready Fresh (water)** | $20.00 |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Immune Pharmaceuticals Inc.** | Case number *(If known)* | **19-13273** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---:|
| 8.1. | Marcum LLP | $31,000.00 |

| | | |
|---|---|---:|
| 8.2. | SEC Form S-1 | $181.85 |

| | | |
|---|---|---:|
| 9. | **Total of Part 2.** | **$80,641.85** |
| | Add lines 7 through 8. Copy the total to line 81. | |

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

## Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>**Office Furniture** | $55,218.58 | | $55,218.58 |

| | |
|---|---|
| 40. | **Office fixtures** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Immune Pharmaceuticals Inc.** | Case number *(If known)* **19-13273** |
|---|---|---|
| | Name | |

collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$55,218.58

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **1 Bridge Plaza North, Suite 270 Fort Lee NJ 07024 (rented office space)** | Tenant | Unknown | | Unknown |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | **Immune Pharmaceuticals Inc.** | | Case number *(if known)* **19-13273** |
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets Patent No. 1984660 - 4-Arylamino-Quinazolines as Activators of Aspartic Acid Specificty Cysteine Protease and Inducers of Adoptosis and the Use Thereof | Unknown | | Unknown |
| Patent No. 7618975 - 4-Arylamino-Quinazolines as Activators of Caspases and Inducers of Apoptosis and the Use Thereof | Unknown | | Unknown |
| Patent No. 8309562 - Compounds and Therapeutical Use Thereof | Unknown | | Unknown |
| Patent No. 5129957 - Compounds and the Therapeutical Use Thereof | Unknown | | Unknown |
| Patent No. 8258145 - Method of Treating Brain Cancer | Unknown | | Unknown |
| Patent No. 6858607 - 7,8-fused 4H-Chromene and Analogs as Activators of Caspases and Inducers of Apoptosis and the Use thereof | Unknown | | Unknown |
| Patent No. 6794400 - 4-substituted-1-(arylmethylidene) thiosemicarbazide, 4-substituted-1-(acylcarbonyl) thiosemicarbazide and analogs as activators of caspases and inducers of apoptosis and the use thereof | Unknown | | Unknown |
| Patent No. 2,656,706 - substituted 4-aryl-chromene as activator of caspases and inducer of apoptosis and as antivascular agent and the use thereof | Unknown | | Unknown |
| Patent no. 7968595 - substituted 4-aryl-chromene as activator of caspases and inducer of apoptosis and as antivascualr and the use thereof | Unknown | | Unknown |
| Patent Application No. 2,938,241 - substituted 4-aryl-chromene as activator of caspases and inducer of apoptosis and as antivascualr and the use thereof | Unknown | | Unknown |
| Patent No. EP2049101A2 - substituted 4-aryl-chromene as activator of caspases and inducer of apoptosis and as antivascualr and the use thereof | Unknown | | Unknown |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Immune Pharmaceuticals Inc.** | Case number *(If known)* **19-13273** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| Patent No. 6184210 - Dipeptide apoptosis inhibitors and the use thereof | Unknown | Unknown |
| Patent No. 6335429 - Novel fluorogenic or fluroescent reporter molecules and their applications for whole-cell fluoresence screening assays for caspases and other enzymes and the use thereof | Unknown | Unknown |
| Patent No. 6153591 - Dipeptide Caspase Inhibitors and the use thereof | Unknown | Unknown |
| Patent No. 160388 - Emulsions comprising amitriptyline and ketamine | Unknown | Unknown |
| Patent No. 6017961 - Ketamine and N-Butyl-P-Aminobezoate in PLO | Unknown | Unknown |
| Patent No. 153656 - Methods and compositions for treating pain of the mucous membrane | Unknown | Unknown |
| Patent No. 2457780 - Topical compositions and methods for treating pain | Unknown | Unknown |
| Patent No. 45500 - Topical Compositions and methods for treating pain | Unknown | Unknown |
| Patent No. HK1089364 - Topical Compositions and methods for treating pain | Unknown | Unknown |
| Patent No. 255023 - Topical Compositions and methods for treating pain | Unknown | Unknown |
| Patent App. No. MX/A/2007/013047 - Topical Compositions and methods for treating pain | Unknown | Unknown |
| Patent No. 531547 - Topical Compositions and methods for treating pain | Unknown | Unknown |
| Patent No. 6638981 - Topical Compositions and methods for treating pain | Unknown | Unknown |
| Patent No. 6509028 - Methods and compositions for treating pain of the mucous membrane | Unknown | Unknown |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Immune Pharmaceuticals Inc.**
Name

Case number *(If known)*  **19-13273**

| | | |
|---|---|---|
| Patent no. 521470 - Intradermal penetration agents for topical local annesthetic using a patch | Unknown | Unknown |
| Patent No. PA02008828 - Agentes de penetracion intradermica para administraction topica de un anetesico local (intradermal-penetration agents for topical local anesthetic administation) | Unknown | Unknown |
| Patent No. 763523 - Synthesis of Histamine Dihydrochloride | Unknown | Unknown |
| Patent No. 1140857 - Synthesis of Histamine Dihydrochloride | Unknown | Unknown |
| Patent No. AT399769 - Synthesis of Histamine Dihydrochloride | Unknown | Unknown |
| Patent No. BE1140857 - Synthesis of Histamine Dihydrochloride | Unknown | Unknown |
| Patent No. 2356871 - Synthesis of Histamine Dihydrochloride | Unknown | Unknown |
| Patent No. 1155579 - Synthesis of Histamine Dihydrochloride | Unknown | Unknown |
| Patent No. CY1108379 - Synthesis of Histamine Dihydrochloride | Unknown | Unknown |
| Patent No. DK1140857 - Synthesis of Histamine Dihydrochloride | Unknown | Unknown |
| Patent No. FI1140857 - Synthesis of Histamine Dihydrochloride | Unknown | Unknown |
| Patent No. DE69939027 - Synthesis of Histamine Dihydrochloride | Unknown | Unknown |
| Patent No. GR1140857 - Synthesis of Histamine Dihydrochloride | Unknown | Unknown |
| Patent No. 1040998 - Synthesis of Histamine Dihydrochloride | Unknown | Unknown |
| Patent No. 205849 - Synthesis of Histamine Dihydrochloride | Unknown | Unknown |

| Debtor | **Immune Pharmaceuticals Inc.** | Case number *(If known)* **19-13273** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| Patent No. IE1140857 - Synthesis of Histamine Dihydrochloride | Unknown | Unknown |
| Patent No. 143570 - Synthesis of Histamine Dihydrochloride | Unknown | Unknown |
| Patent No. IT1140857 - Synthesis of Histamine Dihydrochloride | Unknown | Unknown |
| Patent No. 4139082 - Synthesis of Histamine Dihydrochloride | Unknown | Unknown |
| Patent No. LU1140857 - Synthesis of Histamine Dihydrochloride | Unknown | Unknown |
| Patent No. MC1140857 - Synthesis of Histamine Dihydrochloride | Unknown | Unknown |
| Patent No. NL1140857 - Synthesis of Histamine Dihydrochloride | Unknown | Unknown |
| Patent No. 512935 - Synthesis of Histamine Dihydrochloride | Unknown | Unknown |
| Patent No. PT1140857 - Synthesis of Histamine Dihydrochloride | Unknown | Unknown |
| Patent No. ES2310056 - Synthesis of Histamine Dihydrochloride | Unknown | Unknown |
| Patent No. SE1140857 - Synthesis of Histamine Dihydrochloride | Unknown | Unknown |
| Patent No. CH1140857 - Synthesis of Histamine Dihydrochloride | Unknown | Unknown |
| Patent No. 1243166 - Synthesis of Histamine Dihydrochloride | Unknown | Unknown |
| Patent No. GB1140857 - Synthesis of Histamine Dihydrochloride | Unknown | Unknown |
| Patent No. FR1140857 - Synthesis of Histamine Dihydrochloride | Unknown | Unknown |
| Patent No. 6498181 - Synergistic tumoricidal response induced by histamine | Unknown | Unknown |

| Debtor | **Immune Pharmaceuticals Inc.** | Case number *(If known)* **19-13273** |
| | Name | |

| | | |
|---|---|---|
| Patent No. 6893633 - Methods and compositions for promoting the maturation of monocytes | Unknown | Unknown |
| Patent No. 6821510 - Methods and Compositions for promoting the maturation of monocytes | Unknown | Unknown |
| Patent No. 6790440 - Methods and Compositions for promoting the maturation of monocytes | Unknown | Unknown |
| Patent No. 6730692 - Treatment and prevention of reactive oxygen metabolite-mediated cellular damage | Unknown | Unknown |
| Patent app. no. 62/526952 - compounds and methods for treating cancer | Unknown | Unknown |
| Patent No. PCT/US2018/043534 - methods and compositions for treating tumors comprising a BCR-ABL1 gene fusion | Unknown | Unknown |
| Patent App. No. 62/714888 - method and composition for treating colon cancer and breast cancer | Unknown | Unknown |
| Patent app. no. 62/662246 - Nox2 Inhibitors and low-dose interleukin-2 for treating acute myeloid leukemia with normal karyotype | Unknown | Unknown |
| Ceplene mark - 858297 (AU), 1078344 (CA), 13973/2000 (CH), 2001045526 (CN), 1965656 (EU), 144206 (IL), 2516/2003 (IS), 2001-029763 (JP), 13015 (LI), 2003309400 (NO), 76138212 (US), 86862397 (US2) | Unknown | Unknown |
| Patent No. 1165134 - use of anti-ferritin monoclonal antibodies in the treatment of some cancers - held in AT, BE, CH, DE, ES, FR, GB, IE, IT, LI, LU, MC, JP, US, EP | Unknown | Unknown |
| Patent app. No. 2,696,634 - Monoclonal antibodies against human acidic and basic ferritins and nucelotide and amino acid sequences thereof | Unknown | Unknown |

61.   Internet domain names and websites

62.   Licenses, franchises, and royalties

63.   Customer lists, mailing lists, or other compilations

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Immune Pharmaceuticals Inc.** | Case number *(if known)* | **19-13273** |
|---|---|---|---|
| | Name | | |

| 64. | Other intangibles, or intellectual property | | |
| | **Meda-European Ceplene Rights Acquisition** | $0.00 | Unknown |

| 65. | Goodwill | | |

| 66. | **Total of Part 10.** | | $0.00 |
| | Add lines 60 through 65. Copy the total to line 89. | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
 ■ No
 ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
 ☐ No
 ■ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
 ■ No
 ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
 Include all interests in executory contracts and unexpired leases not previously reported on this form.

 ☐ No.  Go to Part 12.
 ■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** | |
| | Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** | |
| | Description (for example, federal, state, local) | |
| | **NOL carryover through 12/31/2017** | Tax year ____ | Unknown |
| 73. | **Interests in insurance policies or annuities** | |
| | **D&O Insurance Policy** | Unknown |
| | **Excess Insurance Policy** | Unknown |
| | **Clinical Trials Insurance Policy** | Unknown |
| | **Commercial Umbrella Insurance Policy** | Unknown |
| | **General Liability Insurance Policy** | Unknown |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Immune Pharmaceuticals Inc.** | Case number *(If known)* | **19-13273** |
|---|---|---|---|
| | Name | | |

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

      Add lines 71 through 77. Copy the total to line 90.

                        **$0.00**

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

      ■ No

      ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Immune Pharmaceuticals Inc.**
　　　　　Name

Case number *(If known)*    **19-13273**

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,114.23 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $80,641.85 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $55,218.58 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $136,974.66 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $136,974.66 |

**Fill in this information to identify the case:**

Debtor name      **Immune Pharmaceuticals Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **19-13273**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1**   **Discover Growth Fund, LLC**<br>Creditor's Name<br><br>**5330 Yacht Haven Grande Suite 206 St Thomas, VI 00802**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien | $0.00 | Unknown |

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $0.00

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name  **Immune Pharmaceuticals Inc.**

United States Bankruptcy Court for the:  **DISTRICT OF NEW JERSEY**

Case number (if known)  **19-13273**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$119,518.00** | **$12,850.00** |
|  | **Anthony Fiorino** | *Check all that apply.* |  |  |
|  | **308 Churchill Road** | ☐ Contingent |  |  |
|  | **Teaneck, NJ 07666** | ☐ Unliquidated |  |  |
|  |  | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY | ■ No |  |  |
|  | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,679.00** | **$11,679.00** |
|  | **Bracha Goetz** | *Check all that apply.* |  |  |
|  | **771 Stelton Street** | ☐ Contingent |  |  |
|  | **Teaneck, NJ 07666** | ☐ Unliquidated |  |  |
|  |  | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY | ■ No |  |  |
|  | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |  |  |

| Debtor | **Immune Pharmaceuticals Inc.** | Case number (if known) | **19-13273** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45,693.00 | $12,850.00 |
|---|---|---|---|---|

**2.3** Priority creditor's name and mailing address

**Christine Richardson**
**16 Whitman Street**
**Hastings on Hudson, NY 10706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$45,693.00    $12,850.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.4** Priority creditor's name and mailing address

**John Clark**
**16 Sylvia Terrace**
**Middletown, NJ 07748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$40,651.00    $12,850.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.5** Priority creditor's name and mailing address

**Zhihua Zhang**
**3 Wellington Drive**
**Basking Ridge, NJ 07920**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$80,331.00    $12,850.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**10312 Capital LLC**
**460 West 24th Street Apt 4A**
**New York, NY 10011**

Date(s) debt was incurred __
Last 4 digits of account number  **2377**

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

$62,569.00

---

**3.2** Nonpriority creditor's name and mailing address

**ACM Medical Laboratory, Inc.**
**PO Box 26290**
**Rochester, NY 14626**

Date(s) debt was incurred __
Last 4 digits of account number  **2379**

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

$2,363.00

---

| Debtor | Immune Pharmaceuticals Inc. | Case number (if known) | 19-13273 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,150.00** |
| | Advarra | ☐ Contingent | |
| | 6940 Columbia Gateway Dr | ☐ Unliquidated | |
| | Columbia, MD 21046 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2990** | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69.00** |
| | Airgas USA LLC | ☐ Contingent | |
| | 6055 Rockside Woods Blvd | ☐ Unliquidated | |
| | Independence, OH 44131 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2266** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$580,810.62** |
| | Alpha Capital Anstalt | ☐ Contingent | |
| | Lettstrasse 32 | ☐ Unliquidated | |
| | 9490 Vaduz | ■ Disputed | |
| | Lichtenstein | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$536,133.00** |
| | Alto Opportunity Master Fund c/o Aryton | ☐ Contingent | |
| | 222 Broadway, 19th Floor | ☐ Unliquidated | |
| | New York, NY 10038 | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1109** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$446,777.00** |
| | Anson Investments Master Fund LP | ☐ Contingent | |
| | 155 University Avenue, Suite 207, Toront | ☐ Unliquidated | |
| | CANADA | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1109** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,292.00** |
| | Australasian Blistering Diseases Foundat | ☐ Contingent | |
| | St George Hospital Gray Street, Kogarah | ☐ Unliquidated | |
| | AUSTRALIA | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2378** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,638.00** |
| | B&C Group | ☐ Contingent | |
| | Watson & Crick Hill - Rue Granbonpre 11, | ☐ Unliquidated | |
| | BELGIUM | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2372** | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Immune Pharmaceuticals Inc.**                                    Case number (if known)    19-13273
     Name

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,500.00 |
|---|---|---|---|

**Bass Tax Group**
2740 State Route 10, Suite 105A
Morris Plains, NJ 07950

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2240**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $5,655.00 |
|---|---|---|---|

**Becton Dickerson & Company**
P. O. Box 28983
New York, NY 10087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2278**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,992.00 |
|---|---|---|---|

**Biochrom GmbH**
Leonorenstr. 2-6, Berlin 12247
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2322**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,150.00 |
|---|---|---|---|

**BioProcessTechnologyConsultants Inc (BPT**
12 Gill St # 5450
Woburn, MA 01801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2911**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $164.00 |
|---|---|---|---|

**Bioreclamation IVT**
P.O. Box 770
Hicksville, NY 11802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2373**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,904.00 |
|---|---|---|---|

**BioReliance Corporation**
14920 Broschart Road
Rockville, MD 20850

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2985**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,216.00 |
|---|---|---|---|

**Bird & Bird Advokat KB**
Norrlandsgatan 15, PO Box 7714, Stockhol
SWEDEN

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2926**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Immune Pharmaceuticals Inc. | Case number (if known) | 19-13273 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,862.00** |
| | **Bridge Plaza Realty Associates LLC** | ☐ Contingent | |
| | PO Box 416503 | ☐ Unliquidated | |
| | Boston, MA 02241 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2952** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,537.00** |
| | **Broadridge (Inc)** | ☐ Contingent | |
| | PO Box 416423 | ☐ Unliquidated | |
| | Boston, MA 02241 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2005** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,314.00** |
| | **Canfield Scientific** | ☐ Contingent | |
| | 4 Wood Hollow Road | ☐ Unliquidated | |
| | Parsippany, NJ 07054 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2364** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$772.00** |
| | **CCPIT Patent & Trademark Law Office** | ☐ Contingent | |
| | 10/F, Ocean Plaza 158 Fuxingmennei Stree | ☐ Unliquidated | |
| | CHINA | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2173** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,037.00** |
| | **CEOcast, Inc** | ☐ Contingent | |
| | 211 East 43rd Street | ☐ Unliquidated | |
| | New York, NY 10017 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2317** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,069.00** |
| | **Certara USA, Inc** | ☐ Contingent | |
| | 222 S. Central Avenue, Suite 1008 | ☐ Unliquidated | |
| | Saint Louis, MO 63105 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3008** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,245.00** |
| | **Charles River** | ☐ Contingent | |
| | 22022 Transcanadienne, Senneville QC H9X | ☐ Unliquidated | |
| | CANADA | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2355** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Immune Pharmaceuticals Inc. | Case number (if known) | 19-13273 |
|---|---|---|---|
|  | Name |  |  |

---

**3.24** | Nonpriority creditor's name and mailing address | **$257.00**

China Patent Agent (H.K.) Ltd
22/F, Great Eagle Center, 23 Harbor Road
HONG KONG

Date(s) debt was incurred __

Last 4 digits of account number  2908

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | **$4,663.00**

Clinical Supplies Management (CSM USA)
300 Technology Drive
Malvern, PA 19355

Date(s) debt was incurred __

Last 4 digits of account number  2437

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | **$5,805.00**

Corodata
PO Box 842638
Los Angeles, CA 90084

Date(s) debt was incurred __

Last 4 digits of account number  2025

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | **$29,308.00**

Cpa Global
Liberation House, Castle Street, St. Hel
CHANNEL ISLANDS

Date(s) debt was incurred __

Last 4 digits of account number  2026

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | **$39,241.00**

CSM Europe sa
Watson & Crick Hill - Rue Granbonpre 11,
BELGIUM

Date(s) debt was incurred __

Last 4 digits of account number  2916

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | **$625,310.00**

CVI Investments Inc. c/o Heights Capital
101 California St., Suite 3250
San Francisco, CA 94111

Date(s) debt was incurred __

Last 4 digits of account number  1109

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | **$22,094.00**

Dalhousie University
1344 Summer Street, Suite 207, PO Box 15
CANADA

Date(s) debt was incurred __

Last 4 digits of account number  2028

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Immune Pharmaceuticals Inc.** | Case number (if known) | 19-13273 |
|--------|-------------------------------|------------------------|----------|
| | Name | | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Daniel Kazado**
2 Hagalim St, Raanan 43596
ISRAEL

Date(s) debt was incurred _

Last 4 digits of account number  **2906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186,285.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**Daniel Teper**
70 Washington Street #2N
Brooklyn, NY 11201

Date(s) debt was incurred _

Last 4 digits of account number  **2142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,414.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Delaney Corporate Services Ltd**
99 Washington Avenue, Suite 805A
Albany, NY 12210

Date(s) debt was incurred _

Last 4 digits of account number  **2336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Discover Growth Fund, LLC**
5330 Yacht Haven Grande, Suite 206
St Thomas, VI 00802

Date(s) debt was incurred _

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,155.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Donohoe Advisory Associates LLC**
9901 Belward Campus Dr., Suite 175
Rockville, MD 20850

Date(s) debt was incurred _

Last 4 digits of account number  **2361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Dr. Brian Feagan**
c/o Robarts Research Institute, 1151 Ric
CANADA

Date(s) debt was incurred _

Last 4 digits of account number  **2154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,444.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Dr. Cameron Durrant**
90 Fairmont Road West
Califon, NJ 07830

Date(s) debt was incurred _

Last 4 digits of account number  **2172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Immune Pharmaceuticals Inc. | Case number (if known) | 19-13273 |
|---|---|---|---|
| | Name | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,912.00 |
|---|---|---|---|

**Duke University**
**Dermatology Clinical Research Unit, Box**
**Durham, NC 27710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **2967**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,100.00 |
|---|---|---|---|

**Elizabeth John, Ph.D.**
**416 Golden Drive**
**Richland, WA 99352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **2961**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $185,100.00 |
|---|---|---|---|

**Elliot Maza**
**550 Sylvan Ave., Suite 102**
**Englewood Cliffs, NJ 07632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**Elliot Maza**
**550 Sylvan Ave, Suite 102**
**Englewood Cliffs, NJ 07632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **2193**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $191,000.00 |
|---|---|---|---|

**Elliot Maza**
**550 Sylvan Ave, Suite 102**
**Englewood Cliffs, NJ 07632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **2002**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,500.00 |
|---|---|---|---|

**Erik Penser Bank**
**Apelbergsgatan 27, Box 7405, Stockholm S**
**SWEDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **2034**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,709.00 |
|---|---|---|---|

**Euroclear**
**Box 191, Stockholm SE-10123**
**SWEDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **2063**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Immune Pharmaceuticals Inc. | Case number (if known) | 19-13273 |
| | Name | | |

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,500.00 |
| | Extera Partners, LLC | ☐ Contingent | |
| | 65 Williams Street, Suite 200 | ☐ Unliquidated | |
| | Wellesley, MA 02481 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  3030 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $174.00 |
| | Federal Express | ☐ Contingent | |
| | PO Box 371461 | ☐ Unliquidated | |
| | Pittsburgh, PA 15250 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  2035 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,428.00 |
| | Fenwick & West LLP | ☐ Contingent | |
| | Silicon Valley Center, 801 California St | ☐ Unliquidated | |
| | Mountain View, CA 94041 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  3009 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,427.00 |
| | Finn Partners | ☐ Contingent | |
| | 301 E 57th St | ☐ Unliquidated | |
| | New York, NY 10022 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  2250 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,797.00 |
| | First Insurance Funding Corp | ☐ Contingent | |
| | 450 Skokie Blvd, Suite 1000 | ☐ Unliquidated | |
| | Northbrook, IL 60062 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  2367 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $309,522.00 |
| | Firstfire Global Opportunities Fund LLC | ☐ Contingent | |
| | 1040 1st Ave, Suite 190 | ☐ Unliquidated | |
| | New York, NY 10022 | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  1109 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $274.00 |
| | Fisher Scientific | ☐ Contingent | |
| | P.O. Box 3648 | ☐ Unliquidated | |
| | Boston, MA 02241 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  2341 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Immune Pharmaceuticals Inc. | Case number (if known) | 19-13273 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
| | **Gad Berdugo** | ☐ Contingent | |
| | **1 Columbus Pl. Apt N35C** | ☐ Unliquidated | |
| | **New York, NY 10019** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  2905 | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
| | **Gail J. Roboz** | ☐ Contingent | |
| | **116 East 68th Apt 9C** | ☐ Unliquidated | |
| | **New York, NY 10065** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  2401 | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,373.00** |
| | **GETAID** | ☐ Contingent | |
| | **50 rue Richer, Paris 7I5009** | ☐ Unliquidated | |
| | **FRANCE** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  2328 | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,383.00** |
| | **Gevers & Ores** | ☐ Contingent | |
| | **41, avenue de Friedland, Paris F-75008** | ☐ Unliquidated | |
| | **FRANCE** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  2407 | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply* | **$31,179.00** |
| | **Global Clinical Trials, LLC (GCT)** | ☐ Contingent | |
| | **256 Bunn Drive, Suite 6** | ☐ Unliquidated | |
| | **Princeton, NJ 08540** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  2231 | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,688.00** |
| | **Global Data** | ☐ Contingent | |
| | **441 Lexington Avenue, 3rd Floor** | ☐ Unliquidated | |
| | **New York, NY 10017** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  2220 | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,133.00** |
| | **Hoffman Neopac AG** | ☐ Contingent | |
| | **Burgdorfstrasse 22, Oberdiessbach 3672** | ☐ Unliquidated | |
| | **SWITZERLAND** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  2979 | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Immune Pharmaceuticals Inc. | Case number (if known) | 19-13273 |
|---|---|---|---|
| | Name | | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,010.00 |
|---|---|---|---|

**3.59** Nonpriority creditor's name and mailing address
HTL Biosolutions Inc
3543 Old Conejo Rd. #105
Newbury Park, CA 91320

Date(s) debt was incurred _
Last 4 digits of account number  2977

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$17,010.00**

---

**3.60** Nonpriority creditor's name and mailing address
Hudson Bay Master Fund Limited
777 Third Avenue, 30th Floor
New York, NY 10017

Date(s) debt was incurred _
Last 4 digits of account number  1109

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$436,590.00**

---

**3.61** Nonpriority creditor's name and mailing address
Hyatt Computer
550 Sylvan Ave
Englewood Cliffs, NJ 07632

Date(s) debt was incurred _
Last 4 digits of account number  2217

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,692.00**

---

**3.62** Nonpriority creditor's name and mailing address
IDDI
185 Alewife Brook Pkwy, Suite 410
Cambridge, MA 02138

Date(s) debt was incurred _
Last 4 digits of account number  2410

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,245.00**

---

**3.63** Nonpriority creditor's name and mailing address
Infinite
Dept #652 PO BOX 220
Bettendorf, IA 52722

Date(s) debt was incurred _
Last 4 digits of account number  2380

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,994.00**

---

**3.64** Nonpriority creditor's name and mailing address
Innovaderm Research Inc.
1851 Sherbrooke Est, bureau 502, Montrea
CANADA

Date(s) debt was incurred _
Last 4 digits of account number  2370

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$43,610.00**

---

**3.65** Nonpriority creditor's name and mailing address
Intracoastal Capital LLC
2211A Lakeside Drive
Bannockburn, IL 60015

Date(s) debt was incurred _
Last 4 digits of account number  1109

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$171,841.00**

---

| Debtor | **Immune Pharmaceuticals Inc.** | Case number (if known) | 19-13273 |
|---|---|---|---|
| | Name | | |

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,632.00 |

**Iron Mountain**
1000 Campus Dr
Collegeville, PA 19426

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __2048__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,845.00 |

**IRS Department of the Treasury**
310 Lowell Street, Stop 832
Andover, MA 01810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __2435__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,000.00 |

**Jean Kadouche**
62, boulevard Arago, paris 75013
FRANCE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __2002__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $168,000.00 |

**Jean Marc Menat Conseil**
64, rue de Longchamp, Paris 75116
FRANCE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __2002__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |

**Jeff Paley (Crimson Biomedical Consultin**
285 Briarcliffe Road
Teaneck, NJ 07666

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __2291__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |

**JMP Securities LLC**
600 Montgomery St., Suite 1100
San Francisco, CA 94111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __2416__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |

**John Neczesny**
424 West End Ave. 13-H
New York, NY 10024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __2333__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Immune Pharmaceuticals Inc.** | | Case number (if known) | **19-13273** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $9,750.00 |
|---|---|---|---|

**Johnson Matthey Pharma Services**
25 Patton Road
Devens, MA 01434

Date(s) debt was incurred _

Last 4 digits of account number **2050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $63,129.00 |
|---|---|---|---|

**Joseph V. Pergolizzi**
868 106th. Ave North
Naples, FL 34108

Date(s) debt was incurred _

Last 4 digits of account number **2386**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $27,600.00 |
|---|---|---|---|

**Klein Hersh, Inc**
220 Gilbraltar Road, Suite 150
Horsham, PA 19044

Date(s) debt was incurred _

Last 4 digits of account number **2963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $44,789.00 |
|---|---|---|---|

**Knobbe, Martens, Olson & Bear LLP**
2040 Main Street, 14th Fl
Irvine, CA 92614

Date(s) debt was incurred _

Last 4 digits of account number **2051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $292,598.00 |
|---|---|---|---|

**L1 Capital Global Opportunities Master F**
135 E. 57th St, 23rd Floor
New York, NY 10022

Date(s) debt was incurred _

Last 4 digits of account number **1109**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $325,650.00 |
|---|---|---|---|

**L2 Capital, LLC**
411 Dorado Beach East
Dorado, PR 00646

Date(s) debt was incurred _

Last 4 digits of account number **1109**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $45,202.00 |
|---|---|---|---|

**Lifesci Advisors Llc**
250 W 55th Street, 34th floor
New York, NY 10019

Date(s) debt was incurred _

Last 4 digits of account number **2110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Immune Pharmaceuticals Inc. | Case number (if known) | 19-13273 |
|---|---|---|---|
| | Name | | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $182,939.00 |
|---|---|---|---|

**3.80** Nonpriority creditor's name and mailing address
**Lowenstein Sandler LLP**
One Lowenstein Drive
Roseland, NJ 07068

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2982**

Is the claim subject to offset? ■ No  ☐ Yes

$182,939.00

---

**3.81** Nonpriority creditor's name and mailing address
**Marcum LLP**
555 Long Wharf Drive, 12th Floor
New Haven, CT 06511

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2960**

Is the claim subject to offset? ■ No  ☐ Yes

$29,870.00

---

**3.82** Nonpriority creditor's name and mailing address
**MDM Worldwide Solutions, Inc.**
264 West 40th Street
New York, NY 07632

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2436**

Is the claim subject to offset? ■ No  ☐ Yes

$60,000.00

---

**3.83** Nonpriority creditor's name and mailing address
**Meda Pharma SARL**
43 Avenue John Fitzgerald Kennedy,
L-1855
LUXEMBOURG

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1008**

Is the claim subject to offset? ■ No  ☐ Yes

$3,000,000.00

---

**3.84** Nonpriority creditor's name and mailing address
**Mediant Communications Inc**
3 Columbus Circle
New York, NY 10019

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2058**

Is the claim subject to offset? ■ No  ☐ Yes

$706.00

---

**3.85** Nonpriority creditor's name and mailing address
**Morrison & Foerster LLP (Inc)**
250 West 55th Street
New York, NY 10019-9601

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

$77,146.00

---

**3.86** Nonpriority creditor's name and mailing address
**Mount Sinai School of Medicine**
Clinical Trials Center, 5 East 98th Stre
New York, NY 10029

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2422**

Is the claim subject to offset? ■ No  ☐ Yes

$40,600.00

---

| Debtor | Immune Pharmaceuticals Inc. | Case number (if known) | 19-13273 |
|---|---|---|---|
| | Name | | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $32,150.00 |
|---|---|---|---|

**3.87**
Nonpriority creditor's name and mailing address
**MPI Research, Inc**
**54943 North Main Street**
**Mattawan, MI 49071**

Date(s) debt was incurred __

Last 4 digits of account number  **2318**

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$32,150.00**

---

**3.88**
Nonpriority creditor's name and mailing address
**Nadler Pharmaceuticals Inc.**
**7 Waterview Lane**
**Randolph, NJ 07869**

Date(s) debt was incurred __

Last 4 digits of account number  **2234**

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$96,000.00**

---

**3.89**
Nonpriority creditor's name and mailing address
**Nasdaq Sweden**
**Tullvaktsvagen 15, Stockholm SE-10578**
**SWEDEN**

Date(s) debt was incurred __

Last 4 digits of account number  **2191**

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$9,250.00**

---

**3.90**
Nonpriority creditor's name and mailing address
**net2phone**
**520 Broad Street**
**Newark, NJ 07102**

Date(s) debt was incurred __

Last 4 digits of account number  **3004**

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$289.00**

---

**3.91**
Nonpriority creditor's name and mailing address
**Nixon Peabody LLP**
**Tower 46, 55 West 46th Street**
**New York, NY 10036**

Date(s) debt was incurred __

Last 4 digits of account number  **2411**

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$246,620.00**

---

**3.92**
Nonpriority creditor's name and mailing address
**NJ Division of Taxation**
**PO Box 666**
**Trenton, NJ 08646**

Date(s) debt was incurred __

Last 4 digits of account number  **2002**

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$460.00**

---

**3.93**
Nonpriority creditor's name and mailing address
**Nova Laboratories Ltd.**
**Martin House, Leicester LE184YL**
**UNITED KINGDOM**

Date(s) debt was incurred __

Last 4 digits of account number  **2210**

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,146.00**

---

| Debtor | **Immune Pharmaceuticals Inc.** | Case number (if known) | 19-13273 |
|---|---|---|---|
| | Name | | |

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$30,323.00**

NYS Dept of Taxation and Finance
W A Harriman Campus
Albany, NY 12227

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$8,105.00**

NYS Workers Compensation Board
Attn: Finance Office, 328 State St, Rm 3
Schenectady, NY 12305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$29,829.00**

Okapi Partners LLC
1212 Avenue of the Americas, 24th fl
New York, NY 10036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2065**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$1,800.00**

Pascal Joly
1700 rue de la Haie, Bois Guillaume 7623
FRANCE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2308**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$5,422.00**

PerkinElmer Health Sciences Inc.
710 Bridgeport Ave
Shelton, CT 06484

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2409**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$7,470.00**

Pharmatek Laboratories Inc
7330 Carroll Road, Suite 200
San Diego, CA 92121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2072**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$8,838.00**

Phastar Inc. (USA)
One Copley Parkway, Suite 540
Morrisville, NC 27560

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3021**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Immune Pharmaceuticals Inc. | Case number (if known) | 19-13273 |
|--------|------------------------------|------------------------|----------|
|        | Name |  |  |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,055.00 |
|---|---|---|---|

**PragerMetis CPA's, LLC**
15 Warren Street, Suite 25
Hackensack, NJ 07601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3022**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,899.00 |
|---|---|---|---|

**Prime Pensions, Inc**
25B Vreeland Road, Suite 209
Florham Park, NJ 07932

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2298**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $152,642.00 |
|---|---|---|---|

**Primera Analytical Solutions Corp**
259 Wall Street
Princeton, NJ 08540

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2954**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,022.00 |
|---|---|---|---|

**Professional Research Consulting, Inc**
1350 Old Bayshore Highway, Ste 125
Burlingame, CA 94010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2940**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,410.00 |
|---|---|---|---|

**Q4 Denmark ApS**
Sjaeleboderne 2, 2th, Copenhagen 1122
DENMARK

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2426**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,700.00 |
|---|---|---|---|

**Quantum Media Group, LLC**
6 Rockwood Lane
Suffern, NY 10901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2325**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,685.00 |
|---|---|---|---|

**Rama Krishna Rao**
5 Muirfield Lane
Bridgewater, NJ 08807

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2429**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Immune Pharmaceuticals Inc.** | Case number (if known) | **19-13273** |
|---|---|---|---|
| | Name | | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,078.00 |
|---|---|---|---|

**Robert Half Management Resources Inc**
12400 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2939**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,613.00 |
|---|---|---|---|

**Robinson Brog Leinwand Greene Genovese &**
875 3rd Ave
New York, NY 10022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2420**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126,620.00 |
|---|---|---|---|

**RobinsonButler LLC**
7 Stone Crossing Way
Hopkinton, MA 01748

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2289**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,750.00 |
|---|---|---|---|

**SAS Benelod**
18bis Boulevard Albert 1er, Antibes 0660
FRANCE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2382**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $791.00 |
|---|---|---|---|

**SAS CJS Scientific**
787 Seventh Ave, 47th Floor
New York, NY 10019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2199**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $3,495.00 |
|---|---|---|---|

**SBC Worldwide LLC**
1979 Marcus Avenue, Suite 210
Lake Success, NY 11042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2389**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130,929.00 |
|---|---|---|---|

**Sheppard Mullin Richter & Hampton LLP**
30 Rockefeller Plaza
New York, NY 10112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Immune Pharmaceuticals Inc.** | | Case number (if known) | **19-13273** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,650.00 |
|---|---|---|---|

**Sherpa Clinical Packaging**
6166 Nancy Ridge Dr
San Diego, CA 92121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2084**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,087.00 |
|---|---|---|---|

**STC Biologics, Inc. (Inc)**
330 Nevada St.
Newtonville, MA 02460

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Sylva International LLC**
516 SW 13th Street, Suite 20
Bend, OR 97702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112,500.00 |
|---|---|---|---|

**Sylva International LLC**
516 SW 13th Street, Suite 201
Bend, OR 97702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3034**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,225.00 |
|---|---|---|---|

**Target Health Inc.**
261 Madison Avenue, 24th Floor
New York, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102,825.00 |
|---|---|---|---|

**Target Health Inc.**
261 Madison Avneu, 24th Floor
New York, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2329**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,024.00 |
|---|---|---|---|

**Tergus Pharma LLC**
2810 Meridian Parkway, Suite 120
Durham, NC 27713

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2350**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Immune Pharmaceuticals Inc. | | Case number (if known) | 19-13273 |
|---|---|---|---|---|
| | Name | | | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $237,919.00 |
|---|---|---|---|

**The Artac Seel Company**
P.O. Box 191
Stonington, CT 06378

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  2351

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,065.00 |
|---|---|---|---|

**The Patent Place, Inc**
301 Franklin Street, 3rd Floor
Alexandria, VA 22314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  3018

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,682.00 |
|---|---|---|---|

**The Research Foundation for SUNY**
P.O. Box 9
Albany, NY 12201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  2412

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850.00 |
|---|---|---|---|

**The Wall Street Transcript (TWST)**
622 3rd Avenue, 34th Floor
New York, NY 10017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  2176

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $540.00 |
|---|---|---|---|

**Thompson Hine LLP**
335 Madison Avenue, 12th Floor
New York, NY 10017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  2393

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,500.00 |
|---|---|---|---|

**Tina Ghorban Consulting**
70 Riverside Dr., Apt 4c
New York, NY 10024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  2385

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,658.00 |
|---|---|---|---|

**Toppan Vintage Filings, Inc.**
747 3rd Avenue, 7th Floor
New York, NY 10017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  2909

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Immune Pharmaceuticals Inc. | Case number (if known) | 19-13273 |
|---|---|---|---|
| | Name | | |

---

**3.129** Nonpriority creditor's name and mailing address

**University Hospitals of Cleveland**
**11100 Euclid Avenue, Lakeside Room 1400**
**Cleveland, OH 44106**

Date(s) debt was incurred _

Last 4 digits of account number  2971

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,500.00**

---

**3.130** Nonpriority creditor's name and mailing address

**University of Iowa**
**Grant Accounting Office, 118 S. Gilbert**
**Iowa City, IA 52242**

Date(s) debt was incurred _

Last 4 digits of account number  2972

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$13,386.00**

---

**3.131** Nonpriority creditor's name and mailing address

**University of Utah, Dept of Dermatology**
**30 N 1900 E, 4A330 SOM**
**Salt Lake City, UT 84132**

Date(s) debt was incurred _

Last 4 digits of account number  2964

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,500.00**

---

**3.132** Nonpriority creditor's name and mailing address

**US Department Of Labor - Office of the C**
**200 Constitution Ave., N.W., Suite 400**
**Washington, DC 20210**

Date(s) debt was incurred _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$180,000.00**

---

**3.133** Nonpriority creditor's name and mailing address

**VStock Transfer, LLC**
**18 Lafayette Place**
**Woodmere, NY 11598**

Date(s) debt was incurred _

Last 4 digits of account number  2275

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,733.00**

---

**3.134** Nonpriority creditor's name and mailing address

**VWR**
**P.O. Box 117**
**Wayne, PA 19087**

Date(s) debt was incurred _

Last 4 digits of account number  2368

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$26.00**

---

**3.135** Nonpriority creditor's name and mailing address

**WPAT s.r.o.**
**PO Box 148, Bratislava 81000**
**SLOVAK REPUBLIC**

Date(s) debt was incurred _

Last 4 digits of account number  2398

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,798.00**

---

| Debtor | **Immune Pharmaceuticals Inc.** | | Case number (if known) | **19-13273** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$532,465.00** |
| | **Wuxi Biologics (Hong Kong) Limited**<br>Unit C, 20/F, OfficePlau @Mong Kok,<br>No. 998 Canton Road<br>Hong Kong | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$555,190.00** |
| | **Wuxi Biologics (Hong Kong) Limited**<br>26-81 3/F, Building 26,299 Middle Fute R<br>CHINA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **3006** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,025.00** |
| | **Yellow Pages United**<br>P.O. Box 53282<br>Atlanta, GA 30355 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **2296** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65,605.00** |
| | **Yissum**<br>Hi-Tech Park, Edmond J Safra Campus, Giv<br>ISRAEL | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **2228** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
| | **Yissum**<br>Hi-Tech Park, Edmond J Safra Campus, Giv<br>ISRAEL | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **2002** | Is the claim subject to offset? ■ No  ☐ Yes | |

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 297,872.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 12,375,975.62 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 12,673,847.62 |

**Fill in this information to identify the case:**

Debtor name    **Immune Pharmaceuticals Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **19-13273**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Employment Agreement | Anthony Fiorino<br>308 Churchill Road<br>Teaneck, NJ 07666 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Office lease for premises located at 1 Bridge Plaza North, Suite 270, Fort Lee NJ | Bridge Plaza Realty Associates LLC<br>c/o Mack-Cali Realty Corporation<br>Harborside 3<br>210 Hudson Street, Suite 400<br>Jersey City, NJ 07311 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | License - patents related to AmiKet | Dalhousie University<br>6299 South Street<br>Halifax, Nova Scotia<br>B3H 4H6 Canada |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Standby Financing Agreement - to Meda Pharma SARL Asset Purchase Agreement | Daniel Kazado<br>2 Hagalim St<br>Raanana 43596 Israel |

| Debtor 1 | Immune Pharmaceuticals Inc. | | Case number *(if known)* | 19-13273 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Severance and Negotiated Settlement Agreements | |
|---|---|---|---|
| | State the term remaining | | Elliot Maza |
| | List the contract number of any government contract | | 550 Sylvan Ave, Suite 102 Englewood Cliffs, NJ 07632 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement | |
|---|---|---|---|
| | State the term remaining | | Gary H. Rabin |
| | List the contract number of any government contract | | 1100 Indiana Avenue Venice, CA 90291 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Termination Agreement - Atlante Biotech and Jean Kadouche for bispecific antibodies | |
|---|---|---|---|
| | State the term remaining | | Jean Kadouche |
| | List the contract number of any government contract | | 62 boulevard Arago Paris 75013 France |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Asset Purchase Agreement - Ceplene and Certain Related Assets | |
|---|---|---|---|
| | State the term remaining | | Meda Pharma SARL |
| | List the contract number of any government contract | | 43 Avenue John Fitzgerald Kennedy L-1855 Luxembourg |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement - Professional Employer Services (PEO) | |
|---|---|---|---|
| | State the term remaining | | Prestige Employee Administrators, Inc. |
| | List the contract number of any government contract | | 538 Broadhollow Road, Suite 311 Melville, NY 11747 |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Biologics Master Services Agreement - development and manufacturing of new process bertilimumab | |
|---|---|---|---|
| | State the term remaining | | WuXi Biologics (Shanghai) Co., Ltd. Building 1, 288 Fute Zhong Road Waigaoqiao Free Trade Zone Shanghai, China 200131 |

| Debtor 1 | **Immune Pharmaceuticals Inc.** | | Case number *(if known)* | 19-13273 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

List the contract number of any government contract

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | License - patents related to nano-formulated delivery of AmiKet | Yissum Research Development Company of the Hebrew Univ. of Jerusalem Ltd. Hi-Tech Park, Edmond J. Safra Campus PO Box 39135 Givat-Ram Jerusalem 91390 Israel |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | License - patents, research and know-how related of NanomAbs | Yissum Research Development Company of the Hebrew University of Jerusalem Ltd Hi-Tech Park, Edmond J. Safra Campus PO Box 39135 Givat-Ram Jerusalem 91390 Israel |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Immune Pharmaceuticals Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   **19-13273**

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State          Zip Code | | |
| 2.2 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State          Zip Code | | |
| 2.3 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State          Zip Code | | |
| 2.4 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State          Zip Code | | |

**Fill in this information to identify the case:**

Debtor name    **Immune Pharmaceuticals Inc.**

United States Bankruptcy Court for the:   **DISTRICT OF NEW JERSEY**

Case number (if known)   **19-13273**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**   Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other | $0.00 |
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | $0.00 |
| **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | $0.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | **Immune Pharmaceuticals Inc.** | | Case number *(if known)* **19-13273** |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Robert Half Management Resources Inc.<br>12400 Collections Center Drive<br>Chicago, IL 60693 | 11/19/2018,<br>12/12/2018,<br>1/10/2019 | $28,065.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | Chase<br>PO Box 15123<br>Wilmington, DE 19850 | 11/23/2018,<br>12/24/2018,<br>1/25/2019,<br>2/15/2019 | $9,792.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | CSM Europe sa<br>Watson & Crick Hill - Rue Granbonpre 11<br>Mont-Saint-Guibert, B-1435 Belgium | 11/30/2018 | $8,415.31 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | Verein Fur Leukamieforschung E.V.<br>Am Westuhl 5<br>Ahlen 59227 Germany | 11/30/2018 | $10,413.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | Delaware Division of Corporations<br>PO Box 898<br>Dover, DE 19903 | 12/3/2018 | $18,759.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | ARA Health GmbH<br>Ruckertstr 4<br>80336 Munchen | 12/3/2018 | $7,057.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | Wuxi Biologics (Hong Kong) Ltd<br>26-81 3/F, Building 26<br>299 Middle Fute Road<br>Shanghai 200131 China | 12/6/2018 | $49,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. | CPA Global<br>Liberation House, Castle Street<br>St. Helier Jersey JE11BL Channel Island | 12/10/2018 | $33,450.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Immune Pharmaceuticals Inc.** | Case number *(if known)* | **19-13273** |
| --- | --- | --- | --- |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- | --- |
| 3.9. | CMi2i<br>21-26 Garlick Hill, 5th Floorn<br>London EC4v 2AU United Kingdom | 12/11/2018,<br>12/21/2018 | $10,495.97 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10 | MDM Worldwide Solutions, Inc.<br>264 West 40th Street<br>New York, NY 10018 | 12/11/2018 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11 | First Insurance Funding Corp<br>450 Skokie Blvd., Suite 1000<br>Northbrook, IL 60062 | 12/13/2018 | $31,624.22 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12 | Fenwick & West LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041 | 12/24/2018 | $6,600.95 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13 | Technostat Ltd<br>Jerusalem Rd. 34<br>Raanana 4350108 Israel | 12/27/2018 | $9,360.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14 | Principal Life Insurance Company,<br>Pension Account<br>PO Box 9394<br>Des Moines, IA 50306 | 12/31/2018 | $23,917.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15 | BDO<br>622 Third Avenue, Suite 3100<br>New York, NY 10017 | 1/2/2019 | $15,575.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16 | Norris McLaughlin, PA<br>400 Crossing Boulevard, 8th Floor<br>Bridgewater, NJ 08807 | 2/15/2019 | $8,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
    or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount

| Debtor | **Immune Pharmaceuticals Inc.** | | Case number (if known) **19-13273** |
|---|---|---|---|

may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Anthony Fiorino**<br>**308 Churchill Road**<br>**Teaneck, NJ 07666**<br>**Director and Former CEO** | 3/23/2018,<br>4/24/2018,<br>7/11/2018,<br>8/23/2018,<br>10/11/2018 | $18,550.46 | |
| 4.2. | **Cameron Durrant**<br><br>**Former Director** | 4/3/2018,<br>7/11/2018 | $50,000.00 | |
| 4.3. | **Daniel Kazado**<br>**2 Hagalim St**<br>**Raanana 43569 Israel**<br>**Director** | 4/13/2018.<br>7/13/2018 | $49,216.76 | |
| 4.4. | **Daniel Teper**<br>**70 Washington Street #2N**<br>**Brooklyn, NY 11201**<br>**Former Director** | 4/11/2018,<br>4/20/2018,<br>5/10/2018,<br>5/30/2018,<br>7/11/2018 | $67,500.00 | |
| 4.5. | **Elliot Maza**<br>**550 Sylvan Ave., Suite 102**<br>**Englewood Cliffs, NJ 07632**<br>**Former CEO and Former Director** | 2/20/2018,<br>3/14/2018,<br>4/4/2018,<br>5/23/2018,<br>5/30/2018,<br>6/29/2018,<br>6/29/2018,<br>8/7/2018,<br>9/19/2018,<br>10/16/2018,<br>11/16/2018,<br>12/12/2018,<br>1/9/2019 | $47,469.06 | |
| 4.6. | **Jeff Paley (Crimson Biomedical)**<br>**285 Briarcliff Rd**<br>**Teaneck, NJ 07666**<br>**Director** | 4/3/2018,<br>7/11/2018 | $30,000.00 | |
| 4.7. | **John Neczesny**<br>**424 West End Ave. 13-H**<br>**New York, NY 10024**<br>**Director** | 4/3/2018,<br>7/11/2018 | $30,000.00 | |
| 4.8. | **Gary H. Rabin**<br>**1100 Indiana Avenue**<br>**Venice, CA 90291**<br>**Proposed CRO** | 8/31/2018,<br>9/14/2018,<br>9/28/2018,<br>10/10/2018,<br>10/19/2018,<br>1/14/2019 | $75,000.00 | |
| 4.9. | **Immune Pharmaceuticals, Ltd.**<br><br>**Subsidiary** | 12/11/2018 | $699,620.80 | |

| Debtor | Immune Pharmaceuticals Inc. | | Case number (if known) | 19-13273 |
|---|---|---|---|---|

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.10 **Cytovia International Sarl**<br><br>**Subsidiary** | 5/10/2018,<br>6/8/2018,<br>7/31/2018,<br>9/20/2018,<br>11/6/2018,<br>12/14/2018,<br>2/13/2019 | $506,566.70 | |

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Securities case pending in Israel | Breach of contract | Tel Aviv, District Court, Israel | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Hudson Bay Master Fund Ltd. v. Immune Pharmceuticals, Inc.<br>18-cv-11688-LGS | Breach of contract | United States District Court, SDNY<br>500 Pearl Street<br>New York, NY 10007 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | TDR Services, LLC and Rama Rao v. Cytovia, Inc. and Immune Pharmaceuticals, Inc.<br>SOM-L-000133-19 | Breach of contract | Superior Court of NJ - Somerset County<br>20 N Bridge Street<br>Somerville, NJ 08876 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

| Debtor | Immune Pharmaceuticals Inc. | | Case number *(if known)*   19-13273 |
|---|---|---|---|

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Norris McLaughlin, PA<br>400 Crossing Boulevard, 8th Floor<br>Bridgewater, NJ 08807 | | 2/15/2019 | $8,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:  Previous Locations

**14. Previous addresses**

Debtor    **Immune Pharmaceuticals Inc.**                                    Case number *(if known)*  **19-13273**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **550 Sylvan Avenue, Suite 101** **Englewood Cliffs, NJ 07632** | **03/2017 - 08/2018** |
| 14.2. | **430 East 29th Street, Suite 940** **New York, NY 10016** | **02/2015 - 03/2017** |
| 14.3. | **Cambridge Innovation Center** **1 Broadway 14th Floor** **Cambridge, MA 02142** | |
| 14.4. | **708 Third Avenue, Suite 210** **New York, NY 10017** | |
| 14.5. | **77 Old Saw Mill River Road** **Tarrytown, NY 10591** | |

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☑ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ☑ Yes. Does the debtor serve as plan administrator?

      ☐ No Go to Part 10.
      ☑ Yes. Fill in below:
      Name of plan                                              Employer identification number of the plan
      **Immune Pharmaceuticals Inc. 401(k) Plan**               EIN:  **52-1841431**

      Has the plan been terminated?
      ☑ No
      ☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

| Debtor | Immune Pharmaceuticals Inc. | Case number *(if known)* | 19-13273 |
|---|---|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Bank Leumi USA<br>579 5th Avenue<br>New York, NY 10017 | XXXX-8218 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 3/28/2018 | $54,431.62 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

| Debtor | Immune Pharmaceuticals Inc. | | Case number *(if known)* | 19-13273 |

☑ No.
☐ Yes. Provide details below.

| Case title Case number | | Court or agency name and address | Nature of the case | Status of case |

**23.** Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**24.** Has the debtor notified any governmental unit of any release of hazardous material?

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25.** Other businesses in which the debtor has or has had an interest
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|---|
| 25.1. | Immune Pharmaceuticals, Ltd. Hillel Street #24 Jerusalem Israel 94581 | | EIN: From-To |
| 25.2. | Cytovia, Inc. 1 Bridge Plaza North, Suite 270 Fort Lee, NJ 07024 | | EIN:    33-0787805 From-To |
| 25.3. | Maxim Pharmaceuticals, Inc. 1 Bridge Plaza North, Suite 270 Fort Lee, NJ 07024 | | EIN:    87-0279983 From-To |
| 25.4. | Immune Oncology Pharmaceuticals, Inc. 1 Bridge Plaza North, Suite 270 Fort Lee, NJ 07024 | | EIN: From-To |

| Debtor | Immune Pharmaceuticals Inc. | Case number *(if known)* 19-13273 |
|---|---|---|

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.5. **Immune Pharmaceuticals USA Corporation 1 Bridge Plaza North, Suite 270 Fort Lee, NJ 07024** | | Dates business existed<br>EIN:     27-1139630<br><br>From-To |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **John P. Clark 16 Sylvia Terrace Middletown, NJ 07748** | 07/2017 to current |
| 26a.2. **John Militello 122 Rosebud Avenue Merrick, NY 11566** | 04/2015 through 11/2018 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Marcum LLP 555 Long Wharf Drive, 12th Floor New Haven, CT 06511** | 12/2017 through current |
| Name and address | Date of service From-To |
| 26b.2. **BDO 622 Third Avenue, Suite 3100 New York, NY 10017** | 06/2015 through 12/2017 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **John P. Clark 1 Bridge Plaza North, Suite 270 Fort Lee, NJ 07024** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. **SEC Filings** | |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Anthony Fiorino | | Director and Former CEO | Represents beneficial ownership of less than 1% of the shares of common stock |
| Daniel Kazado | 2 Hagalim St Raanana 43596 Israel | Director | Represents beneficial ownership of less than 1% of the shares of common stock |
| Jeff Paley | 285 Briarcliff Rd Teaneck, NJ 07666 | Director | Represents beneficial ownership of less than 1% of the shares of common stock |
| John Neczesny | 424 West End Ave. 13-H New York, NY 10024 | Director | Represents beneficial ownership of less than 1% of the shares of common stock |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Cameron Durrant | 90 Fairmont Road Califon, NJ 07830 | Director | Until 9/10/2018 |

Debtor   Immune Pharmaceuticals Inc.                           Case number *(if known)* 19-13273

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Elliot Maza | | Director, CEO and President | Until 8/28/2018 |

**30 Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|-----------------------------------------------------|-------|--------------------------------|
| 30.1  See question 4 above | | | |
| Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

Name of the parent corporation                    Employer Identification number of the parent corporation

Immune Pharmaceuticals, Inc.                       EIN:    52-1841431

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

Name of the pension fund                           Employer Identification number of the parent corporation

Immune Pharmaceuticals, Inc. 401(k) Plan           EIN:    52-1841431

---

**Part 14:** Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    3/18/19

Signature of individual signing on behalf of the debtor        Gary H. Rabin
                                                               Printed name

Position or relationship to debtor    President and Interim CEO

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes