UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**GIBBONS P.C.**
Dale E. Barney, Esq.
David N. Crapo, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: dbarney@gibbonslaw.com
        dcrapo@gibbonslaw.com

*Counsel for Discover Growth Fund, LLC*

**Order Filed on March 28, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

IMMUNE PHARMACEUTICALS, INC.,
et al.,            Debtors.

Case No.:   19-13273 (VFP)
Chapter:    11
Judge:      Vincent F. Papalia

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: March 28, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

2720238.1 115719-100281

After review of the application of <u>Gibbons P.C., counsel to the Discovery Growth Fund, LLC</u> for a reduction of time for a hearing on the *<u>Discover Growth Fund, LLC's Motion to Seal Declaration of John C. Kirkland in Further Support of Discovery Growth Fund, LLC's Objection to the Debtors' Motion on Shortened Notice Seeking to Sell the Ceplene® Product Line Pursuant to 11 U.S.C. § 363(b) and (f)</u>*, it is

ORDERED as follows:

1. A hearing will be conducted on the matter on <u>March 29, 2019</u> at <u>10:00 a.m.</u> in the United States Bankruptcy Court, <u>50 Walnut Street, Martin Luther King, Jr. Bldg</u>, Courtroom No. <u>3B</u>.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: <u>(a) the Office of the United States Trustee for Region Three; (b) the Debtors and (c) the Official Committee of Unsecured Creditors.</u>

by ☒ each, ☐ any of the following methods selected by the Court:
☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: <u>(a) All parties that have requested to receive notice pursuant to Bankruptcy Rule 2002 **via CM/ECF Notice**.</u>

by ☐ each, ☒ any of the following methods selected by the Court:
☒ fax,  ☐ overnight mail,  ☐ regular mail,  ☒ email,  ☒ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.  6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail <u>1</u> day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute said motion/application and any objections.

☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*Rev.2/1/16*

2720238.1 115719-100281