UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-1(b)**

**NORRIS McLAUGHLIN, P.A.**
Morris S. Bauer
Melissa A. Pena
Catherine L. Corey
400 Crossing Boulevard, 8th Floor
P.O. Box 5933
Bridgewater, New Jersey 08807
(908) 722-0700
msbauer@norris-law.com
mapena@norris-law.com
clcorey@norris-law.com
Counsel for the Debtor/Debtor-in-Possession

In re:

IMMUNE PHARMACEUTICALS INC.,

Debtor.

Chapter 11

Case No. 19-13273 (VFP)

Hon. Vincent F. Papalia

### AMENDMENT TO SCHEDULE D, E, F, G, H or LIST OF CREDITORS

Please specify the list or schedule(s) to be amended:

☐ Schedule D - Creditors Holding Secured Claims

☒ Schedule E - Creditors Holding Unsecured Priority Claims

☒ Schedule F - Creditors Holding Unsecured Claims

☐ Schedule G – Executory Contracts and Unexpired Leases

☐ Schedule H – Codebtors

☒ List of Creditors (Matrix)

**IMPORTANT:** Pursuant to D.N.J. LBR 1007-1, the mailing list must be updated when an amendment to Schedule D, E, F, G or H is filed. Accordingly, there is a fee to amend any of the above schedules. There is no fee due if the nature of the amendment is to add or change the address of a previously listed creditor.

The list or schedule(s) indicated above, having been previously filed, is amended as follows:
(List name and address of creditors being added, deleted or modified and indicate same; use separate sheet if necessary)

**Schedule E/F**

Anthony Fiorino
308 Churchill Road
Teaneck, NJ 07666

Moved from Nonpriority to Priority

Brancha Goetz
771 Stelton Street
Teaneck, NJ 07666

Moved from Nonpriority to Priority

| | |
|---|---|
| Christine Richardson<br>16 Whitman Street<br>Hastings on Hudson, NY 10706 | Moved from Nonpriority to Priority |
| John Clark<br>16 Sylvia Terrace<br>Middletown, NJ 07748 | Moved from Nonpriority to Priority |
| Zhihua Zhang<br>3 Wellington Drive<br>Basking Ridge, NJ 07920 | Moved from Nonpriority to Priority |
| **Added:**<br>Immune Pharmaceuticals USA Corporation<br>1 Bridge Plaza North, Suite 270<br>Fort Lee, NJ 07024 | **Amount**<br>$1,148,530.00 |

<u>See Attached List of Creditors (Matrix)</u>

I certify under penalty of perjury that the above information is true.

Date: _____    Debtor's signature: _____

Date: __4/16/19__    Debtor's signature: _____

\* Schedules D, E, F, G or H and the List of Creditors may be amended simultaneously, thereby incurring only one $30 fee.

10114325-1

```
                  Immune Pharmaceuticals, Inc.. - List of Creditors (Matrix).txt
10312 Capital LLC
460 West 24th Street Apt 4A
New York, NY 10011

ACM Medical Laboratory, Inc.
PO Box 26290
Rochester, NY 14626

Advarra
6940 Columbia Gateway Dr
Columbia, MD 21046

Airgas USA LLC
6055 Rockside Woods Blvd
Independence, OH 44131

Alpha Capital Anstalt                                          Removed - Duplicate
Lettstrasse 32
9490 Vaduz
Lichtenstein

Alpha Capital Anstalt c/o LH Financial S
510 Madison Ave, 14th Floor
New York, NY 10022

Alto Opportunity Master Fund c/o Aryton
222 Broadway, 19th Floor
New York, NY 10038
                                                               Removed - Duplicate
Anson Funds
155 University Avenue, Suite 207
Toronto, ON M5H 3B7

Anson Investments Master Fund LP
155 University Avenue, Suite 207, Toront
CANADA

Anthony Fiorino
308 Churchill Road
Teaneck, NJ 07666

Australasian Blistering Diseases Foundat
St George Hospital Gray Street, Kogarah
AUSTRALIA

Ayrton Capital (Alto Opportunity Fund)                         Removed - Duplicate
222 Broadway, 19th Floor
New York, NY 10038
                                    Page 1
```

Immune Pharmaceuticals, Inc.. - List of Creditors (Matrix).txt

B&C Group
Watson & Crick Hill - Rue Granbonpre 11,
BELGIUM

Bass Tax Group
2740 State Route 10, Suite 105A
Morris Plains, NJ 07950

Becton Dickerson & Company
P. O. Box 28983
New York, NY 10087

Biochrom GmbH
Leonorenstr. 2-6, Berlin 12247
GERMANY

BioProcessTechnologyConsultants Inc (BPT
12 Gill St # 5450
Woburn, MA 01801

Bioreclamation IVT
P.O. Box 770
Hicksville, NY 11802

BioReliance Corporation
14920 Broschart Road
Rockville, MD 20850

Bird & Bird Advokat KB
Norrlandsgatan 15, PO Box 7714, Stockhol
SWEDEN

Bracha Goetz
771 Stelton Street
Teaneck, NJ 07666

Bridge Plaza Realty Associates LLC
PO Box 416503
Boston, MA 02241

Broadridge (Inc)
PO Box 416423
Boston, MA 02241

Canfield Scientific
4 Wood Hollow Road
Parsippany, NJ 07054

Immune Pharmaceuticals, Inc.. - List of Creditors (Matrix).txt

CCPIT Patent & Trademark Law Office
10/F, Ocean Plaza 158 Fuxingmennei Stree
CHINA

CEOcast, Inc
211 East 43rd Street
New York, NY 10017

Certara USA, Inc
222 S. Central Avenue, Suite 1008
Saint Louis, MO 63105

Charles River
22022 Transcanadienne, Senneville QC H9X
CANADA

China Patent Agent (H.K.) Ltd
22/F, Great Eagle Center, 23 Harbor Road
HONG KONG

Christine Richardson
16 Whitman Street
Hastings-on-Hudson, NY 10706

Clinical Supplies Management (CSM USA)
300 Technology Drive
Malvern, PA 19355

Corodata
PO Box 842638
Los Angeles, CA 90084

Cpa Global
Liberation House, Castle Street, St. Hel
CHANNEL ISLANDS

CSM Europe sa
Watson & Crick Hill - Rue Granbonpre 11,
BELGIUM

CVI Investments Inc. c/o Heights Capital
101 California St., Suite 3250
San Francisco, CA 94111

Dalhousie University
1344 Summer Street, Suite 207, PO Box 15
CANADA

```
              Immune Pharmaceuticals, Inc.. - List of Creditors (Matrix).txt

Daniel Kazado
2 Hagalim St, Raanan 43596
ISRAEL

Daniel Teper
70 Washington Street #2N
Brooklyn, NY 11201

Delaney Corporate Services Ltd
99 Washington Avenue, Suite 805A
Albany, NY 12210

Discover Growth Fund
5330 Yacht Haven Grande, Suite 206
St Thomas, VI 00802

Discover Growth Fund, LLC                           Removed - Duplicate
5330 Yacht Haven Grande, Suite 206
St. Thomas, VI 00802

Donohoe Advisory Associates LLC
9901 Belward Campus Dr., Suite 175
Rockville, MD 20850

Dr. Brian Feagan
c/o Robarts Research Institute, 1151 Ric
CANADA

Dr. Cameron Durrant
90 Fairmont Road West
Califon, NJ 07830

Duke University
Dermatology Clinical Research Unit, Box
Durham, NC 27710

Elizabeth John, Ph.D.
416 Golden Drive
Richland, WA 99352

Elliot Maza
550 Sylvan Ave., Suite 102
Englewood Cliffs, NJ 07632

Elliot Maza
550 Sylvan Ave, Suite 102
Englewood Cliffs, NJ 07632
```

Page 4

Immune Pharmaceuticals, Inc.. - List of Creditors (Matrix).txt

Erik Penser Bank
Apelbergsgatan 27, Box 7405, Stockholm S
SWEDEN

Euroclear
Box 191, Stockholm SE-10123
SWEDEN

Extera Partners, LLC
65 Williams Street, Suite 200
Wellesley, MA 02481

Federal Express
PO Box 371461
Pittsburgh, PA 15250

Fenwick & West LLP
Silicon Valley Center, 801 California St
Mountain View, CA 94041

Finn Partners
301 E 57th St
New York, NY 10022

First Insurance Funding Corp
450 Skokie Blvd, Suite 1000
Northbrook, IL 60062

FirstFire Capital                                          Removed - Duplicate
1040 First Ave., Suite 190
New York, NY 10022

Firstfire Global Opportunities Fund LLC
1040 1st Ave, Suite 190
New York, NY 10022

Fisher Scientific
P.O. Box 3648
Boston, MA 02241

Gad Berdugo
1 Columbus Pl. Apt N35C
New York, NY 10019

Gail J. Roboz
116 East 68th Apt 9C
New York, NY 10065

```
                Immune Pharmaceuticals, Inc.. - List of Creditors (Matrix).txt
GETAID
50 rue Richer, Paris 715009
FRANCE

Gevers & Ores
41, avenue de Friedland, Paris F-75008
FRANCE

Global Clinical Trials, LLC (GCT)
256 Bunn Drive, Suite 6
Princeton, NJ 08540

Global Data
441 Lexington Avenue, 3rd Floor
New York, NY 10017

Heights Capital Management Inc. (CVI Inv             Removed - Duplicate
101 California Street, Suite 3250
San Francisco, CA 94111

Hoffman Neopac AG
Burgdorfstrasse 22, Oberdiessbach 3672
SWITZERLAND

HTL Biosolutions Inc
3543 Old Conejo Rd. #105
Newbury Park, CA 91320
                                                     Removed - Duplicate
Hudson Bay Capital Management LP
777 Third Avenue, 30th Floor
New York, NY 10017

Hudson Bay Master Fund Limited
777 Third Avenue, 30th Floor
New York, NY 10017

Hyatt Computer
550 Sylvan Ave
Englewood Cliffs, NJ 07632

IDDI
185 Alewife Brook Pkwy, Suite 410
Cambridge, MA 02138

Infinite
Dept #652 PO BOX 220
Bettendorf, IA 52722
```

Immune Pharmaceuticals, Inc.. - List of Creditors (Matrix).txt

Innovaderm Research Inc.
1851 Sherbrooke Est, bureau 502, Montrea
CANADA

Intracoastal Capital LLC
2211A Lakeside Drive
Bannockburn, IL 60015

Iron Mountain
1000 Campus Dr
Collegeville, PA 19426

IRS Department of the Treasury
310 Lowell Street, Stop 832
Andover, MA 01810

Jean Kadouche                                    Removed - Duplicate
Atlante Biotech SAS, 62, Boulevard
Arago, 75013, Paris

Jean Kadouche
62, boulevard Arago, paris 75013
FRANCE

Jean Marc Menat Conseil
64, rue de Longchamp, Paris 75116
FRANCE

Jeff Paley (Crimson Biomedical Consultin
285 Briarcliffe Road
Teaneck, NJ 07666

JMP Securities LLC
600 Montgomery St., Suite 1100
San Francisco, CA 94111

John Clark
16 Sylvia Terrace
Middletown, NJ 07748

John Neczesny
424 West End Ave. 13-H
New York, NY 10024

Johnson Matthey Pharma Services
25 Patton Road
Devens, MA 01434

Immune Pharmaceuticals, Inc.. - List of Creditors (Matrix).txt

Joseph V. Pergolizzi
868 106th. Ave North
Naples, FL 34108

Klein Hersh, Inc
220 Gilbraltar Road, Suite 150
Horsham, PA 19044

Knobbe, Martens, Olson & Bear LLP
2040 Main Street, 14th Fl
Irvine, CA 92614

L1 Capital                                                          Removed - Duplicate
135 Eat 57th Street, Level 23
New York, NY 10022

L1 Capital Global Opportunities Master F
135 E. 57th St, 23rd Floor
New York, NY 10022

L2 Capital, LLC
411 Dorado Beach East
Dorado, PR 00646

Lifesci Advisors Llc
250 W 55th Street, 34th floor
New York, NY 10019

Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

Marcum LLP
555 Long Wharf Drive, 12th Floor
New Haven, CT 06511

MDM Worldwide Solutions, Inc.
264 West 40th Street
New York, NY 07632

Meda Pharma SARL                                                    Removed - Duplicate
43 Avenue John Fitzgerald Kennedy
L-1855 Luxumbourg

Meda Pharma SARL
43 Avenue John Fitzgerald Kennedy, L-185
LUXEMBOURG

Page 8

Immune Pharmaceuticals, Inc.. - List of Creditors (Matrix).txt

Mediant Communications Inc
3 Columbus Circle
New York, NY 10019

Morrison & Foerster LLP                                      Removed - Duplicate
PO Box 742335
Los Angeles, CA 90074

Morrison & Foerster LLP (Inc)
250 West 55th Street
New York, NY 10019-9601

Mount Sinai School of Medicine
Clinical Trials Center, 5 East 98th Stre
New York, NY 10029

MPI Research, Inc
54943 North Main Street
Mattawan, MI 49071

Nadler Pharma Associates LLC                                 Removed - Duplicate
7 Waterview Lane
Randolph, NJ 07869

Nadler Pharmaceuticals Inc.
7 Waterview Lane
Randolph, NJ 07869

Nasdaq Sweden
Tullvaktsvagen 15, Stockholm SE-10578
SWEDEN

net2phone
520 Broad Street
Newark, NJ 07102

                                                             Removed - Duplicate
Nixon Peabody LLP
55 West 46th Street
Tower 46
New York, NY 10036

Nixon Peabody LLP
Tower 46, 55 West 46th Street
New York, NY 10036

NJ Division of Taxation
PO Box 666

Page 9

Immune Pharmaceuticals, Inc.. - List of Creditors (Matrix).txt
Trenton, NJ 08646

Nova Laboratories Ltd.
Martin House, Leicester LE184YL
UNITED KINGDOM

NYS Dept of Taxation and Finance
W A Harriman Campus
Albany, NY 12227

NYS Workers Compensation Board
Attn: Finance Office, 328 State St, Rm 3
Schenectady, NY 12305

Okapi Partners LLC
1212 Avenue of the Americas, 24th fl
New York, NY 10036

Pascal Joly
1700 rue de la Haie, Bois Guillaume 7623
FRANCE

PerkinElmer Health Sciences Inc.
710 Bridgeport Ave
Shelton, CT 06484

Pharmatek Laboratories Inc
7330 Carroll Road, Suite 200
San Diego, CA 92121

Phastar Inc. (USA)
One Copley Parkway, Suite 540
Morrisville, NC 27560

PragerMetis CPA's, LLC
15 Warren Street, Suite 25
Hackensack, NJ 07601

Prime Pensions, Inc
25B Vreeland Road, Suite 209
Florham Park, NJ 07932

Primera Analytical Solutions Corp          Removed - Duplicate
259 Prosper Plains Rd.
Cranbury, NJ 08512

Primera Analytical Solutions Corp
259 Wall Street

Page 10

Immune Pharmaceuticals, Inc.. - List of Creditors (Matrix).txt
Princeton, NJ 08540

Professional Research Consulting, Inc
1350 Old Bayshore Highway, Ste 125
Burlingame, CA 94010

Q4 Denmark ApS
Sjaeleboderne 2, 2th, Copenhagen 1122
DENMARK

Quantum Media Group, LLC
6 Rockwood Lane
Suffern, NY 10901

Rama Krishna Rao
5 Muirfield Lane
Bridgewater, NJ 08807

Robert Half Management Resources Inc
12400 Collections Center Drive
Chicago, IL 60693

Robinson Brog Leinwand Greene Genovese &
875 3rd Ave
New York, NY 10022

RobinsonButler LLC
7 Stone Crossing Way
Hopkinton, MA 01748

SAS Benelod
18bis Boulevard Albert 1er, Antibes 0660
FRANCE

SAS CJS Scientific
787 Seventh Ave, 47th Floor
New York, NY 10019

SBC Worldwide LLC
1979 Marcus Avenue, Suite 210
Lake Success, NY 11042

Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112

Sheppard Mullin Richter & Hampton LLP        Removed - Duplicate
333 South Hope Street, 43rd Floor

Immune Pharmaceuticals, Inc.. - List of Creditors (Matrix).txt
Los Angeles, CA 90071

Sherpa Clinical Packaging
6166 Nancy Ridge Dr
San Diego, CA 92121

STC Biologics, Inc.                                          Removed - Duplicate
330 Nevada St Suite 2
Newton, MA 02460

STC Biologics, Inc. (Inc)
330 Nevada St.
Newtonville, MA 02460

Sylva International LLC
516 SW 13th Street, Suite 20
Bend, OR 97702

Sylva International LLC
516 SW 13th Street, Suite 201
Bend, OR 97702

Target Health Inc.
261 Madison Avenue, 24th Floor
New York, NY 10016

Target Health Inc.
261 Madison Avneu, 24th Floor
New York, NY 10016

Tergus Pharma LLC
2810 Meridian Parkway, Suite 120
Durham, NC 27713

The Artac Seel Company
P.O. Box 191
Stonington, CT 06378

The Patent Place, Inc
301 Franklin Street, 3rd Floor
Alexandria, VA 22314

The Research Foundation for SUNY
P.O. Box 9
Albany, NY 12201

The Wall Street Transcript (TWST)
622 3rd Avenue, 34th Floor

Immune Pharmaceuticals, Inc.. - List of Creditors (Matrix).txt
New York, NY 10017

Thompson Hine LLP
335 Madison Avenue, 12th Floor
New York, NY 10017

Tina Ghorban Consulting
70 Riverside Dr., Apt 4c
New York, NY 10024

Toppan Vintage Filings, Inc.
747 3rd Avenue, 7th Floor
New York, NY 10017

University Hospitals of Cleveland
11100 Euclid Avenue, Lakeside Room 1400
Cleveland, OH 44106

University of Iowa
Grant Accounting Office, 118 S. Gilbert
Iowa City, IA 52242

University of Utah, Dept of Dermatology
30 N 1900 E, 4A330 SOM
Salt Lake City, UT 84132

US Department Of Labor - Office of the C
200 Constitution Ave., N.W., Suite 400
Washington, DC 20210

VStock Transfer, LLC
18 Lafayette Place
Woodmere, NY 11598

VWR
P.O. Box 117
Wayne, PA 19087

WPAT s.r.o.
PO Box 148, Bratislava 81000
SLOVAK REPUBLIC

Wuxi Biologics (Hong Kong) Limited
Unit C, 20/F, OfficePlau @Mong Kok,
No. 998 Canton Road
Hong Kong

Wuxi Biologics (Hong Kong) Limited

```
                Immune Pharmaceuticals, Inc.. - List of Creditors (Matrix).txt
26-81 3/F, Building 26,299 Middle Fute R
CHINA

Yellow Pages United
P.O. Box 53282
Atlanta, GA 30355

Yissum
Hi-Tech Park, Edmond J Safra Campus, Giv
ISRAEL

Zhihua Zhang
3 Wellington Drive
Basking Ridge, NJ 07920
```