UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-1(b)**

**NORRIS McLAUGHLIN, P.A.**
Morris S. Bauer
Melissa A. Pena
400 Crossing Boulevard, 8th Floor
P.O. Box 5933
Bridgewater, New Jersey 08807
(908) 722-0700
msbauer@norris-law.com
mapena@norris-law.com
Counsel for the Debtors/Debtors-in-Possession

| | |
|---|---|
| In re:<br><br>IMMUNE PHARMACEUTICALS INC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-13273 (VFP)<br><br>Hon. Vincent F. Papalia |

**NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER EXTENDING THE PERIOD OF TIME WITHIN WHICH EXCLUSIVELY THE DEBTORS ARE PERMITTED TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF PURSUANT TO 11 U.S.C. § 1121(d)**

**PLEASE TAKE NOTICE** that on June 11, 2019 at 10:00 a.m., or as soon thereafter as counsel may be heard, the above captioned debtors and debtors-in-possession (the "Debtors"), by and through their undersigned counsel, Norris McLaughlin, P.A., shall move before the Honorable Vincent F. Papalia at the United States Bankruptcy Court for the District of New Jersey, Martin Luther King Jr. Building, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey 07102 for the entry of an Order extending the period of time within which exclusively the Debtors are

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Immune Pharmaceuticals, Inc. (1431); Immune Pharmaceuticals, Ltd.; Cytovia, Inc. (7805); Immune Oncology Pharmaceuticals, Inc.; Maxim Pharmaceuticals, Inc. (9983); and Immune Pharmaceuticals USA Corp. (9630).

permitted to file a chapter 11 plan and solicit acceptances thereof pursuant to 11 U.S.C. § 1121(d), and for such other and further relief as the Court deems just and proper (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the Debtors will rely upon the Certification of Gary Rabin in Support, Memorandum of Law, and proposed Order filed simultaneously herewith in support of the relief sought.

**PLEASE TAKE FURTHER NOTICE** that in accordance with D.N.J. LBR 9013-2(a), opposition to the relief requested in the Motion, if any, shall be filed with the Clerk of the Bankruptcy Court and served upon all parties in interest at least seven (7) days before the hearing date of the Motion.

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely presented, the Motion shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d) and the requested relief may be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-3(a), in the event the Motion is contested, there is a duty to confer to determine whether a consent order may be entered disposing of the Motion or to stipulate to the resolution of as many issues as possible.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-3(e), unless the Court authorizes otherwise prior to the hearing date hereof, no testimony shall be taken at the hearing except by certification or affidavit.

Dated: May 21, 2019

Respectfully submitted,

NORRIS McLAUGHLIN, P.A.
By: s/ Morris S. Bauer
Morris S. Bauer

*Counsel for the Debtors and Debtors-in-Possession*