UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in compliance with D.N.J. LBR 9004-1(b)

**NORRIS McLAUGHLIN, P.A.**
Morris S. Bauer
Melissa A. Pena
400 Crossing Boulevard, 8th Floor
P.O. Box 5933
Bridgewater, New Jersey 08807
(908) 722-0700
msbauer@norris-law.com
mapena@norris-law.com
Counsel for the Debtor/Debtor-in-Possession

| In re: | Chapter 11 |
|---|---|
| IMMUNE PHARMACEUTICALS INC., | Case No. 19-13273 (VFP) |
| Debtor. | Hon. Vincent F. Papalia |

### AMENDMENT TO SCHEDULE D, E, F, G, H or LIST OF CREDITORS

Please specify the list or schedule(s) to be amended:

☐ Schedule D - Creditors Holding Secured Claims          ☐ Schedule H – Codebtors

☐ Schedule E - Creditors Holding Unsecured Priority Claims   ☐ List of Creditors (Matrix)

☒ Schedule F - Creditors Holding Unsecured Claims

☐ Schedule G – Executory Contracts and Unexpired Leases

**IMPORTANT:** Pursuant to D.N.J. LBR 1007-1, the mailing list must be updated when an amendment to Schedule D, E, F, G or H is filed. Accordingly, there is a fee to amend any of the above schedules. There is no fee due if the nature of the amendment is to add or change the address of a previously listed creditor.

The list or schedule(s) indicated above, having been previously filed, is amended as follows:
(List name and address of creditors being added, deleted or modified and indicate same; use separate sheet if necessary)

**Added:**                                                **Amount**
Fidelity Risk Capital Ltd.                                Unknown
c/o Akselrod, Ohana, Amitay & Co. Advocates
Yavne St. 15
Tel Aviv 6579119 Israel

I certify under penalty of perjury that the above information is true.

Date: 6/10/19        Debtor's signature: /s/

* Schedules D, E, F, G or H and the List of Creditors may be amended simultaneously, thereby incurring only one $30 fee.

10358992-1