UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**NORRIS McLAUGHLIN, P.A.**
Morris S. Bauer, Esq.
Melissa A. Pena, Esq.
400 Crossing Boulevard, 8th Floor
P.O. Box 5933
Bridgewater, New Jersey 08807
(908) 722-0700
msbauer@norris-law.com
mapena@norris-law.com
Counsel for the Debtor/Debtor-in-Possession

In Re:

IMMUNE PHARMACEUTICALS INC.,

                              Debtor.

| | |
|---|---|
| Case No.: | 19-13273 (VFP) |
| Judge: | Hon. Vincent F. Papalia |
| Chapter: | 11 |

**NOTICE TO CREDITORS PURSUANT TO ORDER RESPECTING
AMENDMENT TO SCHEDULES D, E, F, G, H OR LIST OF CREDITORS**

TO:    Fidelity Risk Capital Ltd.
       c/o Akselrod, Ohana, Amitay & Co. Advocates
       Attn:  Eli Akselrod, Adv.
       Yavne St. 15
       Tel Aviv 6579119 Israel

On February 17, 1019, Immune Pharmaceuticals Inc. ("Debtor") filed a voluntary

Chapter 11 bankruptcy petition in the United States Bankruptcy Court, District of New

Jersey as captioned above.  On June 13, 2019, the Bankruptcy Court entered an Order

respecting the Debtor's amendment to its bankruptcy schedules to add additional

creditors and to change notice addresses for certain other creditors.

As required by the Order, please be advised of the following:

1.  Attached hereto as Exhibit "A" is a copy of the Order Respecting

    Amendment to Schedules.

2.   Attached hereto as Exhibit "B" is a copy of the Amendment.

3.   Attached hereto as Exhibit "C" is a copy of the Notice of Bankruptcy Case

Filing.

4.   No Plan or Disclosure Statement has been filed as of this date.

5.   No Order has been entered as of this date approving the adequacy of the

Disclosure Statement and/or the scheduling of the Plan for confirmation.

Any questions concerning this notice may be directed to Debtor's counsel, Morris

S. Bauer, Esq., Norris McLaughlin, P.A. at 908-722-0700.

NORRIS McLAUGHLIN, P.A.
Attorneys for Debtor


By: */s/ Morris S. Bauer*
Morris S. Bauer

Dated: June 13, 2019
10368607-1

# Exhibit A

Form oresadoc − oresadocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−13273−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Immune Pharmaceuticals Inc.
1 Bridge Plaza North, Suite 270
Fort Lee, NJ 07024

Social Security No.:

Employer's Tax I.D. No.:
52−1841431

---

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, G OR H
## OR LIST OF CREDITORS

The Court having noted that the debtor filed an Amendment to Schedule E/F on 6/11/2019 or to the List of Creditors on N/A , and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

1. A copy of the applicable Notice of Chapter 11 Bankruptcy Case, and

2. In a Chapter 11 case:

    a) a copy of the last modified plan and disclosure statement, if any, and

    b) a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3. In a Chapter 12 or Chapter 13 case:

    a) a copy of the Notice of Hearing on Confirmation of Plan, if any, and

    b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

It is further ORDERED that the added creditors or parties have

1. until the original deadline, if any, fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order, whichever is later;

2. until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement,

or sixty 60 days from the date of this Order, whichever is later;

3.      until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: June 13, 2019
JAN: rh

<u>Vincent F. Papalia</u>
United States Bankruptcy Judge

# **Exhibit B**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-1(b)**

**NORRIS McLAUGHLIN, P.A.**
Morris S. Bauer
Melissa A. Pena
400 Crossing Boulevard, 8th Floor
P.O. Box 5933
Bridgewater, New Jersey 08807
(908) 722-0700
msbauer@norris-law.com
mapena@norris-law.com
Counsel for the Debtor/Debtor-in-Possession

| | |
|---|---|
| In re: | Chapter 11 |
| IMMUNE PHARMACEUTICALS INC., | Case No. 19-13273 (VFP) |
| Debtor. | Hon. Vincent F. Papalia |

## AMENDMENT TO SCHEDULE D, E, F, G, H or LIST OF CREDITORS

Please specify the list or schedule(s) to be amended:

☐ Schedule D - Creditors Holding Secured Claims      ☐ Schedule H – Codebtors

☐ Schedule E - Creditors Holding Unsecured Priority Claims      ☐ List of Creditors (Matrix)

☒ Schedule F - Creditors Holding Unsecured Claims

☐ Schedule G – Executory Contracts and Unexpired Leases

**IMPORTANT:** Pursuant to D.N.J. LBR 1007-1, the mailing list must be updated when an amendment to Schedule D, E, F, G or H is filed. Accordingly, there is a fee to amend any of the above schedules. There is no fee due if the nature of the amendment is to add or change the address of a previously listed creditor.

The list or schedule(s) indicated above, having been previously filed, is amended as follows:
(List name and address of creditors being added, deleted or modified and indicate same; use separate sheet if necessary)

**Added:**                      **Amount**
Fidelity Risk Capital Ltd.        Unknown
c/o Akselrod, Ohana, Amitay & Co. Advocates
Yavne St. 15
Tel Aviv 6579119 Israel

I certify under penalty of perjury that the above information is true.

Date: _6/10/19_           Debtor's signature:

\* Schedules D, E, F, G or H and the List of Creditors may be amended simultaneously, thereby incurring only one $30 fee.

10358992-1

# Exhibit C

United States Bankruptcy Court
District of New Jersey

# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 02/17/2019 at 3:35 PM and filed on 02/17/2019.

**Immune Pharmaceuticals Inc.**
1 Bridge Plaza North, Suite 270
Fort Lee, NJ 07024
Tax ID / EIN: 52-1841431

The case was filed by the debtor's attorney:

**Morris S. Bauer**
Norris McLaughlin & Marcus, PA
400 Crossing Boulevard
8th Floor
Bridgewater, NJ 08807
908-252-4345

The case was assigned case number 19-13273-VFP to Judge Vincent F. Papalia.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.njb.uscourts.gov or at the Clerk's Office, MLK Jr Federal Building, 50 Walnut Street, Newark, NJ 07102.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Jeanne Naughton**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 06/13/2019 11:01:56 | | |
| **PACER Login:** | nm0010 | **Client Code:** | |

| Description: | Notice of Filing | Search Criteria: | 19-13273-VFP |
|---|---|---|---|
| Billable Pages: | 1 | Cost: | 0.10 |