UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Benjamin Teich, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email:  Benjamin.Teich@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : Case No. 19-13273 (VFP) |
| | : Chapter 11 |
| Immune Pharmaceuticals, Inc., | : |
| | : The Honorable Vincent F. Papalia |
| | : Hearing Date: September 17, 2019 at 10:00 a.m. |
| Debtor. | : |

**NOTICE OF MOTION OF THE ACTING UNITED STATES TRUSTEE FOR AN ORDER CONVERTING CASE TO CHAPTER 7 OR IN THE ALTERNATIVE DISMISSING CASE PURSUANT TO 11 U.S.C. § 1112(b)**

**TO:  ALL PERSONS ON ATTACHED CERTIFICATE OF SERVICE**

**PLEASE TAKE NOTICE** that the Acting United States Trustee will move before the Honorable Vincent F. Papalia on September 17, 2019 at 10:00 a.m. or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court, District of New Jersey, 50 Walnut Street, Newark, New Jersey, for an Order converting the case to chapter 7 or in the alternative, dismissing the case pursuant to 11 U.S.C. §1112(b) and for such other and further relief as this Court deems just and appropriate.

**PLEASE TAKE FURTHER NOTICE** that the Acting United States Trustee will rely upon the Memorandum of Law and Certification attached hereto at the hearing.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon the United States Trustee no later than seven days in advance of the hearing date pursuant to District of New Jersey Local Bankruptcy Rule 9013-2(a)(2) or pursuant to Court Order.

ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
REGION 3

 */s/ Benjamin Teich*
Benjamin Teich
Trial Attorney

DATED: August 20, 2019