UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Benjamin Teich, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email:  Benjamin.Teich@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | : Case No. 19-13273 (VFP) |
|  | : |
|  | : Chapter 11 |
| Immune Pharmaceuticals, Inc., | : |
|  | : The Honorable Vincent F. Papalia |
|  | : |
|  | : Hearing Date: September 17, 2019 at 10:00 a.m. |
| Debtor. | : |
|  | : |

**CERTIFICATION OF TINA OPPELT, PARALEGAL, IN SUPPORT OF THE MOTION OF THE ACTING UNITED STATES TRUSTEE FOR AN ORDER CONVERTING THE CASE TO CHAPTER 7 OR, IN THE ALTERNATIVE, DISMISSING THE CASE, PURSUANT TO 11 U.S.C. § 1112(b)**

I, Tina Oppelt, of full age, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a Paralegal for the Office of the United States Trustee in Newark, New Jersey and I have full knowledge of the facts set forth herein

2. On February 17, 2019 (the "Petition Date"), Immune Pharmaceuticals, Inc., (the "Debtor"), filed a voluntary petition for relief under chapter 11 of title 11, United States Code. *See* Docket Entry 1

3. Since the Petition Date, the Debtor has remained in possession of its property and management of its affairs.

4.    As of the date of this Certification, the Debtor has failed to file monthly operating reports for the months of April 2019 through July 2019.

I certify under penalty of perjury that the forgoing is true and correct.

Respectfully submitted,

ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
REGION 3

By: /s/ Tina Oppelt
     Tina Oppelt
     Paralegal

DATED: August 20, 2019