UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**NORRIS McLAUGHLIN, P.A.**
Morris S. Bauer, Esq.
Melissa A. Pena, Esq.
400 Crossing Boulevard, 8th Floor
P.O. Box 5933
Bridgewater, New Jersey 08807
(908) 722-0700
msbauer@norris-law.com
mapena@norris-law.com
Counsel for the Debtors/Debtors-in-Possession

| | |
|---|---|
| In re:<br><br>IMMUNE PHARMACEUTICALS INC, *et al.,*<br><br>Debtors.[1] | Case No.:      19-13273 (VFP)<br><br>Judge:      Hon. Vincent F. Papalia<br><br>Chapter:      11 |

**NOTICE OF ADJOURNMENT OF DATES SET FORTH IN ORDER APPROVING AND AUTHORIZING (I) BID PROCEDURES AND FORM OF NOTICE IN CONNECTION WITH THE SALE OF THE DEBTORS' ANTI-EOTAXIN ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, (II) STALKING HORSE AGREEMENT AND STALKING HORSE BID PROTECTIONS, (III) THE SCHEDULING OF A SALE HEARING, (IV) SALE TO THE PURCHASER SUBMITTING THE HIGHEST OR BEST OFFER, (V) PROCEDURES FOR ASSUMING AND ASSIGNING EXECUTORY CONTRACTS; AND (VI) OTHER RELATED RELIEF**

1.     On July 16, 2019, the United States Bankruptcy Court for the District of New Jersey entered an Order Approving and Authorizing (i) Bid Procedures and Form of Notice in Connection with the Sale of the Debtors' Anti-Eotaxin Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (ii) Stalking Horse Agreement and Stalking Horse Bid Protections, (iii) the Scheduling of a Sale Hearing, (iv) Sale to the Purchaser Submitting the

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Immune Pharmaceuticals, Inc. (1431); Immune Pharmaceuticals, Ltd.; Cytovia, Inc. (7805); Immune Oncology Pharmaceuticals, Inc.; Maxim Pharmaceuticals, Inc. (9983); and Immune Pharmaceuticals USA Corp. (9630).

Highest or Best Offer, (v) Procedures for Assuming and Assigning Executory Contracts; and (vi)

Other Related Relief (the "Bid Procedures Order").

      2.      The dates set forth in the Bid Procedures Order have been adjourned as follows:

| Bid Deadline[2] | October 11, 2019 |
|---|---|
| Auction for Sale of Anti-Eotaxin Assets | October 15, 2019 at 11:00 am EST<br>Location:<br>Norris, McLaughlin, PA,<br>875 Third Avenue, 8th Floor<br>New York, New York 10022 |
| Sale Hearing | October 17, 2019 at 3:00 pm EST<br>Location:<br>United States Bankruptcy Court<br>Martin Luther King Jr. Building<br>50 Walnut Street<br>Newark, New Jersey 07102 |
| Sale Objection Deadline | October 10, 2019 by 5:00 pm EST |
| Deadline to Submit Objection to Cure Amounts Set forth in Cure Notice | October 10, 2019 by 5:00 pm EST |
| Deadline to Submit Objection to Assumption Notice | Objections May Be Raised at Sale Hearing |

      3.      Any interested party requiring further information with respect to the Debtors'

sale of the Anti-Eotaxin Assets may contact counsel for the Debtors, Morris S. Bauer, Esq.

(msbauer@norris-law.com) or Melissa A. Pena, Esq. (mapena@norris-law.com), Telephone:

(908) 722-0700.

          **NORRIS McLAUGHLIN, PA**
          Attorneys for Debtors and Debtors-In-Possession

Dated: September 18, 2019      By:    */s/ Morris S. Bauer*
               Morris S. Bauer

---

[2] All capitalized terms, not otherwise, defined herein, shall have the meaning set forth in the Bid Procedures Order.

10480800-1