UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: Immune Pharmaceuticals Inc.
Debtor

Case No. 19-13710
Reporting Period: 9/1/2019 to 9/30/2019

## MONTHLY OPERATING REPORT

File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | Yes | | |
| Schedule of Professional Fees Paid | MOR-1b | N/A | | |
| Copies of bank statements | | N/A | | |
| Cash disbursements journals | | Yes | | |
| Statement of Operations | MOR-2 | Yes | | |
| Balance Sheet | MOR-3 | Yes | | |
| Status of Postpetition Taxes | MOR-4 | N/A | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | Yes | | |
| Listing of aged accounts payable | MOR-4 | Yes | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | N/A | | |
| Debtor Questionnaire | MOR-5 | Yes | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

This report is incomplete because the Immune Debtor does not have access to the bank accounts of Immune Pharmaceuticals Ltd.

_____    11/21/19
Signature of Debtor                 Date

_____    _____
Signature of Joint Debtor           Date

_____    11/21/19
Signature of Authorized Individual* Date

Gary Rabin                          Interim CEO
Printed Name of Authorized Individual   Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**In re: Immune Pharmaceuticals Inc.**                           Case No. 19-13273
                         **Debtor**                           Reporting Period: 9/1/2019 to 9/30/2019

**MONTHLY OPERATING REPORT**
**File with Court and submit copy to United States Trustee within 20 days after end of month.**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | Yes | | |
|    Schedule of Professional Fees Paid | MOR-1b | Yes | | |
|    Copies of bank statements | | Yes | | |
|    Cash disbursements journals | | Yes | | |
| Statement of Operations | MOR-2 | Yes | | |
| Balance Sheet | MOR-3 | Yes | | |
| Status of Postpetition Taxes | MOR-4 | N/A | | |
|    Copies of IRS Form 6123 or payment receipt | | | | |
|    Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | Yes | | |
|    Listing of aged accounts payable | MOR-4 | Yes | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | | |
| Debtor Questionnaire | MOR-5 | Yes | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____     _____
Signature of Debtor                                              Date

_____     _____
Signature of Joint Debtor                                      Date

_____     _____
Signature of Authorized Individual*                       Date

_____
Printed Name of Authorized Individual                   Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

**In re: Immune Pharmaceuticals Inc.**    **Case No. 19-13273**
　　　　**Debtor**    **Reporting Period: 9/1/2019 to 9/30/2019**

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.  The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

|  | **BANK ACCOUNTS** | | | | **CURRENT MONTH** | | **CUMULATIVE FILING TO DATE** | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | OPER. | PAYROLL | TAX | DIP | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | 0.00 |  |  | 601.93 | 601.93 |  | 1,114.23 |  |
|  |  |  |  |  |  |  |  |  |
| **RECEIPTS** |  |  |  |  |  |  |  |  |
| RENT AND ADDITIONAL TENANT REIMBURSEMENTS/PAYMENTS |  |  |  |  | 0.00 |  | 0.00 |  |
| ACCOUNTS RECEIVABLE |  |  |  | 0.00 | 0.00 |  | 105,023.29 |  |
| LOANS AND ADVANCES |  |  |  |  | 0.00 |  | 0.00 |  |
| SALE OF ASSETS |  |  |  |  | 0.00 |  | 0.00 |  |
| OTHER (ATTACH LIST) |  |  |  |  | 0.00 |  | 81.86 |  |
| TRANSFERS (FROM DIP ACCTS) |  |  |  |  | 0.00 |  | 8,969.23 |  |
| TRANSFERS FROM RELATED CO'S |  |  |  |  | 0.00 |  | 0.00 |  |
| **TOTAL RECEIPTS** | $0.00 |  |  | $0.00 | $0.00 |  | $114,074.38 |  |
|  |  |  |  |  |  |  |  |  |
| **DISBURSEMENTS** |  |  |  |  |  |  |  |  |
| NET PAYROLL |  |  |  | 0.00 | 0.00 |  | 122,555.56 |  |
| PAYROLL TAXES |  |  |  |  | 0.00 |  | 0.00 |  |
| SALES, USE, & OTHER TAXES |  |  |  |  | 0.00 |  | 0.00 |  |
| INVENTORY PURCHASES |  |  |  |  | 0.00 |  | 0.00 |  |
| SECURED/ RENTAL/ LEASES |  |  |  |  | 0.00 |  | 0.00 |  |
| INSURANCE |  |  |  |  | 0.00 |  | 0.00 |  |
| ADMINISTRATIVE |  |  |  | 562.56 | 562.56 |  | 13,129.65 |  |
| SELLING |  |  |  |  | 0.00 |  | 0.00 |  |
| OTHER (ATTACH LIST) |  |  |  |  | 0.00 |  | 0.00 |  |
|  |  |  |  |  | 0.00 |  | 0.00 |  |
| OWNER DRAW * |  |  |  |  | 0.00 |  | 0.00 |  |
| TRANSFERS (TO DIP ACCTS) |  |  |  |  | 0.00 |  | 714.23 |  |
| TRANSFERS TO RELATED CO'S |  |  |  |  | 0.00 |  | 0.00 |  |
| PROFESSIONAL FEES |  |  |  |  | 0.00 |  | 0.00 |  |
| U.S. TRUSTEE QUARTERLY FEES |  |  |  | 0.00 | 0.00 |  | 0.00 |  |
| COURT COSTS |  |  |  |  | 0.00 |  | 0.00 |  |
| **TOTAL DISBURSEMENTS** | $0.00 |  |  | $562.56 | $562.56 |  | $136,399.44 |  |
|  |  |  |  |  |  |  |  |  |
| **NET CASH FLOW** | 0.00 |  |  | (562.56) | (562.56) |  | (22,325.06) |  |
| (RECEIPTS LESS DISBURSEMENTS) |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
| **CASH - END OF MONTH** | $0.00 |  |  | $39.37 | $39.37 |  | ($21,210.83) |  |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

**THE FOLLOWING SECTION MUST BE COMPLETED**

| **DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN)** |  |
| --- | --- |
| **TOTAL DISBURSEMENTS** | $562.56 |
| 　LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $0.00 |
| 　PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | $0.00 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $562.56 |

FORM MOR-1
(04/07)

| In re: Immune Pharmaceuticals Inc. | Case No. 19-13273 |
|---|---|
| Debtor | Reporting Period: 9/1/2019 to 9/30/2019 |

**BANK RECONCILIATIONS**
**Continuation Sheet for MOR-1**
A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | DIP | |
|---|---|---|---|---|---|---|---|---|
| | | # | | | | | # | |
| **BALANCE PER BOOKS** | $    - | | | | | | $39.37 | |
| | | | | | | | | |
| BANK BALANCE | $    - | | | | | | $39.37 | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER  (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | $    - | | | | | | $   39.37 | |
| * Adjusted bank balance must equal | $    - | | | | | | $    - | |
| balance per books | | | | | | | | |
| | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |

**OTHER**

FORM MOR-1a
(04/07)

**In re: Immune Pharmaceuticals Inc.**  **Case No. 19-13273**
**Debtor**  **Reporting Period: 9/1/2019 to 9/30/2019**

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

FORM MOR-1b
(04/07)



**E**   STATEMENT OF ACCOUNT

IMMUNE PHARMACEUTICALS INC DIP
PO BOX 337
MIDDLETOWN NJ 07748-0337

Page: 1 of 3
Statement Period: Sep 01 2019-Sep 30 2019
Cust Ref #: 4354160354-717-E-***
Primary Account #:

**TD now accepts Real Time Payments!**
We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

**TD Business Convenience Plus**
IMMUNE PHARMACEUTICALS INC DIP                                        Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 601.93 | Average Collected Balance | 225.29 |
| | | Interest Earned This Period | 0.00 |
| Electronic Payments | 537.56 | Interest Paid Year-to-Date | 0.00 |
| Service Charges | 25.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 39.37 | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/03 | DEBIT CARD PURCHASE, AUT 082919 VISA DDA PUR SPECTRUM    888 TWCABLE  * CA 4085404022953131 | 179.45 |
| 09/03 | DEBIT CARD PURCHASE, AUT 090119 VISA DDA PUR GOOGLE  GSUITE CYTOVIA    CC GOOGLE COM * CA 4085404022953131 | 54.00 |
| 09/03 | DEBIT CARD PURCHASE, AUT 083019 VISA DDA PUR UBER   EATS         HELP UBER COM * CA 4085404022953131 | 30.96 |
| 09/03 | DEBIT CARD PURCHASE, AUT 083019 VISA DDA PUR UBER   TRIP         HELP UBER COM * CA 4085404022953131 | 8.23 |
| 09/03 | DEBIT CARD PURCHASE, AUT 083019 VISA DDA PUR UBER   TRIP         HELP UBER COM * CA 4085404022953131 | 7.53 |
| 09/03 | DEBIT CARD PURCHASE, AUT 083019 VISA DDA PUR UBER   TRIP         HELP UBER COM * CA 4085404022953131 | 6.46 |
| 09/16 | DEBIT CARD PURCHASE, AUT 091519 VISA DDA PUR VZWRLSS  PREPAID PYMNT    888 294 6804  * FL 4085404022953131 | 31.99 |
| 09/16 | DEBIT CARD PURCHASE, AUT 091419 VISA DDA PUR DAGWOODS PIZZA  ECOM    310 899 3030  * CA 4085404022953131 | 18.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com
Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

IMMUNE PHARMACEUTICALS INC DIP

Page: 3 of 3
Statement Period: May 01 2019-May 31 2019
Cust Ref #: 4354160354-717-E-***
Primary Account #:

### DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/20 | DEBIT CARD PAYMENT, AUT 051819 VISA DDA PUR MSFT  E08008CFCU     800 642 7676  * WA 4085404022953131 | 45.00 |
| 05/20 | DEBIT CARD PAYMENT, AUT 051819 VISA DDA PUR MSFT  E08008CBJ6     800 642 7676  * WA 4085404022953131 | 12.00 |
| 05/21 | DEBIT CARD PAYMENT, AUT 052019 VISA DDA PUR PANTHEON SYSTEMS INC    HTTPSPANTHEON * CA 4085404022953131 | 35.00 |
| 05/22 | ELECTRONIC PMT-WEB, VERIZON VZ BILLPAY 9557656840001 | 169.52 |
| | Subtotal: | 3,493.21 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/20 | WIRE TRANSFER OUTGOING, Donna Rabin | 4,000.00 |
| 05/20 | WIRE TRANSFER FEE | 25.00 |
| | Subtotal: | 4,025.00 |

**Service Charges**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/31 | MAINTENANCE FEE | 25.00 |
| | Subtotal: | 25.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/30 | 8,763.47 | 05/17 | 5,531.78 |
| 05/10 | 7,668.16 | 05/20 | 1,449.78 |
| 05/14 | 5,684.83 | 05/21 | 1,414.78 |
| 05/15 | 5,593.78 | 05/22 | 1,245.26 |
| 05/16 | 5,563.77 | 05/31 | 1,220.26 |

| In re: Immune Pharmaceuticals Inc. | Case No. 19-13273 |
|---|---|
| Debtor | Reporting Period: 9/1/2019 to 9/30/2019 |

**Cash Disbursements Journal**

| Transaction Date | Due Date | Refer. 1 | Refer. 2 | Details | Contra Account | Journal Entry No | Entry Code | Debit | Credit |
|---|---|---|---|---|---|---|---|---|---|
| Account No.: 1002025, Description: Cash - TD Bank DIP Checking | | | | | | | | | |
| 9/3/2019 | | | DEBIT | VISA DDA PUR    GOOGLE  GSUITE | Google | | | | 54.00 |
| 9/3/2019 | | | DEBIT | VISA DDA PUR    SPECTRUM | Internet | | | | 179.45 |
| 9/3/2019 | | | DEBIT | VISA DDA PUR    UBER | Uber | | | | 30.96 |
| 9/3/2019 | | | DEBIT | VISA DDA PUR    UBER | Uber | | | | 8.23 |
| 9/3/2019 | | | DEBIT | VISA DDA PUR    UBER | Uber | | | | 7.53 |
| 9/3/2019 | | | DEBIT | VISA DDA PUR    UBER | Uber | | | | 6.46 |
| 9/16/2019 | | | DEBIT | VISA DDA PUR    Verizon | Verizon | | | | 31.99 |
| 9/16/2019 | | | DEBIT | VISA DDA PUR DAGWOODS | Working lunch | | | | 18.00 |
| 9/17/2019 | | | DEBIT | VISA DDA PUR MICROSOFT | Microsoft | | | | 45.00 |
| 9/17/2019 | | | DEBIT | VISA DDA PUR UBER | Uber | | | | 25.42 |
| 9/17/2019 | | | DEBIT | VISA DDA PUR MICROSOFT | Microsoft | | | | 16.00 |
| 9/18/2019 | | | DEBIT | VISA DDA PUR SCE | Utilities | | | | 77.87 |
| 9/18/2019 | | | DEBIT | VISA DDA PUR JP MORGAN | Bank fee | | | | 1.65 |
| 9/23/2019 | | | DEBIT | VISA DDA PUR PANTHEON | Pantheon hosting | | | | 35.00 |
| 9/30/2019 | | | FEE | MAINTENANCE FEE | TD Bank | | | | 25.00 |
| | | | | | | | | | 562.56 |

**In re: Immune Pharmaceuticals Inc.**  **Case No. 19-13273**
         Debtor                            **Reporting Period: 9/1/2019 to 9/30/2019**

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| INCOME | Month | Cumulative Filing to Date |
|---|---:|---:|
| License Revenue | 0.00 | 105,000.00 |
|  |  | 0.00 |
|  |  | 0.00 |
| Total Income | 0.00 | 105,000.00 |
| **EXPENSES** |  |  |
| R&D - Clinical Trials | 0.00 | 70,892.42 |
| G&A - Compensation |  | 0.00 |
| G&A - Compensation other |  | 0.00 |
|  |  | 0.00 |
| Insider Compensation* | 38,332.00 | 288,758.86 |
| Insurance | 0.00 | 47,391.33 |
| G&A - IT | 186.61 | 5,099.54 |
| G&A - Compliance | 0.00 | 9,539.00 |
| Repairs |  | 0.00 |
| Supplies | 0.00 | 349.61 |
| Travel and Entertainment | 0.00 | 8,538.31 |
| Rent | 0.00 | 31,308.71 |
| Utilities | 258.22 | 2,055.71 |
| Other: (List Below) |  | 0.00 |
| Storage | 1,346.88 | 7,651.49 |
| Business/sale development | 0.00 | 31,061.49 |
| Bank fees | 25.00 | 398.50 |
| Total Operating Expenses Before Depreciation | 40,148.71 | 503,044.97 |
| Depreciation/Depletion/Amortization |  |  |
| Net Income (Loss) Before Other Income & Expenses | $ (40,148.71) | $ (398,044.97) |
| **OTHER INCOME AND EXPENSES** |  |  |
| Other Income: (List Below) |  | 0.00 |
| Miscellaneous |  | 81.86 |
|  |  | 0.00 |
|  |  | 0.00 |
| Interest Expense |  | 0.00 |
| Other Expense: (List Below) |  | 0.00 |
|  |  | 0.00 |
|  |  | 0.00 |
|  |  | 0.00 |
| Net Income (Loss) Before Reorganization Items | (40,148.71) | (397,963.11) |
| **REORGANIZATION ITEMS** |  |  |
| Professional Fees | 0.00 | 0.00 |
| U. S. Trustee Quarterly Fees | 0.00 | 325.00 |
| Interest Earned on Accumulated Cash from Chapter 11** |  | 0.00 |
| Gain (Loss) from Sale of Property |  | 0.00 |
| Other Reorganization Expense: (List Below) |  | 0.00 |
|  |  | 0.00 |
|  |  | 0.00 |
|  |  | 0.00 |
| Total Reorganization Expenses | 0.00 | 325.00 |
| Income Taxes |  |  |
| Net Income (Loss) | $ (40,148.71) | $ (398,288.11) |

*"Insider" is defined in 11 U.S.C. Section 101(31).
**Interest Earned on Accumulated Cash from Chapter 11: Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

FORM MOR-2 (RE)
(9/99)

**In re: Immune Pharmaceuticals Inc.**  **Case No. 19-13273**
       Debtor  **Reporting Period: 9/1/2019 to 9/30/2019**

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| **Other Costs** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

FORM MOR-2 CONT'D
(04/07)

| In re: Immune Pharmaceuticals Inc. | Case No. 19-13273 |
|---|---|
| Debtor | Reporting Period: 9/1/2019 to 9/30/2019 |

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | 39.37 | 1,114.23 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | 80,641.85 | 80,641.85 |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | 0.00 | 0.00 |
| *TOTAL CURRENT ASSETS* | 80,681.22 | 81,756.08 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements (value based on tax assessment - subject to dispute) | | |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | 55,218.58 | 55,218.58 |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| *TOTAL PROPERTY & EQUIPMENT* | 55,218.58 | 55,218.58 |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | 21,014,915.06 | 21,034,232.76 |
| *TOTAL OTHER ASSETS* | $21,014,915.06 | $21,034,232.76 |
| **TOTAL ASSETS** | $21,150,814.86 | $21,171,207.42 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | 298,895.33 | |
| Other Postpetition Liabilities (attach schedule) | | |
| *TOTAL POSTPETITION LIABILITIES* | 298,895.33 | 0.00 |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt** | 2,200,000.00 | 2,200,000.00 |
| Accounts Payable | 23,568.97 | |
| Priority Debt | 3,651,480.00 | 3,651,480.00 |
| Unsecured Debt | 9,910,959.30 | 9,910,959.30 |
| *TOTAL PRE-PETITION LIABILITIES* | $15,786,008.27 | $15,762,439.30 |
| *TOTAL LIABILITIES* | $16,084,903.60 | $15,762,439.30 |
| **OWNER EQUITY** | | |
| Capital Stock | 7,238.33 | 7,238.33 |
| Additional Paid-In Capital | 101,389,628.54 | 101,389,628.54 |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | -$95,988,098.75 | -$95,988,098.75 |
| Retained Earnings - Postpetition | -$342,856.86 | 0 |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| *NET OWNER EQUITY* | $ 5,065,911.26 | $ 5,408,768.12 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $21,150,814.86 | $21,171,207.42 |

*"Insider" is defined in 11 U.S.C. Section 101(31).
**The secured debt is the alleged secured claim of Discover, which is disputed and the subject of a pending adversary proceeding.

FORM MOR-3
(04/07)

| In re: Immune Pharmaceuticals Inc. | Case No. 19-13273 |
|---|---|
| Debtor | Reporting Period: 9/1/2019 to 9/30/2019 |

## BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | 0.00 | 0.00 |
| Other Assets | | |
| Intangible assets - Meda-European Ceplene Rights Acquisitio | 3,360,673.00 | 3,360,673.00 |
| I/C Rec - Ltd | 18,211,537.19 | 18,230,854.89 |
| I/C Rec/(Payable) - Corp | -1,148,530.00 | -1,148,530.00 |
| I/C Rec - Cytovia Intl SARL | 591,234.87 | 591,234.87 |
| | | |
| | 21,014,915.06 | 21,034,232.76 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Postpetition Liabilities | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |
| | | |
| | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations. Typically, restricted cash is segregated into a separate account, such as an escrow account.

**In re: Immune Pharmaceuticals Inc.**  Case No. 19-13273
Debtor  Reporting Period: 9/1/2019 to 9/30/2019

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other:_____ | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other:_____ | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 3,535.00 | 3,860.00 | 4,169.00 | 8,196.00 | 159,905.00 | 179,665.00 |
| Wages Payable | | | | | | 0.00 |
| Taxes Payable | | | | | | 0.00 |
| Rent/Leases-Building | | | | | | 0.00 |
| Rent/Leases-Equipment | | | | | | 0.00 |
| Secured Debt/Adequate Protection Payments | | | | | | 0.00 |
| Professional Fees | | | | | | 0.00 |
| Amounts Due to Insiders* | 38,332.00 | 38,332.00 | 55,209.66 | 55,209.00 | 111,812.67 | 298,895.33 |
| Other:_____ | | | | | | 0.00 |
| Other:_____ | | | | | | 0.00 |
| **Total Postpetition Debts** | 41,867.00 | 42,192.00 | 59,378.66 | 63,405.00 | 271,717.67 | 478,560.33 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(04/07)

**In re: Immune Pharmaceuticals Inc.**  Case No. 19-13273
  Debtor  Reporting Period: 9/1/2019 to 9/30/2019

**Listiing of Aged Accounts Payable**

**Monthly Aged Payables**

| Account No. | Account Description | 8/31/2019 Current | 7/31/19 30 days | 6/30/19 60 days | 5/31/19 90 days | 91 days plus | Total Debt |
|---|---|---:|---:|---:|---:|---:|---:|
| 3002379 | ACM Medical Laboratory, Inc. | | | | 32 | 80 | 112 |
| 3002952 | Bridge Plaza Realty Associates LLC | | | | | | 0 |
| 3002437 | Clinical Supplies Management (CSM USA) | 541 | 541 | 541 | 541 | 2,854 | 5,018 |
| 3002025 | Corodata (Inc) | | | 346 | 358 | 1,038 | 1,742 |
| 3002916 | CSM Europe sa | | | | 4,271 | 7,681 | 11,952 |
| 3002953 | Equisolve | | | | | 1,798 | 1,798 |
| 3002063 | Euroclear (Inc) | 1,400 | 1,400 | 1,400 | 1,400 | 4,259 | 9,859 |
| 3003030 | Extera Partners, LLC | | | | | 31,061 | 31,061 |
| 3002367 | First Insurance Funding Corp | | | | | 47,391 | 47,391 |
| 3002231 | Global Clinical Trials, LLC (GCT) (Inc) | | | | | 1,575 | 1,575 |
| 3002048 | Iron Mountain (Inc) | 550 | 550 | 550 | 550 | 1,648 | 3,848 |
| 3003004 | net2phone | | | 288 | | 869 | 1,157 |
| 3002329 | Target Health Inc. | | | | | 54,400 | 54,400 |
| | U.S. Trustee | | 325 | | | 325 | 650 |
| 3002992 | Verizon | | | | | | 0 |
| 3002275 | VStock Transfer, LLC | 1,044 | 1,044 | 1,044 | 1,044 | 4,926 | 9,102 |
| 3002427 | Tony Fiorino (Chase CC) | | | | | 69 | 69 |
| 3002906 | Daniel Kazado (Inc) | 3,333 | 3,333 | 3,333 | 3,333 | 11,666 | 24,998 |
| 3002291 | Jeff Paley (Crimson Biomedical Consulting) | 3,333 | 3,333 | 3,333 | 3,333 | 19,166 | 32,498 |
| 3002333 | John Neczesny | 3,333 | 3,333 | 3,333 | 3,333 | 15,833 | 29,165 |
| 3002002 | Anthony Fiorino | 3,333 | 3,333 | 3,333 | 3,333 | 35,101 | 48,433 |
| 3002002 | John Clark | | | 16,877 | 16,877 | 8,428 | 42,182 |
| 3002002 | Gary Rabin | 25,000 | 25,000 | 25,000 | 25,000 | 21,550 | 121,550 |
| TOTAL | | 41,867 | 42,192 | 59,379 | 63,405 | 271,718 | 478,560 |

**In re: Immune Pharmaceuticals Inc.**  **Case No. 19-13273**
         **Debtor**  **Reporting Period: 9/1/2019 to 9/30/2019**

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---:|---|
| Total Accounts Receivable at the beginning of the reporting period | $0.00 | |
| + Amounts billed during the period | $0.00 | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | $0.00 | |
| | | |
| **Accounts Receivable Aging** | **Amount** | |
| 0 - 30 days old | $0.00 | |
| 31 - 60 days old | $0.00 | |
| 61 - 90 days old | $0.00 | |
| 91+ days old | $0.00 | |
| Total Accounts Receivable | $0.00 | |
| Amount considered uncollectible (Bad Debt) | 0 | |
| Accounts Receivable (Net) | $0.00 | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|:---:|:---:|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

FORM MOR-5
(04/07)