UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-1(b)**

**NORRIS McLAUGHLIN, P.A.**
Morris S. Bauer
Melissa A. Pena
400 Crossing Boulevard, 8th Floor
P.O. Box 5933
Bridgewater, New Jersey 08807
(908) 722-0700
msbauer@norris-law.com
mapena@norris-law.com
Counsel for the Debtors/Debtors-in-Possession

| | |
|---|---|
| In re: | Chapter 11 |
| IMMUNE PHARMACEUTICALS INC., *et al.*, | Case No. 19-13273 (VFP) |
| Debtors.[1] | Hon. Vincent F. Papalia |

**APPLICATION FOR ORDER SHORTENING TIME FOR NOTICE OF HEARING PURSUANT TO FED. R. BANKR. P. 9006(c)(1) ON THE DEBTORS' MOTION FOR THE ENTRY OF AN ORDER APPROVING IMMUNE PHARMACEUTICALS INC.'S LIMITED USE OF SALE PROCEEDS FROM ALEXION TRANSACTION HELD IN THE UNITED STATES IN ESCROW WITH DEBTORS COUNSEL FOR SPECIFIED PURPOSES AS SET FORTH HEREIN PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE**

The applicants, Immune Pharmaceuticals, Inc., *et al.*, the Debtors/Debtors-in-Possession (the "Debtors"), by and through their counsel, Norris McLaughlin, P.A., requests that the time period for notice and to schedule a hearing on the Debtors' Motion for entry of an Order Approving Immune Pharmaceuticals Inc.'s Limited Use Of Sale Proceeds From Alexion Transaction Held In The United States In Escrow With Debtors Counsel For Specified Purposes As Set Forth Herein Pursuant To Section 363 Of The Bankruptcy Code, and other related relief (the "Motion"), be shortened for the reason(s) set forth below:

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Immune Pharmaceuticals, Inc. (1431); Immune Pharmaceuticals, Ltd.; Cytovia, Inc. (7805); Immune Oncology Pharmaceuticals, Inc.; Maxim Pharmaceuticals, Inc. (9983); and Immune Pharmaceuticals USA Corp. (9630).

1. *A shortened time hearing is requested because:*

As detailed in the Declaration of Gary H. Rabin, interim CEO of the debtor, Immune Pharmaceuticals Inc. filed in support of the Motion, the Debtors request a hearing on shortened notice for the Motion so that the Debtors may be able to immediately access a *di minimis* amount ($35,000) of the Escrowed Proceeds to pay current obligations that need to be paid on an emergent basis. These payments are for quarterly fees owing to the Office of the United States Trustee so as to avoid a motion to convert, a bank overdraft obligation and a payment to a critical employee of the Debtors.

2. *State the hearing date requested:*

December 10, 2019 at 10:00 a.m., or as soon thereafter as Your Honor can schedule a hearing.

3. *The type of Noticing Requested:*

The Debtors propose that they shall serve a complete copy of the Motion, the within Application and any Order granting the Application via overnight mail <u>or</u> email on the following: (i) Eitan Erez, Adv., the Israeli Trustee; (ii) counsel for Discover; (iii) the Office of the United States Trustee; (iv) counsel for the Official Committee of Unsecured Creditors; and (v) all parties who filed a notice of appearance in the within action.

The Debtors submit that the proposed notice is sufficient as it will provide notice to all parties impacted by the Motion.

4. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(2). The applicant requests entry of the proposed order shortening time.

NORRIS McLAUGHLIN, PA
Counsel for the Debtors and Debtors-in-Possession

By: /s/ Morris S. Bauer
Morris S. Bauer, Esq.
Melissa A. Pena, Esq.

Dated: December 3, 2019