| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**NORRIS McLAUGHLIN, P.A.**<br>Morris S. Bauer<br>Melissa A. Pena<br>400 Crossing Boulevard, 8th Floor<br>P.O. Box 5933<br>Bridgewater, New Jersey 08807<br>(908) 722-0700<br>msbauer@norris-law.com<br>mapena@norris-law.com<br>Counsel for the Debtors/Debtors-in-Possession | |
| In re:<br><br>IMMUNE PHARMACEUTICALS INC., *et al*.,[1]<br><br>　　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 19-13273 (VFP)<br><br>Hon. Vincent F. Papalia |

**ORDER SHORTENING TIME FOR NOTICE OF HEARING PURSUANT TO FED. R. BANKR. P. 9006(c)(1) ON DEBTORS' MOTION FOR THE ENTRY OF AN ORDER APPROVING IMMUNE PHARMACEUTICALS INC.'S LIMITED USE OF SALE PROCEEDS FROM ALEXION TRANSACTION HELD IN THE UNITED STATES IN ESCROW WITH DEBTORS COUNSEL FOR SPECIFIED PURPOSES AS SET FORTH HEREIN PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Immune Pharmaceuticals, Inc. (1431); Immune Pharmaceuticals, Ltd.; Cytovia, Inc. (7805); Immune Oncology Pharmaceuticals, Inc.; Maxim Pharmaceuticals, Inc. (9983); and Immune Pharmaceuticals USA Corp. (9630).

Case 19-13273-VFP    Doc 355-1    Filed 12/03/19    Entered 12/03/19 16:26:39    Desc
Proposed Order    Page 2 of 3

Page 2
Debtor: Immune Pharmaceuticals, Inc., *et al.*
Case No.: 19-13273 (VFP)
Caption: Order Shortening Time for Notice of Hearing Pursuant to Fed. R. Bankr. P. 9006(c)(1) on Debtors' Motion for the Entry of an Order Approving Immune Pharmaceuticals Inc.'s Limited Use Of Sale Proceeds From Alexion Transaction Held In The United States In Escrow With Debtors Counsel For Specified Purposes As Set Forth Herein Pursuant To Section 363 Of The Bankruptcy Code

After review of the application of Immune Pharmaceuticals, Inc., *et al.*, the Debtors/Debtors-in-Possession (the "Debtors" or "Applicants"), for the entry of an Order Approving Immune Pharmaceuticals Inc.'s Limited Use Of Sale Proceeds From Alexion Transaction Held In The United States In Escrow With Debtors Counsel For Specified Purposes As Set Forth Herein Pursuant To Section 363 Of The Bankruptcy Code (the "Motion"), it is

ORDERED as follows:

1. A hearing will be conducted on the Motion on December 10, 2019 at 10:00 a.m. before the Honorable Vincent F. Papalia in the United States Bankruptcy Court for the District of New Jersey, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3B, Newark, New Jersey 07102.

2. The Applicants must serve a copy of this Order, the Motion and all related documents, on the following parties: (i) Eitan Erez, Adv., the Israeli Trustee; (ii) counsel for Discover Growth Fund, LLC; (iii) the Office of the United States Trustee; (iv) counsel for the Official Committee of Unsecured Creditors; and (v) all parties who filed a notice of appearance in the within action

by ☐ each, ☒ any of the following methods selected by the Court

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. Service must be made:

☐ on the same day as the date of this order, or

☒ within __1__ day(s) of the date of this Order.

Page 3
Debtor: Immune Pharmaceuticals, Inc., *et al.*
Case No.: 19-13273 (VFP)
Caption: Order Shortening Time for Notice of Hearing Pursuant to Fed. R. Bankr. P. 9006(c)(1) on Debtors' Motion for the Entry of an Order Approving Immune Pharmaceuticals Inc.'s Limited Use Of Sale Proceeds From Alexion Transaction Held In The United States In Escrow With Debtors Counsel For Specified Purposes As Set Forth Herein Pursuant To Section 363 Of The Bankruptcy Code

4. Notice by telephone:

    ☒ is not required

    ☐ must be provided to _____

        ☐ on the same day as the date of this Order, or

        ☐ within _____ day(s) of the date of this Order.

5. A *Certification of Service* must be filed prior to the hearing date.

6. Any objections to said motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

7.   ☒ Court appearances are required to prosecute said motion/application and any objections.

    ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

3

10579642-1