| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**PORZIO, BROMBERG & NEWMAN, P.C.**<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962<br>(973) 538-4006<br>(973) 538-5146 Facsimile<br>John S. Mairo, Esq. (jsmairo@pbnlaw.com)<br>Robert M. Schechter, Esq. (rmschechter@pbnlaw.com)<br>Kelly D. Curtin, Esq. (kdcurtin@pbnlaw.com)<br><br>*Counsel for the Official Committee of Unsecured Creditors* | |
| In re:<br><br>IMMUNE PHARMACEUTICALS INC., *et al.*,[1]<br><br>Debtors. | Chapter: 11<br><br>Case No.: 19-13273 (VFP)<br><br>(Jointly Administered)<br><br>Hearing date and time: **April 28, 2020 at 10:00 a.m. (Eastern Time)**<br>Objection deadline: **April 21, 2020** |

**NOTICE OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION TO ESTABLISH PROTOCOL FOR THE FILING OF CLAIMS AGAINST IMMUNE PHARMACEUTICALS, LTD. AND SUSPEND THE IMMUNE PHARMACEUTICALS, LTD. PROCEEDINGS**

**PLEASE TAKE NOTICE** that on *April 28, 2020, at 10:00 a.m. (Eastern Time)*, the Official Committee of Unsecured Creditors (the "Committee"), by and through their undersigned counsel, Porzio, Bromberg & Newman, P.C., shall move before the Honorable Vincent F. Papalia, United States Bankruptcy Judge, at the United States Bankruptcy Court, Martin Luther King Jr., Federal Building, 50 Walnut Street, Courtroom 3B, Third floor, Newark, New Jersey

---

[1] The debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Immune Pharmaceuticals, Inc. (1431); Immune Pharmaceuticals, Ltd.; Cytovia, Inc. (7805); Immune Oncology Pharmaceuticals, Inc.; Maxim Pharmaceuticals, Inc. (9983); and Immune Pharmaceuticals USA Corp. (9630) [the "Debtors"].

4433820

07102 for entry of an substantially in the form submitted herewith (the "Proposed Order"), establishing a protocol for the filing of claims against Immune Pharmaceuticals, Ltd. and suspending the Immune Pharmaceuticals, Ltd. bankruptcy case (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, the Committee will rely on the accompanying Memorandum of Law that sets forth the relevant factual and legal bases upon which the Motion should be granted and the Certification of Kelly D. Curtin. A Proposed Order granting the relief requested in the Motion is also being submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, shall be filed in accordance with the applicable rules of this Court no later than **April 21, 2020** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed and served, the Motion shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and the relief requested may be granted without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests oral argument on the return date of the Motion if objections are timely filed.

| | |
|---|---|
| Dated: March 26, 2020 | **PORZIO, BROMBERG & NEWMAN, P.C.**<br>*Counsel for the Official Committee of Unsecured Creditors*<br><br>By: */s/ John S. Mairo*<br>        John S. Mairo |