| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Dale E. Barney, Esq.<br>David N. Crapo, Esq.<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, New Jersey 07102<br>Telephone: (973) 596-4500<br>Facsimile: (973) 596-0545<br>E-mail: dbarney@gibbonslaw.com<br>        dcrapo@gibbonslaw.com<br>*Counsel for Discover Growth Fund, LLC* | **Order Filed on April 2, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| **In re:**<br><br>IMMUNE PHARMACEUTICALS, INC., *et al.*,[1]<br><br>         **Debtor.** | Chapter 11<br><br>Case No. 19-13273 (VFP)<br><br>(Jointly Administered)<br><br>**Hearing Date:  April 1, 2020** |

**ORDER GRANTING MOTION OF DISCOVER GROWTH FUND, LLC
TO CONVERT PURSUANT TO 11 U.S.C. § 1112(B)**

The relief set forth on the following page number two and three is hereby **ORDERED.**

**DATED: April 2, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Immune Pharmaceutical, Inc. (1431); Immune Pharmaceuticals, Ltd.; Cytovia, Inc. (7805); Immune Oncology Pharmaceuticals, Inc.; Maxim Pharmaceuticals, Inc. (9983); and Immune Pharmaceuticals USA Corp. (9630).

2733018.1 115785-100485

Page 2
Debtors:            Immune Pharmaceuticals, Inc., *et al.*,
Case No.:           19-13273 (VFP)
Caption of Order:   Order Motion of Discover Growth Fund, LLC to Convert Pursuant to 11 U.S.C. § 1112(b).

---

Upon the Motion of Discover Growth Fund, LLC ("Discover"), a secured creditor and party-in-interest, for an Order of this Court converting these cases to Chapter 7 cases pursuant to 11 U.S.C. § 1112(b) ("**Motion**"); and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b)(2); and venue for the Motion being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion; and such notice having been adequate and appropriate; and it appearing that no other or further notice is needed; and upon consideration of the Motion; the objections thereto and the arguments of counsel; and the Court having found and determined, based on the record of this Motion and the entire proceedings in this case, that Discover has demonstrated the need for a disinterested fiduciary in these cases and that cause exists for the conversion of these cases pursuant to 11 U.S.C. § 1112(b) to cases under Chapter 7 of the United States Bankruptcy Code, including (without limitation) on the basis of substantial and continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation; and after due deliberation and sufficient cause appearing therefor, and as set forth on the record on April 1, 2020; it is

**ORDERED,** that the Motion is granted and these cases are converted to cases under Chapter 7 of the United States Bankruptcy Code; and it is further

**ORDERED** that the United States Trustee for Region 3 be and hereby is, directed to appoint a disinterested person as Chapter 7 Trustee in these cases.