| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**RABINOWITZ, LUBETKIN & TULLY, LLC**<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ  07039<br>(973) 597-9100<br>Jonathan I. Rabinowitz<br>Barry J. Roy<br>*Counsel for Jeffrey A. Lester, Chapter 7 Trustee* | Order Filed on May 27, 2020<br>by Clerk<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
|---|---|
| In re:<br><br>IMMUNE PHARMACEUTICALS INC., et al.,<br><br>　　　　　　　　　　Debtors. | Case No. 19-13273 (VFP)<br><br>Chapter 7<br><br>Jointly Administered |

**BRIDGE ORDER EXTENDING THE PERIOD
OF TIME WITHIN WHICH EXECUTORY CONTRACTS MUST
BE ASSUMED OR REJECTED DURING PENDENCY OF TIMELY FILED MOTION**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: May 27, 2020**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**Honorable Vincent F. Papalia**
　　　　　　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**

(Page 2)

| | |
|---|---|
| Debtor: | Immune Pharmaceuticals Inc., et al. |
| Case No.: | 19-13273 (VFP) |
| Caption of Order: | Bridge Order Extending Chapter 7 Trustee's Time To Assume Or Reject Executory Contracts and Unexpired Leases During Pendency of Timely Filed Motion |

---

**THIS MATTER** having been opened to the Court by Jeffrey A. Lester, Chapter 7 Trustee (the "Trustee") for Immune Pharmaceuticals, Inc. ("Immune Inc."), Immune Pharmaceuticals, Ltd. ("Immune Ltd."), Cytovia, Inc. ("Cytovia"), Immune Oncology Pharmaceuticals, Inc. ("Oncology"), Maxim Pharmaceuticals, Inc. ("Maxim"), and Immune Pharmaceuticals USA Corp. ("USA"), by and through his attorneys, Rabinowitz, Lubetkin & Tully LLC, upon the filing of an Application for the entry of a bridge Order further extending the period of time within which executory contracts and unexpired leases must be assumed or rejected during the pendency of a timely-filed motion (the "Motion"); and the Court noting the filing of a timely Motion seeking an extension of the period of time within which the Trustee seeks to assume or reject executory contracts; and the Court having scheduled such Motion for hearing after the period of time within which the applicable time period would otherwise terminate; and for good cause shown;

**IT IS ORDERED** that the time period within which the Trustee may assume or reject executory contracts and unexpired leases is extended from June 1, 2020, through the date on which the Court makes a determination upon the timely-filed Motion of the Trustee.

F:\Client_Files\A-M\Immune Pharmaceuticals\Bridge Order - Assume or Reject.doc