| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Jeffrey D. Prol, Esq.<br>John D. Hogoboom, Esq.<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: (973) 597-2500<br>Facsimile: (973) 597-2400<br>E-mail: jprol@lowenstein.com<br>E-mail: jhogoboom@lowenstein.com<br><br>*Special Counsel to the Debtors and*<br>*Debtors-In-Possession* |

| | |
|---|---|
| In re: | Chapter 11 |
| Immune Pharmaceuticals, Inc., *et al.*,[1] | Case No. 19-13273 (VFP) |
| Debtors. | (Jointly administered) |

**ORDER ALLOWING FINAL APPLICATION OF LOWENSTEIN SANDLER LLP AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>FROM FEBRUARY 17, 2019 THROUGH APRIL 2, 2020</u>**

       The relief set forth on the following page, numbered two (2) through three (3), is hereby **ORDERED.**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Immune Pharmaceuticals, Inc. (1431); Immune Pharmaceuticals, Ltd.; Cytovia, Inc. (7805); Immune Oncology Pharmaceuticals, Inc.; Maxim Pharmaceuticals, Inc. (9983); and Immune Pharmaceuticals USA Corp.(9630).

Page:    2
Debtors:    Immune Pharmaceuticals, Inc., *et al.*
Case No.:    19-13273 (VFP)
Caption:    *Order Allowing Final Application Of Lowenstein Sandler LLP As Special Counsel To The Debtors and Debtors-In-Possession For Services Rendered And Reimbursement of Expenses For The Period From February 17, 2019 Through April 2, 2020*

---

Upon the *Final Application Of Lowenstein Sandler LLP As Special Counsel To The Debtors and Debtors-In-Possession For Services Rendered And Reimbursement of Expenses For The Period From February 17, 2019 Through April 2, 2020* (the "Application");[2] and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, dated September 18, 2012 (Simandle, C.J.); and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided to the Committee,

**IT IS HEREBY ORDERED THAT:**

1.    The Application is granted as provided herein.

2.    Lowenstein Sandler LLP is hereby allowed a final allowance of compensation for services rendered to the Committee in the sum of $137,271.50 and reimbursement for costs incurred in the sum of $6,043.42 for the period from February 17, 2019 through April 2, 2020.

3.    The Debtors and/or the Chapter 7 Trustee are authorized and directed to make payment of the outstanding amount of such sums allowed pursuant to paragraph 3 above to Lowenstein Sandler LLP within fourteen (14) days of the entry of this Order.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

Page:     3
Debtors:  Immune Pharmaceuticals, Inc., *et al.*
Case No.: 19-13273 (VFP)
Caption:  *Order Allowing Final Application Of Lowenstein Sandler LLP As Special Counsel To The Debtors and Debtors-In-Possession For Services Rendered And Reimbursement of Expenses For The Period From February 17, 2019 Through April 2, 2020*

_____

        4.       This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.