Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−13273−VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Immune Pharmaceuticals Inc.
  1 Bridge Plaza North, Suite 270
  Fort Lee, NJ 07024

Social Security No.:

Employer's Tax I.D. No.:
  52−1841431

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/14/20 at 02:00 PM

to consider and act upon the following:

*509* – Document re: Letter in which creditor is requesting, her compensation claim, if it could be considered for deliberation along with other creditors filed by Rama Krishna Rao. (rh)

Dated: 6/19/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court