U.S. Bankruptcy Court                                               June 22, 2020
MLK Jr Federal Bldg.
50 Walnut Street
Newark, NJ 07102
Clerk of the Court Jeanne Naughton

Dear Ms. Naughton,

In August 2019, my partner and I wrote the court a letter stating that we were notified of Immune Pharmaceuticals filing for Chapter 11 Bankruptcy but weren't sure if we had the right to ask for what we invested in the stock. We purchased **550 shares** thru Ameritrade (Acct. 492126438) on line on Feb 18, 2018. We currently keep getting notices of applicants for compensation yet our names are never under "*Applicants*".

Since we are both retirees over 60 years of age and live in Florida we were not sure how to proceed. We filled out the **"Proof of Claim"** form as best we could with an itemized list of expenses that was sent to your court in April 2020. Our Ameritrade account was closed a while ago but have recounted share info as best as was possible.

On contacting several different attorney's it was made clear that the amount we were seeking ($384.12) was not enough for them to bother with so we are without legal representation. While we realize that in the scheme of things our claim is not as much as some of the corporate claimants, due to the Covid 19 pandemic every penny of our income goes towards our utilities, mortgage and food.

Sincerely,

*Jean M. Rose*
*Robin S. Haspiel*

Jean M. Rose & Robin S. Haspiel
457 N.E. 2nd Street
Williston, FL 32696
731-439-3660