Order Filed on July 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**RABINOWITZ, LUBETKIN & TULLY, LLC**<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ 07039<br>(973) 597-9100<br>Barry J. Roy<br>*Counsel for Jeffrey A. Lester, Chapter 7 Trustee* |

| | |
|---|---|
| In re:<br><br>IMMUNE PHARMACEUTICALS INC., *et al.*,<br><br>Debtors. | Case No. 19-13273 (VFP)<br><br>Chapter 7<br><br>(Jointly Administered) |

### ORDER DENYING REQUEST OF TDR SERVICES LLC TO HAVE CLAIM DEEMED AN ADMINISTRATIVE EXPENSE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 15, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

This matter having come before the Court by letter application of TDR Services LLC ("TDR") dated May 22, 2020 [Dkt. No. 509] (the "Motion") for an Order reclassifying its general unsecured claim as an administrative claim of a professional for the Debtors; and the Court having considered the pleadings and arguments in support of and in opposition to the Motion and having held a hearing thereon on July 14, 2020; and the Court having placed its ruling on the Motion on the record on July 14, 2020; and the Court finding good and sufficient cause for the making and entry of the within Order;

**IT IS HEREBY ORDERED THAT:**

1.  The Motion is denied as (i) the claim of TDR is based entirely on pre-petition services rendered to certain Debtors and are therefore not entitled to priority administrative status and (ii) TDR was not retained as a professional for the Debtors and it is therefore not entitled to a priority as an administrative claimant.