| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| **RABINOWITZ, LUBETKIN & TULLY, LLC**<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ  07039<br>(973) 597-9100<br>Jonathan I. Rabinowitz<br>*Counsel for Jeffrey A. Lester, Chapter 7 Trustee* | Order Filed on August 19, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>IMMUNE PHARMACEUTICALS INC., et al.[1],<br><br>Debtors. | Case No. 19-13273 (VFP)<br><br>Chapter 7<br><br>Jointly Administered |

# ORDER DENYING WITHOUT PREJUDICE MOTION
# OF DISCOVER GROWTH FUND LLC FOR
# RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11
# U.S.C. § 362(d)

The relief set forth on the following pages numbered two (2) and three (3) are hereby **ORDERED.**

**DATED: August 19, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

---

[1] The debtors in these Chapter 7 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  Immune Pharmaceuticals, Inc. (1331); Immune Pharmaceuticals, Ltd.; Cytovia, Inc. (78905); Immune Oncology Pharmaceuticals, Inc.; Maxim Pharmaceuticals, Inc. (9983); and Immune Pharmaceuticals USA Corp. (9630) [the "Debtors"].

| | |
|---|---|
| Debtor: | Immune Pharmaceuticals Inc., et al. |
| Case No. | 19-13273 (VFP) |
| Caption of Order: | Order Denying Without Prejudice Motion Of Discover Growth Fund LLC For Relief From The Automatic Stay Pursuant To 11 U.S.C. § 362(d) |

**THIS MATTER** having been brought before the Court upon the motion of Discover Growth Fund, LLC ("Discover") for relief from the automatic stay pursuant to 11 U.S.C. § 362(d) filed on February 26, 2019, 2019 [Dkt. No. 14] (the "Motion");  from time to time, the Court held preliminary hearings on the Motion and adjourned the Motion; responses to the Motion having been filed by the Debtors and the Committee; Discover having filed replies; the Debtors' Chapter 11 cases having been converted to Chapter 7 on April 2, 2020; Jeffrey Lester having been appointed Chapter 7 Trustee of the Debtors' estates (the "Trustee"); the Trustee having succeeded to the rights of the Debtors by operation of law and as a result having taken over the Debtors' defense of the Motion; on May 26, 2020, the Trustee having filed a response to the Motion [Dkt. No. 470]; on May 29, 2020, Discover having filed a reply [Dkt. No. 483]; a hearing (the "Hearing") on the Motion having been held on June 23, 2020; appearances having been made telephonically at the hearing by Discover through Gibbons P.C., Dale Barney, Esq. of counsel and the Trustee by Rabinowitz, Lubetkin & Tully, LLC, Jonathan I. Rabinowitz, Esq. of counsel; this Court having considered the papers, having heard argument of counsel; and for the reasons set forth on the record at the Hearing and other good cause appearing therefor:

**ORDERED THAT** the Motion be and hereby is denied without prejudice pending resolution of the Adversary Proceeding (No. 19-02033) between the Trustee and Discover. The without prejudice nature of this Order includes (but is not limited to) Discover's rights to file a renewed motion seeking stay relief based on changed circumstances.