| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**RABINOWITZ, LUBETKIN & TULLY, LLC**<br>293 Eisenhower Parkway, Suite 100<br>Livingston, New Jersey NJ 07039<br>(973) 597-9100<br>Jonathan I. Rabinowitz<br>Barry J. Roy<br>*Counsel for Jeffrey A. Lester, Chapter 7 Trustee* | Order Filed on August 26, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>IMMUNE PHARMACEUTICALS, INC., et al.,<br><br>                              Debtors. | Case No. 19-13273 (VFP)<br><br>Chapter 7<br><br>Jointly Administered |

### ORDER FURTHER EXTENDING CHAPTER 7 TRUSTEE'S
### TIME TO ASSUME OR REJECT EXECUTORY CONTRACTS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 26, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**THIS MATTER** having been opened to the Court upon the motion (the "Motion") of Jeffrey A. Lester, Chapter 7 Trustee (the "Trustee") for Immune Pharmaceuticals, Inc. ("Immune Inc."), Immune Pharmaceuticals, Ltd. ("Immune Ltd."), Cytovia, Inc. ("Cytovia"), Immune Oncology Pharmaceuticals, Inc. ("Oncology"), Maxim Pharmaceuticals, Inc. ("Maxim"), and Immune Pharmaceuticals USA Corp. (collectively, the "Debtors"), pursuant to 11 U.S.C. § 365(d)(1), for an order further extending the Trustee's time to assume or reject certain executory contracts; due notice hereof having been given to (a) the Office of the United States Trustee for this District; (b) creditors holding the 20 largest unsecured claims against the Debtor; (c) those persons or entities who have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure; and (d) the various counter-parties to the Debtors' executory contracts, if any (collectively, the "Notice Parties"); this Court having considered the Motion and any opposition thereto and having heard argument of counsel and for good cause appearing therefore;

**IT IS ORDERED** that:

1. The Motion is hereby approved;

2. The Trustee's time to assume or reject executory contracts shall be extended to and expire as of November 28, 2020; and

3. The Trustee shall serve this Order upon the Notice Parties, at the address listed in the Debtor's schedules, or such other address as the Trustee shall ascertain, by first class mail, postage prepaid, within seven (7) business days after the date of this Order.