UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1

Dale E. Barney, Esq.
David N. Crapo, Esq.
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: dbarney@gibbonslaw.com
       dcrapo@gibbonslaw.com
Counsel for Discover Growth Fund, LLC

In re:

IMMUNE PHARMACEUTICALS, INC., *et al.*,[1]

Debtors.

**Chapter 7**

**Case No. 19-13273 (VFP)**

**(Jointly Administered)**

## APPELLANTS' STATEMENT OF ISSUES
## AND DESIGNATION OF RECORD ON APPEAL

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Bankr. P. 8009, appellant Discover Growth Fund, LLC ("Appellant"), first lien secured creditor and party-in-interest in the above-captioned Chapter 7 cases (the "Case"), submits this Statement of Issues and Designation of Record on Appeal with respect to the Appellant's appeal to the United States District Court for the District of New Jersey of the "Order Denying Without Prejudice Motion of Discover Growth Fund LLC For Relief From The Automatic Stay Pursuant to 11 U.S.C. § 362(d)", entered by the United States Bankruptcy Court for the District of New Jersey, the Honorable Vincent F. Papalia USBJ

---

[1] The **"Debtors"** in these chapter 7 cases and the last four digits their of each Debtor's taxpayer identification number are as follows: Immune Pharmaceutical, Inc. (1431); Immune Pharmaceuticals, Ltd.; Cytovia, Inc. (7805); Immune Oncology Pharmaceuticals, Inc.; Maxim Pharmaceuticals, Inc. (9983); and Immune Pharmaceuticals USA Corp. (9630).

presiding, ("Bankruptcy Court") on August 19, 2020 in the Case (ECF No. 545, the "Order"). The appellees are Jeffrey A. Lester, chapter 7 trustee for the Debtors' chapter 7 estates ("Appellee") and the Debtors. The Official Committee of Unsecured Creditors appointed in the Case would be an appellee, but has been disbanded.

### Appellants' Statement of Issues on Appeal

1. Did the Bankruptcy Court err in denying, without prejudice, Appellant's motion for relief from the automatic stay pursuant to 11 U.S.C. § 362(d), where Appellant's minimum secured claim exceeds the approximately $2.93 million in Appellant's cash collateral (the "Cash Collateral"), the net proceeds of the Debtors' sale of collateral known as the "Bertilimumab" assets, that is presently held by counsel to the Debtors?

2. Did the Bankruptcy Court err by determining that Appellant's interests as secured creditor of Debtor Immune Pharmaceuticals, Inc. are adequately protected by the Cash Collateral in the Debtors' counsel's escrow and the Appellee's control?

3. Did the Bankruptcy Court err in determining that the value of Discover's collateral "arguably" increased as a result of the Bertilimumab sale when compared to the value that would have been realized had Discover been granted stay relief at an early stage in the Case?

4. Did the Bankruptcy Court err in not determining that Discover has a minimum secured claim in the amount of the $2 million advanced to Debtor Immune Pharmaceuticals, Inc. under the parties' loan documents, plus interest, attorneys' fees and costs in an amount to be determined?

5. Did the Bankruptcy Court err and abuse its discretion in denying Discover's motion for relief from the automatic stay due to the pendency of the adversary proceeding captioned *Lester v. Discover Growth Fund, LLC,* Adv. Pro. No. 19-02033, in which Appellee challenges the extent and validity of Discover's lien?

## Appellants' Designation of Record on Appeal

| Date | Docket Description | CM/ECF Dkt. #[2] |
|---|---|---|
| 02/25/2019 | Motion of Discover Growth Fund, LLC for Relief from the Automatic Stay (#11-1 Exh 1, Proposed Order; #11-2 Exh 2, Statement of Amount Due; #11-3 Exh 3, Declaration of John C. Kirkland in Support of Motion of Discover Growth Fund, LLC for Relief from the Automatic Stay; #11-4 Exh 3 Continuation of previous document.) | 11 |
| 02/25/2019 | Certificate of Service of Discover Growth Fund, LLC. | 12 |
| 03/19/2019 | Reservation of Rights of iCo Therapeutics Inc. Regarding the Motion of Discover Growth Fund, LLC for Relief from the Automatic Stay. | 64 |
| 03/19/2019 | Declaration of Anthony Fiorino in Support of the Debtors' Opposition to the Motion of Discover Growth Fund, LLC for Relief from the Automatic Stay (#67-1 Memorandum of Law of the Debtors in Opposition to the Motion of Discover Growth Fund, LLC for Relief from the Automatic Stay; #67-2 Certificate of Service.) | 67 |
| 03/19/2019 | Objection of the Official Committee of Unsecured Creditors to the Motion of Discover Growth Fund, LLC for Relief from the Automatic Stay. | 68 |
| 03/22/019 | Reply to Debtors' and Unsecured Creditors' Committee's Opposition to the Motion of Discover Growth Fund, LLC for Relief from the Automatic Stay (#77-1 Reply Declaration of John C. Kirkland in Further Support of Discover Growth Fund, LLC's Motion for Relief from the Automatic Stay and in Opposition to Debtors' Motion on Shortened Notice to Sell the Ceplene Product Line, Pursuant to 11 U.S.C. § 363 (b) and (f); #77-2 Exh 1; #77-3 Exh 2; #77-4 Exh 3; #77-5 Exh 4; #77-6 Exh 5; #77-7 Exh 6.) | 77 |
| 03/29/2019 | Transcript regarding Hearing Held 03/26/19 (related document:11 Motion for Relief From Stay filed by Creditor Discover Growth Fund, LLC.) | 101 |
| 08/20/2019 | Scheduling Order regarding Discover Growth Fund, LLC'S Motion for Relief from the Automatic Stay (related document:11 Motion for Relief From Stay filed by Creditor Discover Growth Fund, LLC.) | 295 |
| 08/20/2019 | Notice of Hearing 10/09/2019 (related document:11 Motion for Relief From Stay filed by Creditor Discover Growth Fund, LLC.) | 296 |
| 10/09/2019 | Hearing Rescheduled from 10/9/2019 (related document(s): 11 Motion for Relief From Stay filed by Discover Growth Fund, LLC) Hearing scheduled for 03/24/2020 | N/A |
| 01/21/2020 | Amended Scheduling Order regarding Discover Growth Fund, LLC's Motion for Relief from Stay | 362 |

---

[2] Reference to each respective docket entry includes all attachments accompanying that entry.

| Date | Docket Description | CM/ECF Dkt. #[2] |
|---|---|---|
| 03/12/2020 | Supplemental Memorandum in Further Support of Motion of Discover Growth Fund, LLC for Relief from the Automatic Stay (#374-1 Declaration of John C. Kirkland in Further Support of Motion of Discover Growth Fund, LLC for Relief from the Automatic Stay.) | 374 |
| 03/12/2020 | Supplement to Debtors Opposition to Discover Growth Fund, LLC Motion for Stay Relief [sic] | 375 |
| 03/12/2020 | Supplemental Objection of the Official Committee of Unsecured Creditors to the Motion of Discover Growth Fund, LLC for Relief from the Automatic Stay. | 376 |
| 03/13/2020 | Certificate of Service of Discover Growth Fund, LLC. | 377 |
| 03/16/2020 | Certificate of Service of Immune Pharmaceuticals, Inc. | 379 |
| 03/22/2020 | Hearing Rescheduled from 3/24/2020 (related document(s): 11 Motion for Relief From Stay filed by Discover Growth Fund, LLC) Hearing scheduled for 04/01/2020 | N/A |
| 03/26/2020 | Discover Growth Fund, LLC's Letter reply to Debtors and Unsecured Creditors Committee's Supplemental Briefs on Discover Growth Fund, LLC's Motion for Relief from Stay. | 387 |
| 03/26/2020 | Reply of the Debtors and Official Committee of Unsecured Creditors to the Supplemental Brief of Discover Growth Fund, LLC to its Motion for Relief from the Automatic Stay [sic]. | 390 |
| 04/02/2020 | Order Granting Motion to Convert Case to Chapter 7 Pursuant to 11 U.S.C. § 1112(b) | 400 |
| 04/03/2020 | Notice of Appointment of Trustee-Jeffrey A. Lester appointed Chapter 7 Trustee. | 401 |
| 04/06/2020 | Transcript regarding Hearing Held 04/01/20. | 409 |
| 04/13/2020 | Certificate of Service of Discover Growth Fund, LLC. | 413 |
| 05/26/2020 | Trustee's Opposition to Motion by Discover Growth Fund, LLC for Relief from the Automatic Stay (#470-1 through #470-5 – Exhibits.) | 470 |
| 05/29/2020 | Discover Growth Fund, LLC's Letter reply to Trustee's Opposition to Discover Growth Fund, LLC's Motion for Relief from Stay | 483 |
| 05/31/2020 | Hearing Rescheduled from 6/2/2020 (related document(s): 11 Motion for Relief From Stay filed by Discover Growth Fund, LLC) Hearing scheduled for 06/16/2020 | N/A |
| 06/01/2020 | Certificate of Service of Discover Growth Fund, LLC. | 490 |
| 06/15/2020 | Hearing Rescheduled from 6/16/2020 (related document(s): 11 Motion for Relief From Stay filed by Discover Growth Fund, LLC) Hearing scheduled for 06/23/2020 | N/A |
| 06/23/2020 | Minute of Hearing Held, OUTCOME: Denied, Order to be Submitted (related document(s): 11 Motion for Relief From Stay filed by Discover Growth Fund, LLC) | N/A |

| Date | Docket Description | CM/ECF Dkt. #[2] |
|---|---|---|
| 07/06/2020 | Transcript regarding Hearing Held 06/23/20 (related document:11 Motion for Relief From Stay filed by Creditor Discover Growth Fund, LLC, 389 Motion to Expunge/Reduce/Modify/Object to Claims filed by Creditor Committee Official Committee of Unsecured Creditors). | 525 |
| 08/19/2020 | Order Denying Without Prejudice Motion of Discover Growth Fund, LLC for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d). | 545 |

Dated: September 15, 2020
Newark, New Jersey

                              **GIBBONS P.C.**

By: _____
      Dale E. Barney

*Counsel for Discover Growth Fund, LLC*