UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
RABINOWITZ, LUBETKIN & TULLY, LLC
293 Eisenhower Parkway, Suite 100
Livingston, New Jersey 07039
(973) 597-9100
Jonathan I. Rabinowitz
Barry J. Roy
Counsel to Jeffrey A. Lester, Chapter 7 Trustee

Order Filed on November 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
IMMUNE PHARMACEUTICALS INC. et al.
                                            Debtor.

Case No.: 19-13273

Chapter: 7

Judge: Papalia

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE**

(For Matters Heard During Operation of the United States Bankruptcy Court's Amended General Order Regarding Court Operations Under Exigent Circumstances Caused by Coronavirus (COVID-19)

The relief set forth on the following pages, numbered two (2) thru three (3) is hereby **ORDERED**.

**DATED: November 20, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

After review of the application of **Jeffrey A. Lester, Chapter 7 Trustee** for a reduction of time for a hearing on _Trustee's Supplemental Motion For Authorization To Include Past Patent Infringement Rights & Claims in Trustee's Pending Sale Of Substantially All Of The Debtors' Remaining Assets_ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _December 3, 2020_ at 2:30pm, in the United States Bankruptcy Court, by telephone conference call via Court Solutions, please see instructions on page 3 of this order on how to appear by phone.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Counsel for Discover Growth Fund; Top 20 Creditors; Former Officers & Directors; Eitan Erez & Martin Weisberg Esq.

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: U.S. Trustee;

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☒ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

   [X] must be filed with the Court and served on all parties in interest by electronic or overnight mail ___3___ day(s) prior to the scheduled hearing;

   [ ] may be presented orally at the hearing in the manner prescribed below.

8. For motions/applications being heard on shortened time during the time period in which the New Jersey Bankruptcy Court's Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19) is operative, any party who wishes to prosecute or oppose the motion/application, or otherwise listen in, must appear by phone, unless instructed otherwise.

   [X] Parties are directed to make arrangements to appear telephonically via Court Solutions.(https://www.court-solutions.com/ or dial 917-746-7476)

   [ ] Other:

*rev.3/23/20*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                  Case No. 19-13273-VFP

Immune Pharmaceuticals Inc.                                                                          Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 20, 2020 | Form ID: pdf903 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Immune Pharmaceuticals Inc., 1 Bridge Plaza North, Suite 270, Fort Lee, NJ 07024-7586 |
| aty | | Frumin Mizrachi Machum, Frumin & Co. Law Offices, Shmuel Hanagid I, Jerusalem, Israel |
| aty | + | Norris McLaughlin, P.A, 400 Crossing Boulevard, 8th Floor, PO BOX 5933, Bridgewater, NJ 08807-5933 |
| aty | | Shir Frumin, Frumin & Co. Law Offices, Shmuel Hanagid 1, Jerusalem Israel |
| aty | | Tadmor Levy & Co, Tadmor Levy & Co, Azrieli Center The Square Tower, 132 Begin Road, Tel Aviv 6701101, Israel |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2020                                Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2020 at the address(es) listed below:

**Name**                                **Email Address**

Allen J. Underwood, II
    on behalf of Creditor FIRST Insurance Funding  a Division of Lake Forest Bank & Trust Company, N.A. ajunderwood@beckermeisel.com, ajunderwood@ecf.courtdrive.com;mambrose@becker.legal

Allison J. Arotsky
    on behalf of Other Prof. Armory Securities  LLC aarotsky@moritthock.com

Barbara Lanza Farley
    on behalf of Attorney SATT PACA CORSE blfpclaw@gmail.com

Case 19-13273-VFP    Doc 589    Filed 11/22/20    Entered 11/23/20 00:24:11    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 20, 2020 | Form ID: pdf903 | Total Noticed: 5 |

| | |
|---|---|
| Barry J. Roy | on behalf of Plaintiff Jeffrey A Lester broy@rltlawfirm.com |
| Barry J. Roy | on behalf of Trustee Jeffrey Lester broy@rltlawfirm.com |
| Benjamin Teich | on behalf of U.S. Trustee U.S. Trustee Benjamin.Teich@usdoj.gov |
| Catherine L. Corey | on behalf of Debtor Immune Pharmaceuticals Inc. clcorey@nmmlaw.com |
| Catherine L. Corey | on behalf of Debtor Immune Pharmaceuticals Ltd. clcorey@nmmlaw.com |
| Dale E. Barney | on behalf of Defendant Discover Growth Fund LLC dbarney@gibbonslaw.com |
| Dale E. Barney | on behalf of Creditor Discover Growth Fund LLC dbarney@gibbonslaw.com |
| Jeffrey Lester | jlester@bllaw.com NJ19@ecfcbis.com |
| Jeffrey Lester | on behalf of Trustee Jeffrey Lester jlester@bllaw.com NJ19@ecfcbis.com |
| Jeffrey D. Prol | on behalf of Attorney Lowenstein Sandler LLP jprol@lowenstein.com jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com |
| Jeffrey Thomas Testa | on behalf of Interested Party Ayrton Capital LLC jtesta@mccarter.com, lrestivo@mccarter.com |
| John E. Jureller, Jr. | on behalf of Interested Party Jeffrey Paley jjureller@klestadt.com |
| John E. Jureller, Jr. | on behalf of Interested Party John Neczesny jjureller@klestadt.com |
| John E. Jureller, Jr. | on behalf of Interested Party Daniel Teper jjureller@klestadt.com |
| John E. Jureller, Jr. | on behalf of Interested Party Daniel Kazado jjureller@klestadt.com |
| John E. Jureller, Jr. | on behalf of Interested Party Anthony Fiorino jjureller@klestadt.com |
| John S. Mairo | on behalf of Creditor Committee Official Committee of Unsecured Creditors jsmairo@pbnlaw.com pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;NVFuentes@pbnlaw.com;cpmazza@pbnlaw.com |
| John S. Mairo | on behalf of Attorney Porzio Bromberg & Newman, P.C. jsmairo@pbnlaw.com, pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;NVFuentes@pbnlaw.com;cpmazza@pbnlaw.com |
| John S. Mairo | on behalf of Debtor Immune Pharmaceuticals Inc. jsmairo@pbnlaw.com pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;NVFuentes@pbnlaw.com;cpmazza@pbnlaw.com |
| Jonathan I. Rabinowitz | on behalf of Trustee Jeffrey Lester jrabinowitz@rltlawfirm.com jcoleman@rltlawfirm.com |
| Jonathan I. Rabinowitz | on behalf of Plaintiff Jeffrey Lester Chapter 7 Trustee jrabinowitz@rltlawfirm.com, jcoleman@rltlawfirm.com |
| Jonathan I. Rabinowitz | on behalf of Plaintiff Jeffrey A Lester jrabinowitz@rltlawfirm.com jcoleman@rltlawfirm.com |
| Joseph L. Schwartz | on behalf of Creditor Meda Pharma SARL jschwartz@riker.com |
| Joseph L. Schwartz | on behalf of Creditor Committee Official Committee of Unsecured Creditors jschwartz@riker.com |
| Joseph L. Schwartz | on behalf of Creditor Meda AB jschwartz@riker.com |
| Kelly D. Curtin | on behalf of Creditor Committee Official Committee of Unsecured Creditors kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;NVFuentes@pbnlaw.com;cpmazza@pbnlaw.com |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 20, 2020 | Form ID: pdf903 | Total Noticed: 5 |

Kenneth S. Leonetti
    on behalf of Creditor Alexion Pharma International Operations Unlimited Company KSL@foleyhoag.com abauer@foleyhoag.com

Lauren Kiss
    on behalf of Interested Party Daniel Kazado lkiss@klestadt.com

Lauren Kiss
    on behalf of Interested Party Anthony Fiorino lkiss@klestadt.com

Lauren Kiss
    on behalf of Interested Party Jeffrey Paley lkiss@klestadt.com

Lauren Kiss
    on behalf of Interested Party John Neczesny lkiss@klestadt.com

Lauren Kiss
    on behalf of Interested Party Daniel Teper lkiss@klestadt.com

Melissa A. Pena
    on behalf of Debtor Immune Pharmaceuticals Inc. mapena@norris-law.com pfreda@nmmlaw.com

Melissa A. Pena
    on behalf of Debtor Immune Pharmaceuticals Ltd. mapena@norris-law.com, pfreda@nmmlaw.com

Morris S. Bauer
    on behalf of Debtor Maxim Pharmaceuticals Inc. msbauer@nmmlaw.com, rjacome@norris-law.com,relikens@nmmlaw.com,ddewey@norris-law.com

Morris S. Bauer
    on behalf of Debtor Immune Oncology Pharmaceuticals Inc. msbauer@nmmlaw.com, rjacome@norris-law.com,relikens@nmmlaw.com,ddewey@norris-law.com

Morris S. Bauer
    on behalf of Debtor Immune Pharmaceuticals Ltd. msbauer@nmmlaw.com, rjacome@norris-law.com,relikens@nmmlaw.com,ddewey@norris-law.com

Morris S. Bauer
    on behalf of Debtor Immune Pharmaceuticals Inc. msbauer@nmmlaw.com rjacome@norris-law.com,relikens@nmmlaw.com,ddewey@norris-law.com

Morris S. Bauer
    on behalf of Debtor Immune Pharmaceuticals USA Corporation msbauer@nmmlaw.com rjacome@norris-law.com,relikens@nmmlaw.com,ddewey@norris-law.com

Morris S. Bauer
    on behalf of Debtor Cytovia Inc. msbauer@nmmlaw.com, rjacome@norris-law.com,relikens@nmmlaw.com,ddewey@norris-law.com

Morris S. Bauer
    on behalf of Other Prof. Armory Securities LLC msbauer@nmmlaw.com, rjacome@norris-law.com,relikens@nmmlaw.com,ddewey@norris-law.com

Patricia A. Staiano
    on behalf of Mediator Patricia Staiano pstaiano@hlgslaw.com pstaiano@hlgslaw.com

Robert M. Schechter
    on behalf of Creditor Committee Official Committee of Unsecured Creditors rmschechter@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;nvfuentes@pbnlaw.com

Sally E. Veghte
    on behalf of Creditor Alpha Capital AG sveghte@klehr.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 48