| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**RABINOWITZ, LUBETKIN & TULLY, LLC**<br>293 Eisenhower Parkway, Suite 100<br>Livingston, New Jersey NJ 07039<br>(973) 597-9100<br>Jonathan I. Rabinowitz<br>Barry J. Roy<br>*Counsel for Jeffrey A. Lester, Chapter 7 Trustee* | Order Filed on November 24, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>IMMUNE PHARMACEUTICALS, INC., et al.,<br><br>                  Debtors. | Case No. 19-13273 (VFP)<br><br>Chapter 7<br><br>Jointly Administered |

**ORDER FURTHER EXTENDING CHAPTER 7 TRUSTEE'S
TIME TO ASSUME OR REJECT EXECUTORY CONTRACTS**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 24, 2020**

                                                         **Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**THIS MATTER** having been opened to the Court upon the motion (the "Motion") of Jeffrey A. Lester, Chapter 7 Trustee (the "Trustee") for Immune Pharmaceuticals, Inc. ("Immune Inc."), Immune Pharmaceuticals, Ltd. ("Immune Ltd."), Cytovia, Inc. ("Cytovia"), Immune Oncology Pharmaceuticals, Inc. ("Oncology"), Maxim Pharmaceuticals, Inc. ("Maxim"), and Immune Pharmaceuticals USA Corp. (collectively, the "Debtors"), pursuant to 11 U.S.C. § 365(d)(1), for an order further extending the Trustee's time to assume or reject certain executory contracts; due notice hereof having been given to (a) the Office of the United States Trustee for this District; (b) creditors holding the 20 largest unsecured claims against the Debtor; (c) those persons or entities who have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure; and (d) the various counter-parties to the Debtors' executory contracts, if any (collectively, the "Notice Parties"); this Court having considered the Motion and any opposition thereto and having heard argument of counsel and for good cause appearing therefore;

**IT IS ORDERED** that:

1. The Motion is hereby approved;

2. The Trustee's time to assume or reject executory contracts shall be extended to and expire as of December 28, 2020; and

3. The Trustee shall serve this Order upon the Notice Parties, at the address listed in the Debtor's schedules, or such other address as the Trustee shall ascertain, by first class mail, postage prepaid, within seven (7) business days after the date of this Order.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-13273-VFP

Immune Pharmaceuticals Inc.  Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 24, 2020 | Form ID: pdf903 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Immune Pharmaceuticals Inc., 1 Bridge Plaza North, Suite 270, Fort Lee, NJ 07024-7586 |
| aty | | Frumin Mizrachi Machum, Frumin & Co. Law Offices, Shmuel Hanagid I, Jerusalem, Israel |
| aty | + | Norris McLaughlin, P.A, 400 Crossing Boulevard, 8th Floor, PO BOX 5933, Bridgewater, NJ 08807-5933 |
| aty | | Shir Frumin, Frumin & Co. Law Offices, Shmuel Hanagid 1, Jerusalem Israel |
| aty | | Tadmor Levy & Co, Tadmor Levy & Co, Azrieli Center The Square Tower, 132 Begin Road, Tel Aviv 6701101, Israel |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allen J. Underwood, II | on behalf of Creditor FIRST Insurance Funding a Division of Lake Forest Bank & Trust Company, N.A. ajunderwood@beckermeisel.com, ajunderwood@ecf.courtdrive.com;mambrose@becker.legal |
| Allison J. Arotsky | on behalf of Other Prof. Armory Securities LLC aarotsky@moritthock.com |
| Barbara Lanza Farley | on behalf of Attorney SATT PACA CORSE blfpclaw@gmail.com |

Case 19-13273-VFP    Doc 592    Filed 11/26/20    Entered 11/27/20 00:17:00    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 24, 2020 | Form ID: pdf903 | Total Noticed: 5 |

Barry J. Roy
    on behalf of Plaintiff Jeffrey A Lester broy@rltlawfirm.com

Barry J. Roy
    on behalf of Trustee Jeffrey Lester broy@rltlawfirm.com

Benjamin Teich
    on behalf of U.S. Trustee U.S. Trustee Benjamin.Teich@usdoj.gov

Catherine L. Corey
    on behalf of Debtor Immune Pharmaceuticals Inc. clcorey@nmmlaw.com

Catherine L. Corey
    on behalf of Debtor Immune Pharmaceuticals Ltd. clcorey@nmmlaw.com

Dale E. Barney
    on behalf of Defendant Discover Growth Fund LLC dbarney@gibbonslaw.com

Dale E. Barney
    on behalf of Creditor Discover Growth Fund LLC dbarney@gibbonslaw.com

Jeffrey Lester
    jlester@bllaw.com NJ19@ecfcbis.com

Jeffrey Lester
    on behalf of Trustee Jeffrey Lester jlester@bllaw.com NJ19@ecfcbis.com

Jeffrey D. Prol
    on behalf of Attorney Lowenstein Sandler LLP jprol@lowenstein.com
    jkramer@lowenstein.com;dclaussen@lowenstein.com;lowenstein@ecfalerts.com;bnathan@lowenstein.com

Jeffrey Thomas Testa
    on behalf of Interested Party Ayrton Capital LLC jtesta@mccarter.com, lrestivo@mccarter.com

John E. Jureller, Jr.
    on behalf of Interested Party Jeffrey Paley jjureller@klestadt.com

John E. Jureller, Jr.
    on behalf of Interested Party John Neczesny jjureller@klestadt.com

John E. Jureller, Jr.
    on behalf of Interested Party Daniel Teper jjureller@klestadt.com

John E. Jureller, Jr.
    on behalf of Interested Party Daniel Kazado jjureller@klestadt.com

John E. Jureller, Jr.
    on behalf of Interested Party Anthony Fiorino jjureller@klestadt.com

John S. Mairo
    on behalf of Creditor Committee Official Committee of Unsecured Creditors jsmairo@pbnlaw.com
    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;NVFuentes@pbnlaw.com;cpmazza@pbnlaw.com

John S. Mairo
    on behalf of Attorney Porzio Bromberg & Newman, P.C. jsmairo@pbnlaw.com,
    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;NVFuentes@pbnlaw.com;cpmazza@pbnlaw.com

John S. Mairo
    on behalf of Debtor Immune Pharmaceuticals Inc. jsmairo@pbnlaw.com
    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;NVFuentes@pbnlaw.com;cpmazza@pbnlaw.com

Jonathan I. Rabinowitz
    on behalf of Trustee Jeffrey Lester jrabinowitz@rltlawfirm.com jcoleman@rltlawfirm.com

Jonathan I. Rabinowitz
    on behalf of Plaintiff Jeffrey Lester Chapter 7 Trustee jrabinowitz@rltlawfirm.com, jcoleman@rltlawfirm.com

Jonathan I. Rabinowitz
    on behalf of Plaintiff Jeffrey A Lester jrabinowitz@rltlawfirm.com jcoleman@rltlawfirm.com

Joseph L. Schwartz
    on behalf of Creditor Meda Pharma SARL jschwartz@riker.com

Joseph L. Schwartz
    on behalf of Creditor Committee Official Committee of Unsecured Creditors jschwartz@riker.com

Joseph L. Schwartz
    on behalf of Creditor Meda AB jschwartz@riker.com

Kelly D. Curtin
    on behalf of Creditor Committee Official Committee of Unsecured Creditors kdcurtin@pbnlaw.com
    mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;NVFuentes@pbnlaw.com;cpmazza@pbnlaw.com

Case 19-13273-VFP    Doc 592    Filed 11/26/20    Entered 11/27/20 00:17:00    Desc
Imaged Certificate of Notice    Page 5 of 5

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 24, 2020 | Form ID: pdf903 | Total Noticed: 5 |

| | |
|---|---|
| Kenneth S. Leonetti | on behalf of Creditor Alexion Pharma International Operations Unlimited Company KSL@foleyhoag.com abauer@foleyhoag.com |
| Lauren Kiss | on behalf of Interested Party Daniel Kazado lkiss@klestadt.com |
| Lauren Kiss | on behalf of Interested Party Anthony Fiorino lkiss@klestadt.com |
| Lauren Kiss | on behalf of Interested Party Jeffrey Paley lkiss@klestadt.com |
| Lauren Kiss | on behalf of Interested Party John Neczesny lkiss@klestadt.com |
| Lauren Kiss | on behalf of Interested Party Daniel Teper lkiss@klestadt.com |
| Melissa A. Pena | on behalf of Debtor Immune Pharmaceuticals Inc. mapena@norris-law.com pfreda@nmmlaw.com |
| Melissa A. Pena | on behalf of Debtor Immune Pharmaceuticals  Ltd. mapena@norris-law.com, pfreda@nmmlaw.com |
| Morris S. Bauer | on behalf of Debtor Maxim Pharmaceuticals  Inc. msbauer@nmmlaw.com, rjacome@norris-law.com,relikens@nmmlaw.com,ddewey@norris-law.com |
| Morris S. Bauer | on behalf of Debtor Immune Oncology Pharmaceuticals  Inc. msbauer@nmmlaw.com, rjacome@norris-law.com,relikens@nmmlaw.com,ddewey@norris-law.com |
| Morris S. Bauer | on behalf of Debtor Immune Pharmaceuticals  Ltd. msbauer@nmmlaw.com, rjacome@norris-law.com,relikens@nmmlaw.com,ddewey@norris-law.com |
| Morris S. Bauer | on behalf of Debtor Immune Pharmaceuticals Inc. msbauer@nmmlaw.com rjacome@norris-law.com,relikens@nmmlaw.com,ddewey@norris-law.com |
| Morris S. Bauer | on behalf of Debtor Immune Pharmaceuticals USA Corporation msbauer@nmmlaw.com rjacome@norris-law.com,relikens@nmmlaw.com,ddewey@norris-law.com |
| Morris S. Bauer | on behalf of Debtor Cytovia  Inc. msbauer@nmmlaw.com, rjacome@norris-law.com,relikens@nmmlaw.com,ddewey@norris-law.com |
| Morris S. Bauer | on behalf of Other Prof. Armory Securities  LLC msbauer@nmmlaw.com, rjacome@norris-law.com,relikens@nmmlaw.com,ddewey@norris-law.com |
| Patricia A. Staiano | on behalf of Mediator Patricia Staiano pstaiano@hlgslaw.com  pstaiano@hlgslaw.com |
| Robert M. Schechter | on behalf of Creditor Committee Official Committee of Unsecured Creditors rmschechter@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;nvfuentes@pbnlaw.com |
| Sally E. Veghte | on behalf of Creditor Alpha Capital  AG sveghte@klehr.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 48