**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(973) 597-9100
Jonathan I. Rabinowitz
Barry J. Roy
*Attorneys for Jeffrey A. Lester, Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>IMMUNE PHARMACEUTICALS, INC., et al.<br><br>Debtors. | Case No. 19-13272 (VFP)<br><br>Jointly Administered<br><br>Chapter 7 |

**STIPULATION EXTENDING STATUTE OF LIMITATIONS**

**WHEREAS**, Jeffrey A. Lester, chapter 7 trustee (the "Trustee") for the bankruptcy estate of Immune Pharmaceuticals, Inc. and its affiliated debtors (collectively, the "Debtor"), has issued a demand for the return of payments from the Debtor to Wuxi Biologics (Hong Kong) Ltd. ("Wuxi") which the Trustee believes to be avoidable pursuant to 11 U.S.C. §§ 547 and 550,

**WHEREAS** Wuxi is in the process of locating the necessary records in order to analyze the Trustee's allegations as well as any defenses Wuxi may have;

**WHEREAS** the Trustee is pursuing settlement of this claim with Wuxi; and

**WHEREAS** the statute of limitations for the Trustee to file an avoidance action against is April 2, 2021; and

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the Trustee and the attorneys for Wuxi that the statute of limitations deadline for the Trustee to file an avoidance action against Wuxi is hereby extended to May 2, 2021.

4819-4133-5519 v.2

| | |
|---|---|
| **RABINOWITZ, LUBETKIN & TULLY, LLC** <br> *Attorneys for Jeffrey A. Lester, Chapter 7 Trustee* | **HAYNES BOONE** <br> *Attorneys for Wuxi Biologics (Hong Kong) Ltd.* |
| By: _____ <br>         BARRY J. ROY <br><br> Dated: March 2, 2021 | _____ <br> Kourtney P. Lyda <br><br> Dated: March 2, 2021 |

F:\Client_Files\A-M\Immune Pharmaceuticals\Preferences\Wuxi\Stipulation Extending SOL.wuxi.doc

4819-4133-5519 v.2

2