DeAngelo Wilson
6090 Lewis Ave.
Long Beach, Ca. 90805
832.205.7855

May 15, 2021

Martin Luther King Jr, Federal Building
50 Walnut Street, Third Floor
Newark, New Jersey 07102

To whom it may concern

I have received many correspondences regards to this chapter 7 filling. I have contacted Morris S. Bauer P.A., with enquiries about this filling and how it affects me being a holder of stock in the company as it has filed chapter 7. Morris S. Bauer has stated and leads me to believe that I am not entitled to any settlements/compensations. Is this a true statement?

Please advise,

Sincerely,
DeAngelo Wilson

C.C. Berry J. Roy, Rabinowitz & Tally LLC.
    Eisenhower Parkway, Suite 100
    Livingston, New Jersey. 07039

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                         Case No.:      19-13273 (VFP)

Immune Pharmaceuticals, Inc.                                  Chapter:       7

                                               Judge:         Papalia

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Jeffrey A. Lester, Chapter 7 Trustee (the "Trustee"), in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

**Address of the Clerk:**  Martin Luther King, Jr. Federal Building
50 Walnut Street, Third Floor
Newark, New Jersey 07102

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on June 8, 2021 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 3B, (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

**Nature of action:** The Trustee filed an adversary proceeding against CPA Global Ltd. ("CPA") on March 16, 2021 (the "Adversary Proceeding"), Adv. Pro. No. 21-01205, alleging that it had received $33,450.19 in preferential transfers during the 90 days preceding the filing of the Debtor's voluntary bankruptcy, which was disputed by CPA who asserted a variety of defenses, including, but not limited to, such transfers were made in the ordinary course of business and that subsequent new value was provided.

**Pertinent terms of settlement:** CPA shall shall pay the Trustee $10,000 in settlement of the Trustee's avoidance claims. The Trustee believes that such settlement is in the best interest of the estate and prevents the estate, based upon the potential defenses available to CPA, and the costs and risks of litigation, from incurring additional fees and expenses and further avoids problems with collecting any potential judgment.

SAT-62704 0312-2 pdf905 19-13273
Morris S. Bauer
400 Crossing Boulevard
8th Floor
Bridgewater, NJ 08807

024153

024153  24153 1 MB 0.447  90805  3 9  9317-1-24153

Deangelo Wilson
6090 Lewis Ave
Long Beach, CA 90805-3056

024153      62704024177028

DeAngelo Wilson
6090 Lewis Ave
Long Beach, Ca. 90805

LOS ANGELES CA 900
17 MAY 2021 PM 8 L

XRAYED

Martin Luther King Jr. Federal Building
50 Walnut Street, Third Floor
Newark, New Jersey 07102

07102-365903

