# RABINOWITZ, LUBETKIN & TULLY, L.L.C.

ATTORNEYS AT LAW

JONATHAN I. RABINOWITZ*
JAY L. LUBETKIN ∆
MARY ELLEN TULLY, RETIRED
BARRY J. ROY*□
JEFFREY A. COOPER*
HENRY M. KARWOWSKI*
LAURA E. QUINN*
JOHN J. HARMON*

293 EISENHOWER PARKWAY • SUITE 100
LIVINGSTON, NEW JERSEY 07039
TELEPHONE: (973) 597-9100
FACSIMILE: (973) 597-9119
WWW.RLTLAWFIRM.COM

* MEMBER NJ & NY BARS
∆ MEMBER NJ & GA BARS
□ MEMBER MA BAR

June 17, 2021

**Via ECF and Regular Mail**

Jean Rose and Robin Haspiel
457 N.E. 2nd Street
Williston, Florida 32696

Re:   Immune Pharmaceuticals Inc., et al.
      Case No. 19-13273 (VFP)

Dear Mr. and Ms. Haspiel:

This office represents Jeffery A. Lester, Chapter 7 Trustee (the "Trustee") in the above matters. Please accept this letter in response to your correspondence of June 8, 2021. In connection with that correspondence, be advised that the notices you have been receiving address only settlements that the Trustee has recently entered into with specific creditors. You are receiving these notices because the Debtors likely identified you as creditors and/or holders of equity at the inception of the bankruptcy cases. These notices do not address claims that you may have, if any.

Please also note that the Trustee does not anticipate any distribution to equity holders in these matters.

Sincerely yours,

RABINOWITZ, LUBETKIN & TULLY, LLC

Barry J. Roy

BJR:jc
cc:  Jonathan I. Rabinowitz, Esq.
     Jeffrey A. Lester, Chapter 7 trustee