UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Dale E. Barney
GIBBONS P.C.
One Gateway Center
Newark NJ 07102
Telephone: 973 596 4500
Facsimile: 973 596 0545
Email: dbarney@gibbonslaw.com
Counsel for Discover Growth Fund, LLC

In Re:

IMMUNE PHARMACEUTICALS, INC., et al.,

Debtors.

Case No.: 19-13273 (VFP)

Adv. Pro. No.: _____

Chapter: 7

Hearing Date: July 20, 2021

Judge: Vincent F. Papalia

## ADJOURNMENT REQUEST

1. I, __Dale E. Barney__,

   ☒ am the attorney for: __Discover Growth Fund, LLC__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion for Order Authorizing Braverman & Lester to Make Credit Card Payments

   Current hearing date and time: July 20, 2021 @ 10:00 a.m.

   New date requested: August 10, 2021

   Reason for adjournment request: Parties have reached a global settlement in principle subject to final documentation and Court approval.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: July 13, 2021                              s/Dale E. Barney
                                                 Signature

**COURT USE ONLY:**

The request for adjournment is:

☐ Granted            New hearing date: _____            ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2