UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

GIBBONS P.C.
Dale E. Barney
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: dbarney@gibbonslaw.com
Counsel for Discover Growth Fund, LLC

In Re:

In re:
IMMUNE PHARMACEUTICALS, INC., et al.,
Debtor.

Case No.: 19-13273 (VFP)

Adv. Pro. No.: _____

Chapter: 7

Hearing Date: 8/10/2021

Judge: Judge Papalia

## ADJOURNMENT REQUEST

1. I, __Dale E. Barney__,

   ☒ am the attorney for: __Discover Growth Fund, LLC__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion for Order Authorizing Braveman & Lester to Make Credit Card Payments

   Current hearing date and time: August 10, 2021 @ 10:00 a.m.

   New date requested: August 26, 2021

   Reason for adjournment request: Parties have reached a global settlement in principle subject to final documentation and court approval.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: August 3, 2021                             s/Dale E. Barney
                                                  Signature

**COURT USE ONLY:**

The request for adjournment is:

☒  Granted            New hearing date: August 26, 2021 @ 10:00am        ☐ Peremptory

☐  Granted over objection(s)    New hearing date: _____        ☐ Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*