| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**RABINOWITZ, LUBETKIN & TULLY, LLC**<br>293 Eisenhower Parkway, Suite 100<br>Livingston, New Jersey NJ 07039<br>(973) 597-9100<br>Jonathan I. Rabinowitz<br>Barry J. Roy<br>*Counsel for Jeffrey A. Lester, Chapter 7 Trustee* |

Order Filed on August 30, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In re:<br><br>IMMUNE PHARMACEUTICALS, INC., et al.,<br><br>                    Debtors. | Case No. 19-13273 (VFP)<br><br>Chapter 7<br><br>Jointly Administered |
|---|---|

### ORDER AUTHORIZING BRAVERMAN & LESTER TO MAKE
### MONTHLY CREDIT CARD PAYMENTS FOR E-DISCOVERY SERVICES

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 30, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**THIS MATTER** having been opened to the Court upon the motion (the "Motion") of Jeffrey A. Lester, Chapter 7 Trustee (the "Trustee") for the bankruptcy estates of Immune Pharmaceuticals, Inc. ("Immune") and related debtors, for an order authorizing Braverman & Lester, the law firm of which the Trustee is a member, to make monthly credit card payments for E-Discovery Services and be reimbursed for same; due notice hereof having been given to (a) the Office of the United States Trustee for this District; (b) Discover Growth Fund, LLC; (c) those persons or entities who have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure; and this Court having considered the Motion and any opposition thereto and having heard argument of counsel and for good cause appearing therefore;

**IT IS ORDERED** that:

1. The Motion is hereby approved; and

2. Braverman & Lester is authorized to make monthly credit card payments to Goldfynch for E-Discovery Services and be reimbursed for same.