# RABINOWITZ, LUBETKIN & TULLY, L.L.C.

ATTORNEYS AT LAW

JONATHAN I. RABINOWITZ*
JAY L. LUBETKIN ∆
MARY ELLEN TULLY, RETIRED
BARRY J. ROY*□
JEFFREY A. COOPER*
HENRY M. KARWOWSKI*
LAURA E. QUINN*
JOHN J. HARMON*

293 EISENHOWER PARKWAY • SUITE 100
LIVINGSTON, NEW JERSEY 07039
TELEPHONE: (973) 597-9100
FACSIMILE: (973) 597-9119
WWW.RLTLAWFIRM.COM

* MEMBER NJ & NY BARS
∆ MEMBER NJ & GA BARS
□ MEMBER MA BAR

September 14, 2021

<u>Via ECF and E-mail</u>

All ECF Parties

Re:   Immune Pharmaceuticals, Inc., et al.
      **Docket No. 19-13273**

Dear Sir/Madam:

In reference to the above-captioned matter, please be advised that the hearing date for the Fee Applications listed below has been rescheduled to <u>**November 30 21, 2021 at 2:00 p.m.**</u>:

1. Dkt. No. 380- - Norris McLaughlin – Interim Fee App;
2. Dkt. No. 454 – Norris McLaughlin – Final Fee App;
3. Dkt. No. 381 – Lowenstein – Interim Fee App;
4. Dkt. No. 382 – Porzio Bromberg – Interim Fee App;
5. Dkt. No. 456 – Porzio Bromberg – Final Fee App;
6. Dkt. No. 383 – Teneo Capital – Interim Fee App;
7. Dkt. No. 457 – Teneo Capital – Final Fee App;
8. Dkt. No. 394 – Amory Securities – Interim Fee App; and
9. Dkt. No. 455 – Tadmor – Final Fee App.

Please adjust your calendars accordingly.

Very truly yours,

RABINOWITZ, LUBETKIN & TULLY, LLC

Barry J. Roy

BJR:jc
Cc:   Jonathan I. Rabinowitz, Esq.