**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, N.J. 07039
(973) 597-9100
Jonathan I. Rabinowitz
Henry M. Karwowski
jrabinowitz@rltlawfirm.com
Attorneys for Jeffrey A. Lester, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 19-13273 (VFP) |
| IMMUNE PHARMACEUTICALS INC., *et al.*, | Chapter 7 |
| | Jointly Administered |
| Debtors. | Hearing Date: Dec. 7, 2021 at 10:00 AM |

**CERTIFICATION OF JONATHAN I. RABINOWITZ IN SUPPORT OF MOTION FOR APPROVAL OF SETTLEMENT AND MUTUAL RELEASE AGREEMENT**

Jonathan I. Rabinowitz hereby certifies as follows:

1. I am a member of the law firm of Rabinowitz, Lubetkin & Tully, LLC, which serves as counsel for Jeffrey A. Lester, the Chapter 7 Trustee for the bankruptcy estates of Immune Pharmaceuticals Inc. and its subsidiaries. As such, I am fully familiar with the matters set forth herein.

2. On November 9, 2021, the Trustee filed a Motion for Approval of Settlement and Mutual Release Agreement with Discover Growth Fund, LLC; certain former directors and officers of the Debtor; and Argonaut Insurance Company (the "Insurer").

3. Annexed as Exhibit A to the Trustee's Certification in support of the Motion is a copy of the Agreement, which at that time was executed by all parties except for Argonaut.

    4.    Argonaut has since executed the Agreement. Annexed hereto as Exhibit A is a copy of a conformed signature page.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false I am subject to punishment.

By:   /s/ Jonathan I. Rabinowitz
       JONATHAN I. RABINOWITZ

Dated: November 16, 2021

# EXHIBIT A

THE INSURER:

Dated:                                              ARGONAUT INSURANCE COMPANY


BY: _____/s/ Patrick McGinley_____
NAME: ___Patrick McGinley_____
TITLE: _____Vice President Claims_____