|  |  |
|---|---|
| The Honorable: | Vincent F. Papalia |
|  | Chapter 7 |
| Location: | Courtroom B |
| Hearing Date: | 08/12/2025 |
| Hearing Time: | 02:00 p.m. |
| Response Date: | 08/05/2025 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Newark DIVISION**

In re: IMMUNE PHARMACEUTICALS INC.    §    Case No. 19-13273 VFP
§
§
§
Debtor(s)

# NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>Jeffrey A. Lester</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

US Bankruptcy Court, District of New Jersey
50 Walnut Street
Newark, NJ 07101-1352

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 7 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

July 8, 2025: <u>07/08/2025</u>                    By: /s/ Jeffrey A. Lester
                                                                    Trustee

Jeffrey A. Lester
Braverman & Lester
3 University Plaza, Suite 207
Hackensack, NJ 07601
(201) 487-5544
jlester@bllaw.com

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| The Honorable: | Vincent F. Papalia |
|  | Chapter 7 |
| Location: | Courtroom B |
| Hearing Date: | 08/12/2025 |
| Hearing Time: | 02:00 p.m. |
| Response Date: | 08/05/2025 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## Newark DIVISION

In re: IMMUNE PHARMACEUTICALS INC.  §  Case No. 19-13273 VFP
§
§
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of :* | $ 7,452,326.95 |
| *and approved disbursements of:* | $ 5,722,484.70 |
| *leaving a balance on hand of[1]:* | $ 1,729,842.25 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 37 -4 | Discover Growth Fund LLC | 14,848,569.00 | 4,000,000.00 | 4,000,000.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 1,729,842.25 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Jeffrey A. Lester | 246,819.81 | 0.00 | 246,819.81 |
| Trustee, Expenses - Jeffrey A. Lester | 254.59 | 0.00 | 254.59 |
| Fees, United States Trustee | 2,282.58 | 0.00 | 2,282.58 |
| Bond Payments - BRAVERMAN & LESTER | 1,280.75 | 1,280.75 | 0.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Bond Payments - Braverman & Lester | 1,680.24 | 1,680.24 | 0.00 |
| Costs to Secure/Maintain Property - Braverman & Lester | 16,351.30 | 16,351.30 | 0.00 |
| Costs to Secure/Maintain Property - C. Marino, Inc. | 0.00 | 0.00 | 0.00 |
| Costs to Secure/Maintain Property - C. Marino, Inc. | 1,441.50 | 1,441.50 | 0.00 |
| Costs to Secure/Maintain Property - Hill Archive | 722.38 | 722.38 | 0.00 |
| Other State or Local Taxes (post-petition) - State of New Jersey | 2,069.00 | 0.00 | 2,069.00 |
| Other State or Local Taxes (post-petition) - New York State Corporation Tax | 0.00 | 0.00 | 0.00 |
| Other State or Local Taxes (post-petition) - Israel Revenue Department | 32,223.81 | 32,223.81 | 0.00 |
| Other Chapter 7 Administrative Expenses - Eitan Eretz, Esq. | 400.00 | 400.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Braverman & Lester | 0.00 | 0.00 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Tadmor Levy & Co. | 99,660.60 | 74,745.45 | 24,915.15 |
| Attorney for Trustee Fees (Other Firm) - Rabinowitz, Lubetkin & Tully | 1,702,685.40 | 850,355.62 | 852,329.78 |
| Attorney for Trustee Expenses (Other Firm) - Tadmor Levy & Co. | 418.09 | 313.57 | 104.52 |
| Attorney for Trustee Expenses (Other Firm) - Rabinowitz, Lubetkin & Tully | 36,733.74 | 19,063.46 | 17,670.28 |
| Accountant for Trustee Fees (Other Firm) - Bederson LLP | 169,034.25 | 78,915.19 | 90,119.06 |
| Accountant for Trustee Expenses (Other Firm) - Bederson LLP | 1,409.96 | 603.71 | 806.25 |
| Arbitrator/Mediator for Trustee Fees - Tannebaum, Helpern, Syracuse & Hirschtritt, LLP | 7,500.00 | 7,500.00 | 0.00 |

Total to be paid for chapter 7 administrative expenses:     $    1,237,371.02
Remaining balance:     $      492,471.23

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Attorney for D-I-P Fees (Chapter 11) - Norris McLaughlin | 796,466.50 | 174,086.68 | 130,199.25 |
| Attorney for D-I-P Fees (Chapter 11) - Porzio, Bromberg & Newman, P.C. (ADMINISTRATIVE) | 0.00 | 0.00 | 0.00 |
| Special Counsel Fees (Chapter 11) - Gornitsky & Co. | 129,310.00 | 28,265.29 | 21,136.93 |
| Special Counsel Fees (Chapter 11) - Lowenstein Sandler, LLP | 0.00 | 0.00 | 0.00 |
| Special Counsel Fees (Chapter 11) - Tadmor Levy & Co. | 236,430.68 | 51,678.65 | 38,648.48 |
| Attorney for D-I-P Expenses (Chapter 11) - Norris McLaughlin | 43,131.28 | 9,427.20 | 7,050.88 |
| Special Counsel Expenses (Chapter 11) - Tadmor Levy & Co. | 1,322.61 | 289.09 | 216.22 |
| Special Counsel Expenses (Chapter 11) - Lowenstein Sandler, LLP | 0.00 | 0.00 | 0.00 |
| Special Counsel Expenses (Chapter 11) - Gornitzky & Co. | 25,677.56 | 5,612.34 | 4,197.64 |
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm) - Gornitzky & Co. (ADMINISTRATIVE) | 0.00 | 0.00 | 0.00 |
| Other Prior Chapter Professional's Fees - Armory Securities | 533,061.18 | 91,490.14 | 112,163.14 |
| Other Prior Chapter Professional's Fees - Teneo Capital LLC (ADMINISTRATIVE) | 0.00 | 0.00 | 0.00 |
| Accountant for Creditor's Committee Fees (Chapter 11) - Porzio, Bromberg & Newman, PC | 987,263.75 | 215,790.23 | 161,388.81 |
| Financial Consultant Fees (Chapter 11) - Teneo Capital | 97,962.50 | 21,412.66 | 16,013.41 |
| Attorney for Creditor Expenses (Chapter 11) - Porzio, Bromberg & Newman, PC | 6,876.84 | 1,503.07 | 1,124.19 |
| Financial Consultant Expenses (Chapter 11) - Teneo Capital | 272.25 | 59.67 | 44.34 |
| Other Prior Chapter Administrative Expenses - Armory Securities | 1,761.37 | 384.98 | 287.94 |

Total to be paid for prior chapter administrative expenses:   $   492,471.23
Remaining balance:   $   0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $166,263.83 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2P | Internal Revenue Service | 817.95 | 0.00 | 0.00 |
| 4P | New York State Dept. of | 25,063.17 | 0.00 | 0.00 |
| 49 | State of New Jersey | 21,500.00 | 0.00 | 0.00 |
| 157 | NYC Dept Finance | 118,882.71 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $30,398,189.72 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | TDR Services, LLC | 152,309.01 | 0.00 | 0.00 |
| 2U | Internal Revenue Service | 15,990.19 | 0.00 | 0.00 |
| 3 | Rami Ben-Joseph | 270,454.00 | 0.00 | 0.00 |
| 4U | New York State Dept. of | 5,781.35 | 0.00 | 0.00 |
| 5 | Certara USA, Inc | 10,068.75 | 0.00 | 0.00 |
| 6 | Olympia Pappas | 534.15 | 0.00 | 0.00 |
| 7 | Nixon Peabody LLP | 246,491.80 | 0.00 | 0.00 |
| 8 | Richard Pollock | 1,809.30 | 0.00 | 0.00 |
| 10 | Eric V. Bryant | 0.00 | 0.00 | 0.00 |
| 11 | Victoria M Larson | 175.90 | 0.00 | 0.00 |
| 12 | Bradley S. Cohen | 0.00 | 0.00 | 0.00 |
| 13 | The Patent Place, Inc | 2,064.50 | 0.00 | 0.00 |
| 14 | Jingwei Lin | 358.95 | 0.00 | 0.00 |
| 15 | Zachary Dsouza | 1,158.00 | 0.00 | 0.00 |
| 16 | Gevers & Ores | 31,049.12 | 0.00 | 0.00 |
| 17 | Primera Analytical Solutions Corp | 152,641.00 | 0.00 | 0.00 |
| 19 | SAS Benelod | 2,750.00 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 20 | Ken C Brezinski | 754.97 | 0.00 | 0.00 |
| 21 | Lowenstein Sandler LLP | 0.00 | 0.00 | 0.00 |
| 22 | Klein Hersh, Inc | 27,600.00 | 0.00 | 0.00 |
| 23 | Marcum LLP | 134,086.89 | 0.00 | 0.00 |
| 24 | Bracha Goetz | 2,501.89 | 0.00 | 0.00 |
| 25 | Joseph Pergolizzi | 63,129.08 | 0.00 | 0.00 |
| 26 | Duke University | 23,436.15 | 0.00 | 0.00 |
| 27 | Sylva International LLC | 112,500.00 | 0.00 | 0.00 |
| 28 | Kiesha C Jones | 40.00 | 0.00 | 0.00 |
| 29 | Okapi Partners LLC | 29,828.98 | 0.00 | 0.00 |
| 30 | The Research Foundation for the | 15,682.00 | 0.00 | 0.00 |
| 31 | SATT PACA CORSE | 178,794.71 | 0.00 | 0.00 |
| 33 | Broadridge Financial Solutions | 28,536.46 | 0.00 | 0.00 |
| 34 | Clinical Supplies Management (CSM USA) | 58,603.61 | 0.00 | 0.00 |
| 35 | Gevers Et Ores | 28,314.83 | 0.00 | 0.00 |
| 36 | Wanda J Goodin | 0.00 | 0.00 | 0.00 |
| 38 | Elizabeth John, Ph.D. | 84,400.00 | 0.00 | 0.00 |
| 39 | Piramiah Elayaperumal | 160.00 | 0.00 | 0.00 |
| 40 | CVI Investments Inc. c/o Heights Capital | 3,225,531.44 | 0.00 | 0.00 |
| 41 | Fenwick & West LLP | 52,496.50 | 0.00 | 0.00 |
| 42 | Morrison & Foerster, LLP | 77,145.96 | 0.00 | 0.00 |
| 43 | Lolita Fong | 53,144.36 | 0.00 | 0.00 |
| 44 | Meda Pharma SARL | 5,163,333.33 | 0.00 | 0.00 |
| 45 | iCO Therapeutics Inc. | 0.00 | 0.00 | 0.00 |
| 46 | The Artac Seel Company | 228,671.75 | 0.00 | 0.00 |
| 47 | Jeffrey Shankman | 39,051.77 | 0.00 | 0.00 |
| 48 | Fidelity venture capital | 14,357,386.00 | 0.00 | 0.00 |
| 50 | Ileen Izekelian | 19.00 | 0.00 | 0.00 |
| 51 | Christine Richardson | 39,591.65 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 52 | Lisa Taylor | 2,013.34 | 0.00 | 0.00 |
| 53 | The Research Foundation for the | 15,682.00 | 0.00 | 0.00 |
| 55 | Alpha Capital, AG | 822,128.00 | 0.00 | 0.00 |
| 56 | Zinora Ann Koven-Szumski | 561.95 | 0.00 | 0.00 |
| 57 | Howard D Jones | 7,498.69 | 0.00 | 0.00 |
| 58 | Paul Tran | 5,638.95 | 0.00 | 0.00 |
| 59 | Louis A Pepe | 4,196.90 | 0.00 | 0.00 |
| 60 | Matt Cochran | 0.00 | 0.00 | 0.00 |
| 61 | Sabitha Gladden | 244.00 | 0.00 | 0.00 |
| 62 | Brandon Panasiuk | 136.00 | 0.00 | 0.00 |
| 63 | Xiuli Huang | 332.17 | 0.00 | 0.00 |
| 64 | Gerald A Key Rollover Ira | 1,000.00 | 0.00 | 0.00 |
| 65 | Ryan Thomas Humphreys | 7,277.88 | 0.00 | 0.00 |
| 66 | Cameron Morgan | 0.00 | 0.00 | 0.00 |
| 67 | Eric Goodman | 52,640.00 | 0.00 | 0.00 |
| 68 | Robin Fiedler | 0.00 | 0.00 | 0.00 |
| 69 | Fmtc Custodian - Roth Ira | 417.35 | 0.00 | 0.00 |
| 70 | 47 larkspur dr | 300.00 | 0.00 | 0.00 |
| 71 | Benjamin Weinberger | 6,308.85 | 0.00 | 0.00 |
| 72 | John O Anthony | 19,593.13 | 0.00 | 0.00 |
| 73 | Robert M Cunningham Ira Td | 12,313.46 | 0.00 | 0.00 |
| 74 | Robert M Cunningham Ira Td | 5,328.93 | 0.00 | 0.00 |
| 75 | Carlos Iglesias | 1,140.90 | 0.00 | 0.00 |
| 76 | Wenye Yan | 18,809.85 | 0.00 | 0.00 |
| 77 | Tommy Bonner | 304.44 | 0.00 | 0.00 |
| 78 | Rhonda L Genchev Rollover Ira Td | 5,400.00 | 0.00 | 0.00 |
| 79 | Daniel Stokes | 0.00 | 0.00 | 0.00 |
| 80 | Immune Pharmaceuticals USA Corporation | 113.63 | 0.00 | 0.00 |
| 81 | Immune Pharmaceuticals USA Corporation | 779.59 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 82 | Gregory Brown | 0.00 | 0.00 | 0.00 |
| 83 | Eric Pritchard | 23,802.03 | 0.00 | 0.00 |
| 84 | Randy D Matos | 0.00 | 0.00 | 0.00 |
| 85 | Robert Bennett | 0.00 | 0.00 | 0.00 |
| 86 | Billy Oneill | 7,500.00 | 0.00 | 0.00 |
| 87 | Frank J. Rubino | 360.00 | 0.00 | 0.00 |
| 88 | Angela D Moehring | 606.75 | 0.00 | 0.00 |
| 89 | Ama Hill | 0.00 | 0.00 | 0.00 |
| 90 | George Wells | 0.00 | 0.00 | 0.00 |
| 91 | Jenny Howard Terry Roth Ira | 78.09 | 0.00 | 0.00 |
| 92 | Foad Meshkinian | 3,963.00 | 0.00 | 0.00 |
| 93 | Gregory L Talcott | 1,100.00 | 0.00 | 0.00 |
| 94 | Nam CHo | 0.00 | 0.00 | 0.00 |
| 95 | John Gunter | 1,551.47 | 0.00 | 0.00 |
| 96 | Robin S. Haspiel | 384.12 | 0.00 | 0.00 |
| 97 | Ariel Lifshitz | 45,082.00 | 0.00 | 0.00 |
| 98 | Febin Jacob Kuriakose | 10,000.00 | 0.00 | 0.00 |
| 99 | Febin Jacob Kuriakose & Tonia | 10,000.00 | 0.00 | 0.00 |
| 100 | Vaughn A Bass Jr | 0.00 | 0.00 | 0.00 |
| 101 | Scott P. McGeough | 1,892.95 | 0.00 | 0.00 |
| 102 | Jean-Pierre Valenzuela | 10,969.00 | 0.00 | 0.00 |
| 103 | Craig Lavelle | 27.89 | 0.00 | 0.00 |
| 104 | Vishnu Vishnubhotla | 6,658.98 | 0.00 | 0.00 |
| 105 | Christos Christofidis & Joann | 1,966.45 | 0.00 | 0.00 |
| 106 | Immune Pharmaceuticals USA Corporation | 0.00 | 0.00 | 0.00 |
| 107 | Kaniqua Sample | 6,000.00 | 0.00 | 0.00 |
| 108 | Robert Brian Swartz | 4,020.50 | 0.00 | 0.00 |
| 109 | Zachary Dsouza | 1,177.95 | 0.00 | 0.00 |
| 110 | Vibin Stanley | 987.00 | 0.00 | 0.00 |
| 111 | Robert Iskander | 15,300.00 | 0.00 | 0.00 |
| 112 | Terry Griswold Sr | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 113 | Jennifer Dunn | 85.30 | 0.00 | 0.00 |
| 114 | Rick D Molchan Rollover Ira | 0.00 | 0.00 | 0.00 |
| 115 | Immune Pharmaceuticals USA Corporation | 375.00 | 0.00 | 0.00 |
| 116 | Nicholas Kaliszewski | 0.00 | 0.00 | 0.00 |
| 117 | Khaled Merhi | 17,437.00 | 0.00 | 0.00 |
| 118 | KEN BREZINSKI | 724.44 | 0.00 | 0.00 |
| 119 | Desmond O. Omokaro | 0.00 | 0.00 | 0.00 |
| 120 | Victoria M Larson | 201.85 | 0.00 | 0.00 |
| 121 | Ms. Daisy M C Law | 0.00 | 0.00 | 0.00 |
| 122 | MARK j WOOSTER | 200.00 | 0.00 | 0.00 |
| 124 | Mr Di Wang | 33,000.00 | 0.00 | 0.00 |
| 125 | Edward Haskell | 20,109.00 | 0.00 | 0.00 |
| 126 | Ronald A Najaka | 3,040.00 | 0.00 | 0.00 |
| 127 | Rachel Swanberg | 0.00 | 0.00 | 0.00 |
| 128 | Wei Liu | 9,009.95 | 0.00 | 0.00 |
| 129 | Crystal Tibbs | 0.00 | 0.00 | 0.00 |
| 130 | NYS Workers Compensation Board | 44,105.00 | 0.00 | 0.00 |
| 131 | elliot maza | 185,000.00 | 0.00 | 0.00 |
| 132 | Mr. Ming Chak Nelson Wu | 36,451.00 | 0.00 | 0.00 |
| 133 | Lisa Taylor | 2,013.34 | 0.00 | 0.00 |
| 134 | Enkel Mari | 375,000.00 | 0.00 | 0.00 |
| 135 | Chancellor Podoll | 5.09 | 0.00 | 0.00 |
| 136 | Ramon A Piloto | 2,615.83 | 0.00 | 0.00 |
| 137 | Carol T Smith | 13,157.53 | 0.00 | 0.00 |
| 138 | Thomas H Sutherland | 118,815.42 | 0.00 | 0.00 |
| 139 | Scott M Wade | 75,250.00 | 0.00 | 0.00 |
| 140 | Jamie Masada | 0.00 | 0.00 | 0.00 |
| 141 | Anthony Meadows | 465.00 | 0.00 | 0.00 |
| 142 | Robb C Krug Jr | 527.07 | 0.00 | 0.00 |
| 143 | Richard Lanot | 438.40 | 0.00 | 0.00 |
| 144 | Michele Mclaughlin | 2,739.42 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 145 | Evan V Toolajian | 650,000.00 | 0.00 | 0.00 |
| 146 | Gregory W Lewis | 304.84 | 0.00 | 0.00 |
| 147 | Ralph E. Jump Jr | 1,164.95 | 0.00 | 0.00 |
| 148 | John Bagdon | 3,385.18 | 0.00 | 0.00 |
| 149 | Mr Brian Skidmore | 0.00 | 0.00 | 0.00 |
| 150 | Melanie Laine Skidmore | 0.00 | 0.00 | 0.00 |
| 151 | Jamaal Cooper | 0.00 | 0.00 | 0.00 |
| 152 | Ronald Brice | 28,035.08 | 0.00 | 0.00 |
| 153 | Immune Pharmaceuticals USA Corporation | 1,010.07 | 0.00 | 0.00 |
| 154 | Abdul Razzak | 281.26 | 0.00 | 0.00 |
| 155 | L2 Capital, LLC | 555,105.02 | 0.00 | 0.00 |
| 156 | Brandon Manning | 47,140.09 | 0.00 | 0.00 |
| 160 | John L Berlau | 3,115.00 | 0.00 | 0.00 |
| 162 | Mark J Prince | 0.00 | 0.00 | 0.00 |
| 163 | Paul Tartaglia | 63,000.00 | 0.00 | 0.00 |
| 164 | Paul Tartaglia | 63,000.00 | 0.00 | 0.00 |
| 165 | Ileen Izekelian | 18.91 | 0.00 | 0.00 |
| 169 | Maxim Pharmaceuticals, Inc. | 0.00 | 0.00 | 0.00 |
| 170 | Cytovia, Inc. | 0.00 | 0.00 | 0.00 |
| 171 | Immune Pharmaceuticals, Ltd. | 0.00 | 0.00 | 0.00 |
| 172 | Immune Pharmaceuticals USA Corp. | 1,148,530.00 | 0.00 | 0.00 |
| 173 | Immune Oncology Pharmaceuticals, Inc. | 0.00 | 0.00 | 0.00 |
| 174 | Shir Frumin | 315,900.00 | 0.00 | 0.00 |
| 175 | Tadmor Levy & Co. Law Offices | 0.00 | 0.00 | 0.00 |
| 176 | Armory Securities LLC | 420,332.80 | 0.00 | 0.00 |
| 178 | Deborah A Woodman | 1,163.81 | 0.00 | 0.00 |
| 180 | Randal L Kloehn | 91,613.53 | 0.00 | 0.00 |
| 181 | Donald R Mickelwait | 2,358.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

                Prepared By: /s/ Jeffrey A. Lester
                                            Trustee

Jeffrey A. Lester
Braverman & Lester
3 University Plaza, Suite 207
Hackensack, NJ 07601
(201) 487-5544
jlester@bllaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**